UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                        :    Case No. 10-15446 (SHL)
                                             :
TerreStar Networks, Inc., et al.,            :    (Chapter 11)
                                             :
                                             :    (Jointly Administered)
                           Debtors.           :
-------------------------------------------------------x

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1. Deutsche Bank National Trust Company, Indenture Trustee
   222 South Riverside Plaza - 25th Floor.
   Chicago, Illinois 60606-5808
   Attn: George F. Kubin, Vice President
   Tel. No. (312) 537-1159

2. Hughes Network Systems, Inc.
   11717 Exploration Lane
   Germantown, Maryland 20876
   Attn: Sean P. Fleming, Senior Counsel
   Tel. No. (301) 428-5859

3. Nokia Siemens Networks US LLC
   5555 Glenridge Connector - Suite 800
   Atlanta, Georgia 30342
   Attn: Roland J. Behm, Vice President
   Tel. No. (469) 955-2416

4. Qualcomm Incorporated
   5775 Morehouse Drive
   San Diego, California 92121-1714
   Attn: Adam Schwenker, Senior Director, Legal Counsel
   Tel. No. (858) 651-6958

5. Shaffer Wilson Sarver & Gray, P.C..
   1821 Michael Faraday Drive - Suite 302
   Reston, Virginia 20190
   Attn: Ray Schaffer, President
   Tel. No. (703) 471-6803

6. Space Systems/Loral, Inc.
   c/o Loral Space Communications, Inc.
   600 Third Avenue
   New York, New York 10016
   Attn: Avi Katz, Esq., Senior Vice President & Secretary
   Tel. No. (212) 338-5605

7. Van Vlissingen and Company
   One Overlook Point - Suite 100
   Lincolnshire, Illinois 60069
   Attn: John S. Nowrocki, Vice President
   Tel. No. (847) 634-2300

Dated: New York, New York
October 29, 2010

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/Susan D. Golden
Susan D. Golden
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500