**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
In re:                                                       :    Chapter 11
                                                             :
TERRESTAR NETWORKS INC., *et al.*,[1]                        :    Case No. 10-15446 (SHL)
                                                             :
                                  Debtors.                   :    Jointly Administered
--------------------------------------------------------------x


# MASTER SERVICE LIST
**(as of November 1, 2010)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar New York Inc. (6394); TerreStar Networks Inc. (3931); Motient Communications Inc. (3833); Motient Holdings Inc. (6634); Motient License Inc. (2431); Motient Services Inc. (5106); Motient Ventures Holding Inc. (6191); MVH Holdings Inc. (9756); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766) and 0887729 B.C. Ltd. (1345).

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  IRA DIZENGOFF
1 BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ASHLEIGH L. BLAYLOCK
1333 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ARIK PREIS
1 BRYANT PARK
NEW YORK, NY 10036

ALCATEL - LUCENT
3400 M/S SS01 W PLANO PKWY
PLANO, TX 75082

AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATC TECHNOLOGIES
C/O SKYTERRA LP
10802 PARKRIDGE BLVD
RESTON, VA 20191

BCI NORTHWOOD FLEX, LC
PO BOX 540478
NORTH SALT LAKE, UT 84054

BELL CANADA
PO BOX 3650 STATION DON MILLS
TORONTO, ON CANADA M3C 3X9

BENNETT JONES
ATTN LEE J. CASSEY
ONE FIRST CANADIAN PL, STE 3400
PO BOX 130
TORONTO, ON M5X 1A4 CANADA

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN  STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK, NY 10154

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK, NY 10154

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN WISAM HIRZALLA
345 PARK AVE FL 30
NEW YORK, NY 10154

BNY MELLON
ATTN RHONDA THARP, VICE PRESIDENT
600 E LAS COLINAS BLVD
STE 1300
IRVING, TX 75039

CANADA REVENUE AGENCY
TAX CENTRE
4695 12TH AVE
SHAWINIGAN-SUD, QC G9N 7S6 CANADA

CANADA REVENUE AGENCY
REGINA TAX SERVICES OFFICE
PO BOX 557
REGINA, SK S4P 3A3 CANADA

CITY DEPT OF FINANCE
VILLAGE OF LINCOLNSHIRE
1 OLDE HALF DAY RD
LINCOLNSHIRE, IL 60069

CITY DEPT OF FINANCE
LOUIS L REDDING CITY/COUNTY BLDG
800 N FRENCH ST
WILMINGTON, DE 19801 3537

CITY OF RICHARDSON
TAX DEPARTMENT
PO BOX 830129
RICHARDSON, TX 75083 0129

COMNEON GMBH
SUEDWESTPARK 2-4
NUREMBURG  90449 GERMANY

CRTC
LES TERRASSES DE LA CHAUDIÈRE
CENTRAL BLDG
1 PROMENADE DU PORTAGE
GATINEAU, QC J8X 4B1 CANADA

DALLAS COUNTY DEPT OF TAXATION & FINANCE
500 ELM ST
DALLAS, TX 75202

DATA SALES CO., INC
3450 W BURNSVILLE PKWY
BURNSVILLE, MN 55337

DATABANK HOLDINGS
400 S AKARD ST STE 100
DALLAS, TX 75202

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801

DE STATE DEPT OF TAXATION AND FINANCE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON, DE 19801

DE STATE UNEMPLOYMENT INSURANCE FUND
4425 N MARKET ST
WILMINGTON, DE 19802

DELAWARE SECRETARY OF STATE
CARVEL STATE OFFICE BLDG
820 N FRENCH ST STE 4
WILMINGTON, DE 19801

DELOITTE & TOUCHE
ATTN PAUL CASEY
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA

DELOITTE & TOUCHE
ATTN JASPREET DEHL
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA

DEPARTMENT OF JUSTICE - CANADA
284 WELLINGTON ST
OTTAWA, ON K1A 0H8 CANADA

DEPARTMENT OF TAX ADMINISTRATION (DTA)
FAIRFAX COUNTY GOVERNMENT CENTER STE 223
12000 GOVERNMENT CENTER PKWY
FAIRFAX, VA 22035

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

DEPT OF TAXATION & FINANCE
COLLIN COUNTY ADMINISTRATION BLDG
PO BOX 8006
MCKINNEY, TX 75070

DEUTSCHE BANK NATIONAL TRUST COMPANY
TRUST & SECURITIES SERVICES
ATTN GEORGE KUBIN
222 S RIVERSIDE PLZ, 25TH FL
CHICAGO, IL 60606 5808

ECHOSTAR CORPORATION
ATTN ROBERT REHG
100 INVERNESS TER E
ENGLEWOOD, CO 80112

ELEKTROBIT, INC
22745 29TH DRIVE SE SUI STE 200
BOTHELL, WA 98201

EMMET, MARVIN & MARTIN, LLP
ATTN ELIZABETH M. CLARK
120 BROADWAY
32ND FL
NEW YORK, NY 10271

ENVIRONMENT CANADA
GATINEAU, QC K1A 0H3 CANADA

ENVIRONMENTAL PROTECTION AGENCY
ATTN SCOTT FULTON
ARIEL RIOS BILDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE NW
WASHINGTON, DC 20460

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH ST (3PM52)
PHILADELPHIA, PA 19103 2029

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
12100 PARK THIRTY FIVE CIR
AUSTIN, TX 78753

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
PO BOX 13087
AUSTIN, TX 78711 3087

| | |
|---|---|
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 5<br>77 WEST JACKSON BLVD<br>CHICAGO, IL 60604 3507 | ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 2<br>290 BROADWAY<br>NEW YORK, NY 10007 1866 |
| FEDERAL COMMUNICATION COMMISSION<br>OFFICE OF THE SECRETARY<br>445 12TH ST SW<br>RM TW - A325<br>WASHINGTON, DC 20554 | FEDERAL COMMUNICATION COMMISSION<br>ATTN AUSTIN SCHLICK, GENERAL COUNSEL<br>445 12TH ST SW<br>WASHINGTON, DC 20554 |
| FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 N CLARK ST, STE 2800<br>CHICAGO, IL 60654 5313 | FORUM FINANCIAL SERVICE<br>275 W CAMPBELL RD STE 320<br>RICHARDSON, TX 75080 |
| FRASER MILNER CASGRAIN LLP<br>ATTN JARVIS HETU<br>1 FIRST CANADIAN PL 39TH FL<br>100 KING ST W<br>TORONTO, ON M5X 1B2 CANADA | FRASER MILNER CASGRAIN LLP<br>ATTN MICHAEL WUNDER<br>1 FIRST CANADIAN PL 39TH FL<br>100 KING ST W<br>TORONTO, ON M5X 1B2 CANADA |
| FRASER MILNER CASGRAIN LLP<br>ATTN RYAN JACOBS<br>1 FIRST CANADIAN PL 39TH FL<br>100 KING ST W<br>TORONTO, ON M5X 1B2 CANADA | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATTN MARK C. HAUT, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 | HARBINGER CAPITAL PARTNERS<br>MASTER FUND I LTD<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022 |
| HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND LP<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022 | HERRICK, FEINSTEIN LLP<br>ATTN STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |

| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>ATTN JUSTIN B. SINGER, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HOULIHAN LOKEY<br>ATTN ERIC WINTHROP<br>1930 CENTURY PARK W<br>LOS ANGELES, CA 90067 |
| HUGHES NETWORK SYSTEMS, LLC<br>11717 EXPLORATION LN<br>GERMANTOWN, MD 20876 | HUMAN RESOURCES & SKILLS DEVELPMT CANADA<br>OUT OF CANADA EMPLOYMNT INSURANCE CLAIMS<br>KINGSTON SERVICE CANADA CENTRE<br>299 CONCESSION STREET<br>KINGSTON, ON K7K 2B9 CANADA |
| IDES ADMINISTRATION OFFICES<br>33 S STATE ST<br>CHICAGO, IL 60603 | IL STATE ATTORNEY GENERAL<br>CHICAGO MAIN OFFICE<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 |
| IL STATE DEPT OF TAXATION AND FINANCE<br>JAMES R THOMPSON CENTER - CONCOURSE<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 3274 | ILLINOIS SECRETARY OF STATE<br>213 STATE CAPITOL<br>SPRINGFIELD, IL 62756 |
| INDUSTRY CANADA<br>SPECTRUM MANAGEMENT OPERATIONS BRANCH<br>ATTN CHANTAL BEAUMIER<br>300 SLATER ST<br>OTTAWA, ON K1A 0C8 CANADA | INFINEON TECHNOLOGIES AG<br>AM CAMPEON 1-12<br>NEUBIBERG 85579 GERMANY |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 0326 | INTERNAL REVENUE SERVICE<br>500 N CAPITOL ST NW<br>WASHINGTON, DC 20221 |
| INTERNAL REVENUE SERVICE<br>1320 CENTRAL PARK BLVD<br>FREDERICKSBURG, VA 22401 | INTERNAL REVENUE SERVICE<br>230 S DEARBORN ST<br>CHICAGO, IL 60604 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN INSOLVENCY UNIT<br>844 KING ST<br>WILMINGTON, DE 19801 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| INTERNAL REVENUE SERVICE<br>ATTN INSOLVENCY UNIT<br>SAN FRANCISCO REGIONAL OFFICE<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102 | INTRADO INC.<br>1601 DRY CREEK DR<br>LONGMONT, CO 80503 |
| ITU GENEVA<br>PLACE DES NATIONS<br>GENEVA 29, 2111, SWITZERLAND | JEFFERIES & COMPANY, INC<br>ATTN LEON SZLEZINGER<br>520 MADISON AVE 10TH FL<br>NEW YORK, NY 10022 |
| JOHN GILSENAN<br>206 POND VIEW DR<br>BETHANY BEACH, DE 19930 | K&L GATES LLP<br>ATTN JOHN H. CULVER, III, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 |
| K&L GATES LLP<br>ATTN FELTON E. PARRISH, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 | KELLEY DRYE & WARREN LLP<br>ATTN JAMES CARR<br>101 PARK AVE<br>NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP<br>ATTN JAMES S. CARR, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLEY DRYE & WARREN LLP<br>ATTN KRISTIN S. ELLIOTT, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| LABOR AND WORKFORCE DEVELOPMENT AGENCY<br>SECRETARY<br>801 K ST STE 2101<br>SACRAMENTO, CA 95814 | LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN AVI KATZ, ESQ.<br>SR. V.P., GENERAL COUNSEL & SECRETARY<br>600 THIRD AVENUE<br>NEW YORK, NY 10016 |

| | |
|---|---|
| NEUSTAR<br>46000 CENTER OAK PLZ<br>STERLING, VA 20165 | NEW YORK SECRETARY OF STATE<br>123 WILLIAM ST<br>NEW YORK, NY 10038 3804 |
| NOKIA SIEMENS NETWORKS US LLC<br>1950 N STEMMONS FWY STE 5010<br>DALLAS, TX 75207 | NY STATE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 0341 |
| NYC DEPT OF FINANCE<br>ATTN LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST<br>3RD FL<br>BROOKLYN, NY 11201 | NYS DEPT OF LABOR, UNEMPLOYMENT INS.<br>CENTRAL ASSIGNMENT & COLLECTION SECTION<br>W A HARRIMAN CAMPUS<br>BLDG 12 RM 256<br>ALBANY, NY 12240 0001 |
| NYS DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 0300 | NYS UNEMPLOYMENT INSURANCE FUND<br>PO BOX 551<br>ALBANY, NY 12201 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN SUSAN GOLDEN<br>33 WHITEHALL ST FL 21<br>NEW YORK, NY 10004 | OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN RICHARD C. MORRISSEY<br>33 WHITEHALL ST FL 21<br>NEW YORK, NY 10004 |
| OFFICE OF THE US ATTORNEY<br>CLAIMS UNIT - RM 417<br>1 SAINT ANDREWS PLZ<br>NEW YORK, NY 10007 | OFFICE OF THE US ATTORNEY<br>1007 N ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19801 2046 |
| OFFICE OF THE US ATTORNEY<br>219 S DEARBORN ST FIFTH FL<br>CHICAGO, IL 60604 | OFFICE OF THE US ATTORNEY<br>2100 JAMIESON AVE<br>ALEXANDRIA, VA 22314 |

| | |
|---|---|
| OFFICE OF THE US ATTORNEY<br>1100 COMMERCE ST THIRD FL<br>DALLAS, TX 75242 1699 | OXFORD GLOBAL RESOURCES INC<br>100 CUMMINGS CENTER STE 206L<br>BEVERLY, MA 01915 |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN DANIEL A. LOWENTHAL, ESQ.<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 6710 | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN BRIAN P. GUINEY<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 6710 |
| QUALCOMM<br>5775 MOREHOUSE DR<br>SAN DIEGO, CA 92121 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SUSHEEL KIRPALANI<br>51 MADISON AVE 22ND FL<br>NEW YORK, NY 10010 |
| REED SMITH LLP<br>ATTN KURT F. GWYNNE, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>ATTN TIMOTHY P. REILEY, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN DEBRA TURETSKY, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | REVENU QUÉBEC<br>SERVICE DE TRAITEMENT DES REQUÊTES<br>C P 3000 SUCCURSALE PLACE-DESJARDINS<br>MONTREAL, QC H5B 1A4 CANADA |
| RKF ENGINEERING, LLC<br>1229 19TH ST NW<br>WASHINGTON, DC 20036 | RUDER FINN<br>301 EAST 57TH ST<br>NEW YORK, NY 10022 |
| SASKATCHEWAN DEPARTMENT OF FINANCE<br>2350 ALBERT ST<br>REGINA, SK S4P 4A6 CANADA | SASKATCHEWAN FINANCIAL SERVS. COMMISSION<br>SECURITIES DIVISION<br>1919 SASKATCHEWAN DR<br>6TH FL<br>REGINA, SK S4P 3V7 CANADA |

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BLDG<br>233 BROADWAY-JOHN MURRAY<br>NEW YORK, NY 10279 | SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL SEC HEADQUARTERS<br>450 5TH ST NW<br>WASHINGTON, DC 20549 |
| SECURITIES EXCHANGE COMMISSION<br>C/O CARLA MONZON<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET ST<br>PHILADELPHIA, PA 10281 1022 | SECURITIES EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>BURNETT PLZ STE 1900<br>801 CHERRY ST UNIT 18<br>FORT WORTH, TX 76102 |
| SECURITIES EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>STE 900<br>CHICAGO, IL 60604 | SECURITIES EXCHANGE COMMISSION<br>3 WORLD FINANCIAL CENTER<br>STE 400<br>NEW YORK, NY 10281 1022 |
| SHAFFER, WILSON, SARVER & GRAY<br>1821 MICHAEL FARADAY DR STE 302<br>RESTON, VA 20190 | SONORAN SYSTEMS INC<br>2983 EAST VAUGHN AVE<br>GILBERT, AZ 85234 |
| SPACE SYSTEMS/LORAL INC.<br>3825 FABIAN WAY<br>PALO ALTO, CA 94303 4604 | SPACE SYSTEMS/LORAL, INC.<br>ATTN JOHN W. RAKOW, ESQ.<br>SR., V.P., BUSINESS AND LEGAL AFFAIRS<br>3825 FABIAN WAY<br>PALO ALTO, CA 94303 |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>FRANCHISE TAX BOARD<br>PO BOX 1673<br>SACRAMENTO, CA 95812 1673 | STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>CHIEF COUNSEL: FRANCHISE TAX BOARD<br>C/O GENERAL COUNSEL SECTION<br>PO BOX 1720 MS: A-260<br>RANCHO CORDOVA, CA 95741 1720 |
| STATE OF TEXAS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN GREG ABBOTT<br>PRICE DANIEL SR BLDG 300 W 15TH ST<br>AUSTIN, TX 78711 2548 | STATE OF TEXAS<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN GREG ABBOTT<br>PO BOX 12548<br>AUSTIN, TX 78711 |

STIKEMAN ELLIOTT
ATTN SIDNEY HORN
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

STIKEMAN ELLIOTT
ATTN SEAN F. DUNPHY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON, MA 02109

SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

TELESAT CANADA
1601 TELESAT CT
OTTAWA, ON CANADA K1B 5P4

TELUS
PO BOX 7575
VANCOUVER, BC CANADA V6B 8N9

TELX-DALLAS LLC
2323 BRYANT ST
DALLAS, TX 75201

TERRESTAR NETWORKS INC.
ATTN DOUG BRANDON
ONE DISCOVERY SQ
12010 SUNSET HILLS RD 6TH FL
RESTON, VA 20190

TEXAS WORKFORCE COMMISSION
ATTN EXECUTIVE DIRECTOR
101 E 15TH ST RM 618
AUSTIN, TX 78778

THE GARDEN CITY GROUP, INC.
ATTN ISABEL I. BAUMGARTEN
105 MAXESS RD
MELVILLE, NY 11747

THE GARDEN CITY GROUP, INC.
ATTN EAMON MASON
105 MAXESS RD
MELVILLE, NY 11747

THE VIRGINIA EMPLOYMENT COMMISSION
PO BOX 1358
RICHMOND, VA 23218 1358

THOMSON REUTERS
195 BROADWAY
NEW YORK, NY 10007

US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN CINDY WOODWARD
60 LIVINGSTON AVE
ST. PAUL, MN 55107

US BANK NATIONAL ASSOCIATION
ATTN DAVID JOHNSON
EP-MN-WS3T
60 LIVINGSTON AVE
SAINT PAUL, MN 55107 1419

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530 0001

VA STATE ATTORNEY GENERAL
900 E MAIN ST
RICHMOND, VA 23219

VAN VLISSINGEN AND CO
ONE OVERLOOK PT
STE 100
LINCOLNSHIRE, IL 60069

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND, VA 23218 1115

VIRGINIA STATE CORPORATION COMMISSION
TYLER BLDG
1300 E MAIN ST
RICHMOND, VA 23219

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH
767 FIFTH AVE
NEW YORK, NY 10153

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND
787 SEVENTH AVE
NEW YORK, NY 10019 6099