**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TERRESTAR NETWORKS INC., *et al.*,[1] | ) ) ) | Case No. 10-15446 (SHL) |
| Debtors. | ) ) ) | Jointly Administered |

## NOTICE OF FILING OF LISTS OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that each of the above-captioned debtors and debtors in possession, filed the attached **Lists of Equity Security Holders** with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

New York, New York
Dated: November 2, 2010

*/s/ Ira S. Dizengoff*
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar New York Inc. (6394); TerreStar Networks Inc. (3931); Motient Communications Inc. (3833); Motient Holdings Inc. (6634); Motient License Inc. (2431); Motient Services Inc. (5106); Motient Ventures Holding Inc. (6191); MVH Holdings Inc. (9756); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11 |
| TERRESTAR NEW YORK INC., | | Case No. 10-15445 (SHL) |
| Debtor. | | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR CORPORATION<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 100 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 0887729 B.C. LTD., | Case No. 10-15450 (SHL) |
| Debtor. | |

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR NETWORKS INC. 1040 WEST GEORGIA STREET VANCOUVER, BC V6E 4H8 CANADA | Common Shares | 1,000,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MOTIENT COMMUNICATIONS INC., | ) Case No. 10-15452 (SHL) |
| Debtor. | ) |

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| MOTIENT HOLDINGS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MOTIENT HOLDINGS INC., | ) ) | Case No. 10-15453 (SHL) |
| Debtor. | ) ) ) |  |

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR CORPORATION<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) ) | Chapter 11 |
| MOTIENT LICENSE INC., ) ) | Case No. 10-15454 (SHL) |
| Debtor. ) ) ) |  |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| MOTIENT COMMUNICATIONS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MOTIENT SERVICES INC., ) | Case No. 10-15455 (SHL) |
| ) | |
| Debtor. ) | |

## **LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| MOTIENT HOLDINGS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| MOTIENT VENTURES HOLDING INC., ) | Case No. 10-15458 (SHL) |
| ) |  |
| Debtor. ) |  |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| MVH HOLDINGS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) )  Chapter 11 ) |
| MVH HOLDINGS INC., | )  Case No. 10-15462 (SHL) ) |
| Debtor. | ) ) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR CORPORATION<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TERRESTAR LICENSE INC., ) | Case No. 10-15463 (SHL) |
| ) | |
| Debtor. ) | |
| ) | |

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR NETWORKS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TERRESTAR NATIONAL SERVICES INC., | ) ) | Case No. 10-15464 (SHL) |
| Debtor. | ) ) ) |  |

## **LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR NETWORKS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 1,000 | 100% |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TERRESTAR NETWORKS (CANADA) INC., | ) ) ) | Case No. 10-15449 (SHL) |
| Debtor. | ) ) |   |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR NETWORKS HOLDINGS (CANADA) INC.<br>1035 AVE LAURIER WEST, 2ND FL<br>OUTREMONT, QC  H2V 2L1 CANADA | Common Shares | 800 | 80% |
| TERRESTAR NETWORKS INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 200 | 20% |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TERRESTAR NETWORKS HOLDINGS (CANADA) INC., | ) ) | Case No. 10-15447 (SHL) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| 4491165 CANADA INC.<br>1035 AVE LAURIER WEST, 2ND FL<br>OUTREMONT, QC  H2V 2L1<br>CANADA | Common Shares | 666.67 | $66^{2/3}$% |
| TERRESTAR NETWORKS INC<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 333.33 | $33^{1/3}$% |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TERRESTAR NETWORKS INC., | ) Case No. 10-15446 (SHL) |
|  | ) |
| Debtor. | ) |
|  | ) |

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ECHOSTAR CORPORATION<br>ATTN ROBERT REHG<br>100 INVERNESS TER E<br>ENGLEWOOD, CO 80112 | Preferred Series A Shares | 1 | 100% |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022 | Preferred Series B Shares | 1 | 100% |
| MOTIENT VENTURES HOLDING INC.<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 33,508,535 | 81.93% |
| MSV INVESTORS LLC<br>10802 PARKRIDGE BOULEVARD<br>RESTON, VA 20191 | Common Shares | 4,216,270 | 10.31% |
| TERRESTAR CORPORATION<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 3,012,047 | 7.36% |
| CONTINENTAL CASUALTY COMPANY<br>333 S. WABASH<br>CHICAGO, IL 60604 | Common Shares | 104,536 | 0.26% |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ANDY AFRRICK<br>9 WEST 57TH STREET, 43RD FLOOR<br>NEW YORK, NY 10019 | Common Shares | 38,258 | 0.09% |
| JEFFREY BENJAMIN<br>9 WEST 57TH STREET, 43RD FLOOR<br>NEW YORK, NY 10019 | Common Shares | 15,680 | 0.01% |
| GEOFFREY NURSE<br>86 COMPATA WAY<br>GLOUCESTER, ON, K1B 4W9 CANADA | Common Shares | 2,192 | 0.00% |
| XIAO WIE YIN<br>3000 VICTORIA PARK AVENUE<br>APT. 100<br>NORTH YORK, ONTARIO, M2J 4Y2 CANADA | Common Shares | 1,461 | 0.00% |