Scott L. Hazan
William M. Silverman
David M. Posner
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Proposed Counsel to the Official Committee of
Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| TERRESTAR NETWORKS INC., et al., | Case No. 10-15446 (SHL) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel for the Official Committee of Unsecured Creditors of TerreStar Networks Inc., et al., in the above-captioned cases and requests as provided in section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon:

Otterbourg, Steindler, Houston & Rosen, P.C.
Counsel to Official Committee of Unsecured Creditors
230 Park Avenue
New York, New York 10169
Attention: Scott L. Hazan, Esq.
shazan@oshr.com
David M. Posner, Esq.
dposner@oshr.com

Telephone: (212) 661-9100
Facsimile: (212) 682-6104

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

Dated: New York, New York
November 2, 2010

          **OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**

          By: _/s/ Scott L. Hazan_
              Scott L. Hazan, Esq.
              A Member of the Firm
              230 Park Avenue
              New York, NY 10169
              (212) 661-9100

              *Proposed Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 2, 2010 a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was filed and served electronically via the ECF system with copies also sent to the parties listed and in the manner described on <u>Exhibit A</u> attached hereto.

/s/ Kevin Zuzolo
Kevin Zuzolo

Sworn to before me this
2nd day of November 2010

/s/ Ellen Allen
Notary Public

<u>**Exhibit A**</u>

<u>Via Hand Delivery</u>

The Honorable Sean H. Lane
United States Bankruptcy Court
U.S. Custom House
One Bowling Green
New York, New York 10004


<u>Via First Class U.S. Mail</u>

| | |
|---|---|
| Akin Gump Straus Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Ira S. Dizengoff, Esq.<br>      Arik Preis, Esq.<br>      Ashleigh L. Blaylock, Esq. | Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ronit J. Berkovich |
| Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York<br>Attn: Susan D. Golden, Esq. | Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Attn: Susheel Kirpalani |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Rachel C. Strickland, Esq.<br>      Mathew A. Feldman, Esq. | Fraser Milner Casgrain LLP<br>1 First Canadian Pl., 39th Floor<br>100 King Street W<br>Toronto, Ontario<br>M5X 1B2 Canada<br>Attn: Michael Wunder<br>      Ryan Jacobs<br>      Jarvis Hetu |
| Stikeman Elliot<br>1155 Rene-Levesque Blvd W<br>40th Floor<br>Montreal, QC<br>H3B 3V2 Canada<br>Attn: Sean F. Dunphy<br>      Sidney Horn | Deloitte & Touche<br>181 Bay Street<br>Brookfield Pl., Suite 1400<br>Toronto, ON<br>M5J 2V1 Canada<br>Attn: Jaspreet Dehl<br>      Paul Casey |
| Internal Revenue Service<br>Insolvency Unit Headquarters<br>500 N Capital Street SW<br>Washington, DC 20221 | Federal Communication Commission<br>445 12th Street SW<br>Washington, DC 20554<br>Attn: Austin Schlick, General Counsel |

| Securities and Exchange Commission<br>450 5th Street NW<br>Washington, DC 20459<br>Attn: General Counsel, SEC Headquarters | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James S. Carr, Esq.<br>Kristin S. Elliott, Esq. |
|---|---|
| Emmet Marvin & Martin LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>Attn: Elizabeth M. Clark | U.S. Bank National Association<br>Corporate Trust Services<br>60 Livingston Avenue<br>Saint Paul, MN 55107<br>Attn: David Johnson<br>Cindy Woodward |