UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
In re                                       :      Case No. 10-15446 (SHL)
                                            :      Jointly Administered
TERRESTAR NETWORKS INC., et al.,            :      Chapter 11
                                            :
    Debtors.                                :
-----------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

I, John K. Rezac, a member in good standing of the bar of the State of Georgia, , respectfully request admission pro hac vice, before the Honorable Sean H. Lane, to represent Nokia-Siemens Network US LLC in the above-referenced Chapter 11 cases. The filing fee of $25 has been submitted with this motion for pro hac vice admission. My address, telephone and facsimile numbers and email address are:

> John K. Rezac
> Taylor English Duma LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, GA 30339
> Direct: 678.336.7195
> Main: 770.434.6868
> Fax: 770.434.7376
> jrezac@taylorenglish.com



RECEIVED NOV - 5 2010 U.S. BANKRUPTCY COURT, SDNY

{00032170.DOC / }

Respectfully submitted, this 4th day of November, 2010.

TAYLOR ENGLISH DUMA, LLP


By: */s// John K. Rezac*
    John K. Rezac
    Georgia Bar No. 601935
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

Direct: 678.336.7195
Main: 770.434.6868
Fax: 770.434.7376
jrezac@taylorenglish.com

Counsel for Nokia-Siemens Network US LLC