**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRESTAR NETWORKS INC., *et al.*,[1] | ) | Case No. 10-15446 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

STATE OF WASHINGTON )
                           ) ss
COUNTY OF KING        )

I, Danielle Zahaba, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On November 13, 2010, at the direction of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served by e-mail (where available) and first class mail, postage prepaid, on the parties set forth on Exhibits A and B, comprised of the Master Service List and certain additional parties:

- **Notice of Filing of First Amendment to Debtor in Possession Financing Agreement** [Docket No. 153];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: TerreStar New York Inc. (6394); TerreStar Networks Inc. (3931); Motient Communications Inc. (3833); Motient Holdings Inc. (6634); Motient License Inc. (2431); Motient Services Inc. (5106); Motient Ventures Holding Inc. (6191); MVH Holdings Inc. (9756); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766) and 0887729 B.C. Ltd. (1345).

- **Notice of and Revised Stipulation, Agreement and Order Resolving Series B Cumulative Convertible Preferred Stockholders' Motion to Dismiss Chapter 11 Cases of Motient Holdings Inc., MVH Holdings Inc., Terrestar New York Inc., Motient Communications Inc., Montient Services Inc., Motient Ventures Holding Inc., and Motient License Inc.** [Docket No. 159];

- **Notice of Withdrawal of Debtors' Motion for an Order (A) Authorizing the Debtors to Assume a Restructuring Support Agreement and (B) Granting Related Relief** [Docket No. 161]; and

- **Omnibus Response to Objections to the Debtors' Motion for a Final Order under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties** [Docket No. 162].

3.      On November 13, 2010, also at the direction of Akin Gump, I caused a true and correct copy of the following documents to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit C:

- **Notice of Filing of First Amendment to Debtor in Possession Financing Agreement** [Docket No. 153];

- **Notice of and Revised Stipulation, Agreement and Order Resolving Series B Cumulative Convertible Preferred Stockholders' Motion to Dismiss Chapter 11 Cases of Motient Holdings Inc., MVH Holdings Inc., Terrestar New York Inc., Motient Communications Inc., Montient Services Inc., Motient Ventures Holding Inc., and Motient License Inc.** [Docket No. 159];

- **Notice of Withdrawal of Debtors' Motion for an Order (A) Authorizing the Debtors to Assume a Restructuring Support Agreement and (B) Granting Related Relief** [Docket No. 161]; and

- **Omnibus Response to Objections to the Debtors' Motion for a Final Order under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties** [Docket No. 162].

4.      On November 13, 2010, also at the direction of Akin Gump, I caused a true and correct copy of the following document to be served by e-mail (where available), facsimile (where

available), and first class mail, postage prepaid, on the additional parties as set forth on the service lists annexed hereto as Exhibits D, E, and F, respectively:

- **Notice of Filing of First Amendment to Debtor in Possession Financing Agreement** [Docket No. 153].

5.      On November 13, 2010, also at the direction of Akin Gump, I caused a true and correct copy of the following document to be served by e-mail (where available) and first class mail, postage prepaid, on the additional parties as set forth on the service lists annexed hereto as Exhibits G and H, respectively:

- **Omnibus Response to Objections to the Debtors' Motion for a Final Order under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties** [Docket No. 162].


Signed in Seattle, Washington this 16th day of       /s/ Danielle Zahaba
November, 2010                                        DANIELLE ZAHABA


Sworn to before me in Seattle, Washington this 16th day of November, 2010.


 /s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ARIK PREIS
1 BRYANT PARK
NEW YORK, NY 10036
email: apreis@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ASHLEIGH L. BLAYLOCK
1333 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036
email: kwesch@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN IRA DIZENGOFF
1 BRYANT PARK
NEW YORK, NY 10036
email: idizengoff@akingump.com

ALCATEL - LUCENT
3400 M/S SS01 W PLANO PKWY
PLANO, TX 75082
email: execoffice@alcatel-lucent.com

AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATC TECHNOLOGIES
C/O SKYTERRA LP
10802 PARKRIDGE BLVD
RESTON, VA 20191
email: denise.bratcher@lightsquared.com

BCI NORTHWOOD FLEX, LC
PO BOX 540478
NORTH SALT LAKE, UT 84054
email: rcassidy@theensigngroup.com

BENNETT JONES
ATTN LEE J. CASSEY
ONE FIRST CANADIAN PL, STE 3400
PO BOX 130
TORONTO, ON M5X 1A4 CANADA
email: casseyl@bennettjones.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK, NY 10154
email: zelin@blackstone.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK, NY 10154
email: brownc@blackstone.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN WISAM HIRZALLA
345 PARK AVE FL 30
NEW YORK, NY 10154
email: wisam.hirzalla@blackstone.com

BNY MELLON
ATTN RHONDA THARP, VICE PRESIDENT
600 E LAS COLINAS BLVD
STE 1300
IRVING, TX 75039
email: rhonda.tharp@bnymellon.com; asicompliance@bnymellon.com

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
email: dludman@brownconnery.com

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
email: schristianson@buchalter.com

COMNEON GMBH
ATTN CHRISTIAN MUCKE
SUEDWESTPARK 2-4
NUREMBURG  90449 GERMANY
email: hartmut.schittko@comneon.com, wulf.teiwes@comneon.com

CRTC
LES TERRASSES DE LA CHAUDIÈRE
CENTRAL BLDG
1 PROMENADE DU PORTAGE
GATINEAU, QC J8X 4B1 CANADA
email: john.keogh@crtc.gc.ca

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801
email: attorney.general@state.de.us

DE STATE DEPT OF TAXATION AND FINANCE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON, DE 19801
email: colleen.yegla@state.de.us

DE STATE UNEMPLOYMENT INSURANCE FUND
4425 N MARKET ST
WILMINGTON, DE 19802
email: dlabor@state.de.us

DELAWARE SECRETARY OF STATE
CARVEL STATE OFFICE BLDG
820 N FRENCH ST STE 4
WILMINGTON, DE 19801
email: dosdoc_web@state.de.us

DELOITTE & TOUCHE
ATTN JASPREET DEHL
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
email: jdehl@deloitte.ca

DELOITTE & TOUCHE
ATTN PAUL CASEY
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
email: paucasey@deloitte.ca

DEPARTMENT OF TAX ADMINISTRATION (DTA)
FAIRFAX COUNTY GOVERNMENT CENTER STE 223
12000 GOVERNMENT CENTER PKWY
FAIRFAX, VA 22035
email: taxbusquestions@tax.virginia.gov

DEPT OF TAXATION & FINANCE
COLLIN COUNTY ADMINISTRATION BLDG
PO BOX 8006
MCKINNEY, TX 75070
email: budget@collincountytx.gov

ELEKTROBIT, INC
ATTN ARI VIRTANEN
22745 29TH DRIVE SE SUI STE 200
BOTHELL, WA 98201
email: ari.virtanen@elektrobit.com

ELEKTROBIT, INC
ATTN CHRISTA WIKSTROM
22745 29TH DRIVE SE SUI STE 200
BOTHELL, WA 98201
email: christa.wikstrom@elektrobit.com

EMMET, MARVIN & MARTIN, LLP
ATTN ELIZABETH M. CLARK
120 BROADWAY
32ND FL
NEW YORK, NY 10271
email: eclark@emmetmarvin.com

ENVIRONMENT CANADA
GATINEAU, QC K1A 0H3 CANADA
email: enviroinfo@ec.gc.ca

ENVIRONMENTAL PROTECTION AGENCY
ATTN  SCOTT FULTON
ARIEL RIOS BILDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE NW
WASHINGTON, DC 20460
email: fulton.scott@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
12100 PARK THIRTY FIVE CIR
AUSTIN, TX 78753
email: johnson.joyce-r6@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
PO BOX 13087
AUSTIN, TX 78711-3087
email: johnson.joyce-r6@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866
email: schaaf.eric@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH ST (3PM52)
PHILADELPHIA, PA 19103-2029
email: r3public@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 5
77 WEST JACKSON BLVD
CHICAGO, IL 60604-3507
email: cohen.eric@epa.gov

FEDERAL COMMUNICATION COMMISSION
ATTN AUSTIN SCHLICK, GENERAL COUNSEL
445 12TH ST SW
WASHINGTON, DC 20554
email: austin.schlick@fcc.gov

FEDERAL COMMUNICATION COMMISSION
OFFICE OF THE SECRETARY
445 12TH ST SW
RM TW - A325
WASHINGTON, DC 20554
email: fccinfo@fcc.gov

FOLEY & LARDNER LLP
ATTN HAROLD L. KAPLAN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: hkaplan@foley.com

FOLEY & LARDNER LLP
ATTN MARK F. HEBBELN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: mhebbeln@foley.com

FORUM FINANCIAL SERVICE
275 W CAMPBELL RD STE 320
RICHARDSON, TX 75080
email: jc@forumleasing.com

FRASER MILNER CASGRAIN LLP
ATTN  MICHAEL WUNDER
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: michael.wunder@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN  RYAN JACOBS
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: ryan.jacobs@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN ALEX MACFARLANE
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: alex.macfarlane@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN JARVIS HETU
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: jarvis.hetu@fmc-law.com


FULBRIGHT & JAWORSKI L.L.P.
ATTN MARK C. HAUT, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103
email: mhaut@fulbright.com


HAHN LOESER & PARKS LLP
ATTN DANIEL A. DEMARCO, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316
email: dademarco@hahnlaw.com


HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP
ATTN  GERRY MAGRINI
450 PARK AVE FL 30
NEW YORK, NY 10022
email: gmagrini@harbingercapital.com


HERRICK, FEINSTEIN LLP
ATTN STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com


IDES ADMINISTRATION OFFICES
33 S STATE ST
CHICAGO, IL 60603
email: gregory.ramel@illinois.gov


INFINEON TECHNOLOGIES AG
ATTN LEGAL DEPT
AM CAMPEON 1-12
NEUBIBERG 85579  GERMANY
email: oliver.hausmann@infineon.com


FULBRIGHT & JAWORSKI L.L.P.
ATTN DAVID A. ROSENZWEIG, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com


HAHN LOESER & PARKS LLP
ATTN CHRISTOPHER B. WICK, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316
email: cbwick@hahnlaw.com


HARBINGER CAPITAL PARTNERS
MASTER FUND I LTD
ATTN  GERRY MAGRINI
450 PARK AVE FL 30
NEW YORK, NY 10022
email: gmagrini@harbingercapital.com


HERRICK, FEINSTEIN LLP
ATTN JUSTIN B. SINGER, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016
email: jsinger@herrick.com


HUGHES NETWORK SYSTEMS, LLC
ATTN SEAN P. FLEMING, SENIOR COUNSEL
11717 EXPLORATION LN
GERMANTOWN, MD 20876
email: glenn.bayton@hughes.com, pwashaba@hns.com, ymichalas@hns.com


IL STATE DEPT OF TAXATION AND FINANCE
JAMES R THOMPSON CENTER - CONCOURSE
100 W RANDOLPH ST
CHICAGO, IL 60601-3274
email: kevin.richards@illinois.gov


INTRADO INC.
ATTN LEGAL DEPT
1601 DRY CREEK DR
LONGMONT, CO 80503
email: sam.bauder@intrado.com

ITU GENEVA
PLACE DES NATIONS
GENEVA 29, 2111, SWITZERLAND
email: brmail@itu.int, itumail@itu.int

JOHN GILSENAN
206 POND VIEW DR
BETHANY BEACH, DE 19930
email: johnbythec@mchsi.com

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202
email: Felton.Parrish@klgates.com

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202
email: John.Culver@klgates.com

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022
email: christopher.greco@kirkland.com

KIRKLAND & ELLIS LLP
ATTN JONATHAN S. HENES, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
email: jhenes@kirkland.com

KIRKLAND & ELLIS LLP
ATTN PATRICK J. NASH, JR., ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
email: patrick.nash@kirkland.com

KIRKLAND & ELLIS LLP
ATTN STEPHEN E. HESSLER, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
email: stephen.hessler@kirkland.com

LORAL SPACE & COMMUNICATIONS, INC.
ATTN AVI KATZ, ESQ.
SR. V.P., GENERAL COUNSEL & SECRETARY
600 THIRD AVENUE
NEW YORK, NY 10016
email: avi.katz@hq.loral.com

NEW YORK SECRETARY OF STATE
123 WILLIAM ST
NEW YORK, NY 10038-3804
email: corporations@dos.state.ny.us

NOKIA SIEMENS NETWORKS US LLC
LOCKBOX #840460
1950 N STEMMONS FWY STE 5010
DALLAS, TX 75207
email: joe.hoerl@nsn.com

NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341
email: serveag@ag.ny.gov

NYC DEPT OF FINANCE
ATTN  LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST
3RD FL
BROOKLYN, NY 11201
email: maura_archambeault@tax.state.ny.us

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201
email: nysdol@labor.ny.gov

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN DAVID M. POSNER, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
email: dposner@oshr.com

OXFORD GLOBAL RESOURCES INC
ATTN: LUIS RIETTI
100 CUMMINGS CENTER STE 206L
BEVERLY, MA 01915
email: amie.nadeau@oxfordcorp.com, luis_rietti@oxfordcorp.com, custserv@oxfordcorp.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN JAMES C. TECCE
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: jamestecce@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: susheelkirpalani@quinnemanuel.com

REED SMITH LLP
ATTN DEBRA TURETSKY, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: dturetsky@reedsmith.com

NYS DEPT OF LABOR, UNEMPLOYMENT INS.
CENTRAL ASSIGNMENT & COLLECTION SECTION
W A HARRIMAN CAMPUS
BLDG 12 RM 256
ALBANY, NY 12240-0001
email: labor.sm.ui.division@labor.ny.gov

OFFICE OF THE US ATTORNEY
2100 JAMIESON AVE
ALEXANDRIA, VA 22314
email: usavae.usattys@usdoj.gov

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN SCOTT L. HAZAN, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
email: shazan@oshr.com

QUALCOMM
ATTN ADAM SCHWENKER, SR. DIRECTOR
5775 MOREHOUSE DR
SAN DIEGO, CA 92121-1714
email: dwood@qualcomm.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: scottshelley@quinnemanuel.com

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: danielholzman@quinnemanuel.com

REED SMITH LLP
ATTN KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

REED SMITH LLP
ATTN TIMOTHY P. REILEY, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: treiley@reedsmith.com

RKF ENGINEERING, LLC
ATTN PHILLIP A RUBIN
1229 19TH ST NW
WASHINGTON, DC 20036
email: prubin@rkf-engineering.com

RUDER FINN
301 EAST 57TH ST
NEW YORK, NY 10022
email: fallonc@RuderFinn.com

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604
email: chicago@sec.gov

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022
email: newyork@sec.gov

SECURITIES EXCHANGE COMMISSION
ATTN  GENERAL COUNSEL SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SECURITIES EXCHANGE COMMISSION
C/O CARLA MONZON
THE MELLON INDEPENDENCE CENTER
701 MARKET ST
PHILADELPHIA, PA 10281-1022
email: philadelphia@sec.gov

SECURITIES EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLZ STE 1900
801 CHERRY ST UNIT 18
FORT WORTH, TX 76102
email: dfw@sec.gov

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BLDG
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279
email: newyork@sec.gov

SONORAN SYSTEMS INC
ATTN DAVID BARNES
2983 EAST VAUGHN AVE
GILBERT, AZ 85234
email: accounting@sonoransys.com

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO, CA 94303
email: rakowj@ssd.loral.com

SPACE SYSTEMS/LORAL, INC.
ATTN STEPHEN SMITH, CONTRACT MANAGER &
TERRESTAR PROGRAM MANAGER
3825 FABIAN WAY
PALO ALTO, CA 94303-4604
email: doanma@ssd.loral.com, materiel.administration@ssd.loral.com, inquiries@ssd.loral.com

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PO BOX 12548
AUSTIN, TX 78711
email: greg.abbott@oag.state.tx.us

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PRICE DANIEL SR BLDG 300 W 15TH ST
AUSTIN, TX 78711-2548
email: greg.abbott@oag.state.tx.us

STIKEMAN ELLIOTT
ATTN CLAIRE ZIKOVSKY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: czikovsky@stikeman.com

STIKEMAN ELLIOTT
ATTN MAXIME CHARBONNEAU
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: MCharbonneau@stikeman.com

STIKEMAN ELLIOTT
ATTN SIDNEY HORN
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: smhorn@stikeman.com

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: pholleman@sandw.com

TELUS
PO BOX 7575
VANCOUVER, BC CANADA V6B 8N9
email: john.vanderkooi@telus.com

TERRESTAR NETWORKS INC.
ATTN DOUG BRANDON
ONE DISCOVERY SQ
12010 SUNSET HILLS RD 6TH FL
RESTON, VA 20190
email: doug.brandon@terrestar.com

THE GARDEN CITY GROUP, INC.
ATTN  EAMON MASON
105 MAXESS RD
MELVILLE, NY 11747
email: tsnteam@gardencitygroup.com

STIKEMAN ELLIOTT
ATTN HADRIEN MONTAGNE
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: HMontagne@stikeman.com

STIKEMAN ELLIOTT
ATTN SEAN F. DUNPHY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: sdunphy@stikeman.com

SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: mstudent@sandw.com

TELESAT CANADA
1601 TELESAT CT
PO BOX 142
OTTAWA, ON CANADA K1B 5P4
email: rschofield@telesat.com, mcox@telesat.com

TELX-DALLAS LLC
2323 BRYANT ST
DALLAS, TX 75201
email: info@telx.com, customerservice@telx.com

TEXAS WORKFORCE COMMISSION
ATTN EXECUTIVE DIRECTOR
101 E 15TH ST RM 618
AUSTIN, TX 78778
email: larry.temple@twc.state.tx.us

THE GARDEN CITY GROUP, INC.
ATTN  ISABEL I. BAUMGARTEN
105 MAXESS RD
MELVILLE, NY 11747
email: isabel.baumgarten@gardencitygroup.com

US BANK NATIONAL ASSOCIATION
ATTN DAVID JOHNSON
EP-MN-WS3T
60 LIVINGSTON AVE
SAINT PAUL, MN 55107-1419
email: david.johnson9@usbank.com

US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN CINDY WOODWARD
60 LIVINGSTON AVE
ST. PAUL, MN 55107
email: cindy.woodward@usbank.com

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND, VA 23218-1115
email: tina.thoummarath@tax.virginia.gov

VIRGINIA STATE CORPORATION COMMISSION
TYLER BLDG
1300 E MAIN ST
RICHMOND, VA 23219
email: sccinfo@scc.virginia.gov

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: ronit.berkovich@weil.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
email: bstrickland@wtplaw.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
email: dshaffer@wtplaw.com

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: mfeldman@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: rstrickland@willkie.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
email: george.shuster@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com

# EXHIBIT B

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ARIK PREIS
1 BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ASHLEIGH L. BLAYLOCK
1333 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  IRA DIZENGOFF
1 BRYANT PARK
NEW YORK, NY 10036

ALCATEL - LUCENT
3400 M/S SS01 W PLANO PKWY
PLANO, TX 75082

AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATC TECHNOLOGIES
C/O SKYTERRA LP
10802 PARKRIDGE BLVD
RESTON, VA 20191

BCI NORTHWOOD FLEX, LC
PO BOX 540478
NORTH SALT LAKE, UT 84054

BELL CANADA
PO BOX 3650 STATION DON MILLS
TORONTO, ON CANADA M3C 3X9

BENNETT JONES
ATTN LEE J. CASSEY
ONE FIRST CANADIAN PL, STE 3400
PO BOX 130
TORONTO, ON M5X 1A4 CANADA

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN  STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK, NY 10154

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK, NY 10154

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN WISAM HIRZALLA
345 PARK AVE FL 30
NEW YORK, NY 10154

BNY MELLON
ATTN RHONDA THARP, VICE PRESIDENT
600 E LAS COLINAS BLVD
STE 1300
IRVING, TX 75039

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

CANADA REVENUE AGENCY
REGINA TAX SERVICES OFFICE
PO BOX 557
REGINA, SK S4P 3A3 CANADA

CANADA REVENUE AGENCY
TAX CENTRE
4695 12TH AVE
SHAWINIGAN-SUD, QC G9N 7S6 CANADA

CITY DEPT OF FINANCE
LOUIS L REDDING CITY/COUNTY BLDG
800 N FRENCH ST
WILMINGTON, DE 19801-3537

CITY DEPT OF FINANCE
VILLAGE OF LINCOLNSHIRE
1 OLDE HALF DAY RD
LINCOLNSHIRE, IL 60069

CITY OF RICHARDSON
TAX DEPARTMENT
PO BOX 830129
RICHARDSON, TX 75083-0129

COMNEON GMBH
ATTN CHRISTIAN MUCKE
SUEDWESTPARK 2-4
NUREMBURG  90449 GERMANY

CRTC
LES TERRASSES DE LA CHAUDIÈRE
CENTRAL BLDG
1 PROMENADE DU PORTAGE
GATINEAU, QC J8X 4B1 CANADA

DALLAS COUNTY DEPT OF TAXATION & FINANCE
500 ELM ST
DALLAS, TX 75202

DATABANK HOLDINGS
400 S AKARD ST STE 100
DALLAS, TX 75202

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801

DE STATE DEPT OF TAXATION AND FINANCE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON, DE 19801

DE STATE UNEMPLOYMENT INSURANCE FUND
4425 N MARKET ST
WILMINGTON, DE 19802

DELAWARE SECRETARY OF STATE
CARVEL STATE OFFICE BLDG
820 N FRENCH ST STE 4
WILMINGTON, DE 19801

DELOITTE & TOUCHE
ATTN JASPREET DEHL
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA

DELOITTE & TOUCHE
ATTN PAUL CASEY
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA

DEPARTMENT OF TAX ADMINISTRATION (DTA)
FAIRFAX COUNTY GOVERNMENT CENTER STE 223
12000 GOVERNMENT CENTER PKWY
FAIRFAX, VA 22035

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

DEPT OF TAXATION & FINANCE
COLLIN COUNTY ADMINISTRATION BLDG
PO BOX 8006
MCKINNEY, TX 75070

DEUTSCHE BANK NATIONAL TRUST COMPANY
TRUST & SECURITIES SERVICES
ATTN GEORGE KUBIN
222 S RIVERSIDE PLZ, 25TH FL
CHICAGO, IL 60606-5808

ECHOSTAR CORPORATION
ATTN  ROBERT REHG
100 INVERNESS TER E
ENGLEWOOD, CO 80112

ELEKTROBIT, INC
ATTN ARI VIRTANEN
22745 29TH DRIVE SE SUI STE 200
BOTHELL, WA 98201

ELEKTROBIT, INC
ATTN CHRISTA WIKSTROM
22745 29TH DRIVE SE SUI STE 200
BOTHELL, WA 98201

EMMET, MARVIN & MARTIN, LLP
ATTN ELIZABETH M. CLARK
120 BROADWAY
32ND FL
NEW YORK, NY 10271

ENVIRONMENT CANADA
GATINEAU, QC K1A 0H3 CANADA

ENVIRONMENTAL PROTECTION AGENCY
ATTN  SCOTT FULTON
ARIEL RIOS BILDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE NW
WASHINGTON, DC 20460

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
12100 PARK THIRTY FIVE CIR
AUSTIN, TX 78753

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
PO BOX 13087
AUSTIN, TX 78711-3087

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH ST (3PM52)
PHILADELPHIA, PA 19103-2029

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 5
77 WEST JACKSON BLVD
CHICAGO, IL 60604-3507

FEDERAL COMMUNICATION COMMISSION
ATTN AUSTIN SCHLICK, GENERAL COUNSEL
445 12TH ST SW
WASHINGTON, DC 20554

FEDERAL COMMUNICATION COMMISSION
OFFICE OF THE SECRETARY
445 12TH ST SW
RM TW - A325
WASHINGTON, DC 20554

FOLEY & LARDNER LLP
ATTN HAROLD L. KAPLAN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN MARK F. HEBBELN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313

FORUM FINANCIAL SERVICE
275 W CAMPBELL RD STE 320
RICHARDSON, TX 75080

FRASER MILNER CASGRAIN LLP
ATTN  MICHAEL WUNDER
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA

FRASER MILNER CASGRAIN LLP
ATTN  RYAN JACOBS
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA

FRASER MILNER CASGRAIN LLP
ATTN ALEX MACFARLANE
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA

FRASER MILNER CASGRAIN LLP
ATTN JARVIS HETU
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA

FULBRIGHT & JAWORSKI L.L.P.
ATTN DAVID A. ROSENZWEIG, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103

FULBRIGHT & JAWORSKI L.L.P.
ATTN MARK C. HAUT, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103

HAHN LOESER & PARKS LLP
ATTN CHRISTOPHER B. WICK, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316

HAHN LOESER & PARKS LLP
ATTN DANIEL A. DEMARCO, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316

HARBINGER CAPITAL PARTNERS
MASTER FUND I LTD
ATTN  GERRY MAGRINI
450 PARK AVE FL 30
NEW YORK, NY 10022

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP
ATTN  GERRY MAGRINI
450 PARK AVE FL 30
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN JUSTIN B. SINGER, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
ATTN STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HOULIHAN LOKEY
ATTN ERIC WINTHROP
1930 CENTURY PARK W
LOS ANGELES, CA 90067

HUGHES NETWORK SYSTEMS, LLC
ATTN SEAN P. FLEMING, SENIOR COUNSEL
11717 EXPLORATION LN
GERMANTOWN, MD 20876

HUMAN RESOURCES & SKILLS DEVELPMT CANADA
OUT OF CANADA EMPLOYMNT INSURANCE CLAIMS
KINGSTON SERVICE CANADA CENTRE
299 CONCESSION STREET
KINGSTON, ON K7K 2B9 CANADA

IDES ADMINISTRATION OFFICES
33 S STATE ST
CHICAGO, IL 60603

IL STATE ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 W RANDOLPH ST
CHICAGO, IL 60601

IL STATE DEPT OF TAXATION AND FINANCE
JAMES R THOMPSON CENTER - CONCOURSE
100 W RANDOLPH ST
CHICAGO, IL 60601-3274

ILLINOIS SECRETARY OF STATE
213 STATE CAPITOL
SPRINGFIELD, IL 62756

INDUSTRY CANADA
OFFICE OF THE SUPERINTENDENT OF
BANKRUPTCY CANADA
155 QUEEN STREET, 4TH FLOOR
OTTAWA, ONTARIO  K1A 0H5

INDUSTRY CANADA
SPECTRUM MANAGEMENT OPERATIONS BRANCH
ATTN CHANTAL BEAUMIER
300 SLATER ST
OTTAWA, ON  K1A 0C8 CANADA

INFINEON TECHNOLOGIES AG
ATTN LEGAL DEPT
AM CAMPEON 1-12
NEUBIBERG 85579  GERMANY

INTERNAL REVENUE SERVICE
1320 CENTRAL PARK BLVD
FREDERICKSBURG, VA 22401

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
500 N CAPITOL ST NW
WASHINGTON, DC 20221

INTERNAL REVENUE SERVICE
ATTN INSOLVENCY UNIT
SAN FRANCISCO REGIONAL OFFICE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

INTERNAL REVENUE SERVICE
STOP 5014
230 S DEARBORN ST, STE 2600
CHICAGO, IL 60604

INTRADO INC.
ATTN LEGAL DEPT
1601 DRY CREEK DR
LONGMONT, CO 80503

ITU GENEVA
PLACE DES NATIONS
GENEVA 29, 2111, SWITZERLAND

JEFFERIES & COMPANY, INC
ATTN LEON SZLEZINGER
520 MADISON AVE 10TH FL
NEW YORK, NY 10022

JOHN GILSENAN
206 POND VIEW DR
BETHANY BEACH, DE 19930

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN ARUN KURICHETY, ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN JONATHAN S. HENES, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

KIRKLAND & ELLIS LLP
ATTN PATRICK J. NASH, JR., ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN STEPHEN E. HESSLER, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

LABOR AND WORKFORCE DEVELOPMENT AGENCY
SECRETARY
801 K ST STE 2101
SACRAMENTO, CA 95814

LORAL SPACE & COMMUNICATIONS, INC.
ATTN AVI KATZ, ESQ.
SR. V.P., GENERAL COUNSEL & SECRETARY
600 THIRD AVENUE
NEW YORK, NY 10016

NEUSTAR
ATTN GENERAL COUNSEL
46000 CENTER OAK PLZ
STERLING, VA 20165

NEW YORK SECRETARY OF STATE
123 WILLIAM ST
NEW YORK, NY 10038-3804

NOKIA SIEMENS NETWORKS US LLC
ATTN ROLAND J. BEHM, VP
5555 GLENRIDGE CONNECTOR, STE 800
ATLANTA, GA 30342

NOKIA SIEMENS NETWORKS US LLC
LOCKBOX #840460
1950 N STEMMONS FWY STE 5010
DALLAS, TX 75207

NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

NYC DEPT OF FINANCE
ATTN  LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST
3RD FL
BROOKLYN, NY 11201

NYS DEPT OF LABOR, UNEMPLOYMENT INS.
CENTRAL ASSIGNMENT & COLLECTION SECTION
W A HARRIMAN CAMPUS
BLDG 12 RM 256
ALBANY, NY 12240-0001

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN RICHARD C. MORRISSEY
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN SUSAN GOLDEN
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

OFFICE OF THE US ATTORNEY
1007 N ORANGE ST STE 700
PO BOX 2046
WILMINGTON, DE 19801-2046

OFFICE OF THE US ATTORNEY
1100 COMMERCE ST THIRD FL
DALLAS, TX 75242-1699

OFFICE OF THE US ATTORNEY
2100 JAMIESON AVE
ALEXANDRIA, VA 22314

OFFICE OF THE US ATTORNEY
219 S DEARBORN ST FIFTH FL
CHICAGO, IL 60604

OFFICE OF THE US ATTORNEY
CLAIMS UNIT - RM 417
1 SAINT ANDREWS PLZ
NEW YORK, NY 10007

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN DAVID M. POSNER, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN SCOTT L. HAZAN, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

OXFORD GLOBAL RESOURCES INC
ATTN: LUIS RIETTI
100 CUMMINGS CENTER STE 206L
BEVERLY, MA 01915

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN DANIEL A. LOWENTHAL, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

QUALCOMM
ATTN ADAM SCHWENKER, SR. DIRECTOR
5775 MOREHOUSE DR
SAN DIEGO, CA 92121-1714

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN JAMES C. TECCE
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

REED SMITH LLP
ATTN DEBRA TURETSKY, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN TIMOTHY P. REILEY, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REVENU QUÉBEC
SERVICE DE TRAITEMENT DES REQUÊTES
C P 3000 SUCCURSALE PLACE-DESJARDINS
MONTREAL, QC H5B 1A4 CANADA

RKF ENGINEERING, LLC
ATTN PHILLIP A RUBIN
1229 19TH ST NW
WASHINGTON, DC 20036

RUDER FINN
301 EAST 57TH ST
NEW YORK, NY 10022

SASKATCHEWAN DEPARTMENT OF FINANCE
2350 ALBERT ST
REGINA, SK S4P 4A6 CANADA

SASKATCHEWAN FINANCIAL SERVS. COMMISSION
SECURITIES DIVISION
1919 SASKATCHEWAN DR
6TH FL
REGINA, SK S4P 3V7 CANADA

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022

SECURITIES EXCHANGE COMMISSION
ATTN  GENERAL COUNSEL SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON, DC 20549

SECURITIES EXCHANGE COMMISSION
C/O CARLA MONZON
THE MELLON INDEPENDENCE CENTER
701 MARKET ST
PHILADELPHIA, PA 10281-1022

SECURITIES EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLZ STE 1900
801 CHERRY ST UNIT 18
FORT WORTH, TX 76102

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BLDG
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279

SHAFFER, WILSON, SARVER & GRAY, P.C.
ATTN RAY SHAFFER, PRESIDENT
1821 MICHAEL FARADAY DR STE 302
RESTON, VA 20190

SONORAN SYSTEMS INC
ATTN DAVID BARNES
2983 EAST VAUGHN AVE
GILBERT, AZ 85234

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO, CA 94303

SPACE SYSTEMS/LORAL, INC.
ATTN STEPHEN SMITH, CONTRACT MANAGER &
TERRESTAR PROGRAM MANAGER
3825 FABIAN WAY
PALO ALTO, CA 94303-4604

STATE OF CALIFORNIA FRANCHISE TAX BOARD
CHIEF COUNSEL: FRANCHISE TAX BOARD
C/O GENERAL COUNSEL SECTION
PO BOX 1720 MS: A-260
RANCHO CORDOVA, CA 95741-1720

STATE OF CALIFORNIA FRANCHISE TAX BOARD
FRANCHISE TAX BOARD
PO BOX 1673
SACRAMENTO, CA 95812-1673

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PO BOX 12548
AUSTIN, TX 78711

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PRICE DANIEL SR BLDG 300 W 15TH ST
AUSTIN, TX 78711-2548

STIKEMAN ELLIOTT
ATTN CLAIRE ZIKOVSKY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

STIKEMAN ELLIOTT
ATTN HADRIEN MONTAGNE
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

STIKEMAN ELLIOTT
ATTN MAXIME CHARBONNEAU
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

STIKEMAN ELLIOTT
ATTN SEAN F. DUNPHY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

STIKEMAN ELLIOTT
ATTN SIDNEY HORN
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA

SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON, MA 02109

TELESAT CANADA
1601 TELESAT CT
PO BOX 142
OTTAWA, ON CANADA K1B 5P4

TELUS
PO BOX 7575
VANCOUVER, BC CANADA V6B 8N9

TELX-DALLAS LLC
2323 BRYANT ST
DALLAS, TX 75201

TERRESTAR NETWORKS INC.
ATTN DOUG BRANDON
ONE DISCOVERY SQ
12010 SUNSET HILLS RD 6TH FL
RESTON, VA 20190

TEXAS WORKFORCE COMMISSION
ATTN EXECUTIVE DIRECTOR
101 E 15TH ST RM 618
AUSTIN, TX 78778

THE GARDEN CITY GROUP, INC.
ATTN  EAMON MASON
105 MAXESS RD
MELVILLE, NY 11747

THE GARDEN CITY GROUP, INC.
ATTN  ISABEL I. BAUMGARTEN
105 MAXESS RD
MELVILLE, NY 11747

THE VIRGINIA EMPLOYMENT COMMISSION
PO BOX 1358
RICHMOND, VA 23218-1358

THOMSON REUTERS
195 BROADWAY
NEW YORK, NY 10007

US BANK NATIONAL ASSOCIATION
ATTN DAVID JOHNSON
EP-MN-WS3T
60 LIVINGSTON AVE
SAINT PAUL, MN 55107-1419

US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN CINDY WOODWARD
60 LIVINGSTON AVE
ST. PAUL, MN 55107

US DEPARTMENT OF JUSTICE
ATTN  TONY WEST, ASST ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

VA STATE ATTORNEY GENERAL
900 E MAIN ST
RICHMOND, VA 23219

VAN VLISSINGEN AND COMPANY
ATTN JOHN S. NOWROCKI, VP
ONE OVERLOOK PT
STE 100
LINCOLNSHIRE, IL 60069

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND, VA 23218-1115

VIRGINIA STATE CORPORATION COMMISSION
TYLER BLDG
1300 E MAIN ST
RICHMOND, VA 23219

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

# EXHIBIT C

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN RICHARD C. MORRISSEY
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN SUSAN GOLDEN
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

# EXHIBIT D

HSBC BANK CANADA
131 QUEEN STREET
ATTN: MARIE-CLAUDE ANTONIADES
OTTAWA, ON K1P 0A1 CANADA
email: marie-claude_antoniades@hsbc.ca

ROYAL BANK OF CANADA
ATTN ENZA BALDINO
1 PLACE VILLE-MARIE
MONTREAL, QC H3C 3B5 CANADA
email: enza.baldino@rbc.com

SUNTRUST BANK
8330 BOONE BOULEVARD 7TH FLOOR
ATTN: LINDA JAMESON
VIENNA, VA 22182
email: linda.jameson@suntrust.com

TD CANADA TRUST
55 KING STREET WEST
ATTN: JENNIFER LIPTON
TORONTO, ON M5K 1A2 CANADA
email: jennifer.lipton@td.com

# EXHIBIT E

SUNTRUST BANK
1445 NEW YORK AVE., NW 6TH FLOOR
ATTN: MEYLIN DORAM
WASHINGTON, DC 20005
FAX: 202-879-6333

# EXHIBIT F

HSBC BANK CANADA
131 QUEEN STREET
ATTN: MARIE-CLAUDE ANTONIADES
OTTAWA, ON K1P 0A1 CANADA

ROYAL BANK OF CANADA
ATTN ENZA BALDINO
1 PLACE VILLE-MARIE
MONTREAL, QC H3C 3B5 CANADA

SUNTRUST BANK
1445 NEW YORK AVE., NW 6TH FLOOR
ATTN: MEYLIN DORAM
WASHINGTON, DC 20005

SUNTRUST BANK
8330 BOONE BOULEVARD 7TH FLOOR
ATTN: LINDA JAMESON
VIENNA, VA 22182

TD CANADA TRUST
55 KING STREET WEST
ATTN: JENNIFER LIPTON
TORONTO, ON M5K 1A2 CANADA

# EXHIBIT G

K&L GATES LLP
ATTN ERIC T MOSER
ATTY FOR SPRINT NEXTEL CORP
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030
email: Eric.Moser@klgates.com;

# EXHIBIT H

K&L GATES LLP
ATTN ERIC T MOSER
ATTY FOR SPRINT NEXTEL CORP
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030

K&L GATES LLP
ATTN JOHN CULLVER III & FELTON PARRISH
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28282

ROPES & GRAY LLP
ATTN M SOMERSTEIN & B SCHNEIDER
ATTY FOR MAST CAPITAL MANAGEMENT INC
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704