QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
Susheel Kirpalani (SK-8926)
Scott C. Shelley (SS-1013)
Daniel S. Holzman (DH-5770)
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Counsel to Series B Cumulative*
*Convertible Preferred Stockholders*
*of TerreStar Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
TERRESTAR NETWORKS INC., *et al.*,[1] : Case No. 10-15446 (SHL)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SERIES B CUMULATIVE CONVERTIBLE PREFERRED STOCKHOLDERS' MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 1112(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1017(a), TO DISMISS CHAPTER 11 CASES OF MOTIENT HOLDINGS INC., MVH HOLDINGS INC., TERRESTAR NEW YORK INC., MOTIENT COMMUNICATIONS INC., MOTIENT SERVICES INC., MOTIENT VENTURES HOLDING INC., AND MOTIENT LICENSE INC.**

PLEASE TAKE NOTICE that the Series B Cumulative Convertible Preferred

Stockholders of TerreStar Corporation hereby withdraw their Motion, Pursuant to Bankruptcy

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer identification number, are: TerreStar New York Inc. (6394); TerreStar Networks Inc. (3931); Motient Communications Inc. (3833); Motient Holdings Inc. (6634); Motient License Inc. (2431); Motient Services Inc. (5106); Motient Ventures Holding Inc. (6191); MVH Holdings Inc. (9756); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345) (collectively, the "Debtors").

Code Sections 105(a) and 1112(b) and Federal Rule of Bankruptcy Procedure 1017(a), to Dismiss Chapter 11 Cases of Motient Holdings Inc., MVH Holdings, Inc., TerreStar New York, Inc., Motient Communications Inc., Motient Services Inc., Motient Venture Holding Inc., and Motient License Inc., dated November 1, 2010 [Docket No. 63].

Dated: November 17, 2010
      New York, New York

                                      QUINN EMANUEL URQUHART
                                          & SULLIVAN, LLP

                                      /s/ *Susheel Kirpalani*
                                   Susheel Kirpalani
                                   susheelkirpalani@quinnemanuel.com
                                   Scott C. Shelley
                                   scottshelley@quinnemanuel.com
                                   Daniel S. Holzman
                                   danielholzman@quinnemanuel.com

                                   51 Madison Avenue, 22nd Floor
                                   New York, New York 10010
                                   Telephone: (212) 849-7000
                                   Facsimile: (212) 849-7100

                                   *Counsel to Series B Cumulative*
                                   *Convertible Preferred Stockholders*
                                   *of TerreStar Corporation*