AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRESTAR NETWORKS INC., *et al.*,[1] | ) | Case No. 10-15446 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 10, 2010 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Location of Hearing:**   Honorable Judge Sean H. Lane
Courtroom No. 701
United States Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar New York Inc. (6394); TerreStar Networks Inc. (3931); Motient Communications Inc. (3833); Motient Holdings Inc. (6634); Motient License Inc. (2431); Motient Services Inc. (5106); Motient Ventures Holding Inc. (6191); MVH Holdings Inc. (9756); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

**Copies of Motions:** A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at the website of the Debtors' proposed notice and claims agent, The Garden City Group ("*GCG*"), at www.TerreStarInfo.com. Further information may be obtained by calling GCG at 800-327-3664.

## I. CONTESTED MATTERS

A. **Disclosure Statement Motion**. Debtors' Motion for Entry of an Order Approving (A) the Adequacy of the Disclosure Statement and (B) Notice of the Hearing to Approve the Disclosure Statement [Docket No. 84]

Response Deadline: December 6, 2010 at 12:00 p.m.[2]

Related Documents:

1. Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 83]

2. Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 82]

3. Notice of Filing of Exhibits to the TSN Debtors' Disclosure Statement for the Joint Chapter 11 Plan Of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 212]

4. Notice of Filing of Revised Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 223]

5. Notice of Filing of Revised Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 222]

---

[2] The Response Deadline was extended for all parties from December 3, 2010 at 5:00 p.m. (ET) until December 6, 2010 at 12:00 p.m. (ET).

6. Omnibus Response to Objections to the Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement [Docket No. 246]

   a. Exhibit A to Omnibus Response to Objections to the Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement [Docket No. 248]

   b. Exhibit B to Omnibus Response to Objections to the Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement [Docket No. 249]

7. Notice of Filing of Second Revised Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 251]

8. Notice of Filing of Second Revised Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 250]

9. Notice of Filing of Third Revised Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 256]

10. Notice of Filing of Third Revised Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc. [Docket No. 260]

Response(s) Received:

1. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion For Entry of an Order (A) Approving the Adequacy of the Disclosure Statement and (B) Notice of The Hearing to Approve the Disclosure Statement [Docket No. 228]

2. Objection of Objection and Memorandum of Law in Support Thereof of Harbinger Capital Partners LLC to the Debtors' Motion for Entry of an Order Approving (a) the Adequacy of the Disclosure Statement and (b) Notice of the Hearing to Approve the Disclosure Statement [Docket No. 229]

3. Objection of Sprint Nextel Corporation to Debtors' Motion for Entry of an Order Approving (A) the Adequacy of the Disclosure Statement and (B) Notice of the Hearing to Approve the Disclosure Statement [Docket No. 233]

4. Objection of the Ad Hoc Group of Holders of 15% Senior Secured Notes to Debtors' Motion for Entry of an Order Approving (A) Adequacy of the Disclosure Statement and (B) Notice of the Hearing to Approve the Disclosure Statement [Docket No. 234]

5. Objection to Motion of the Debtors for Entry of an Order (A) Approving Disclosure Statement and (B) the Notice of Hearing to Approve the Disclosure Statement filed on behalf of Deutsche Bank National Trust Company, as Indenture Trustee [Docket No. 235]

6. Objection of Solus Alternative Asset Management LP, as nominee of certain holders of 6.5% notes of TerreStar Networks Inc., to Disclosure Statement for The Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services, Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc., and TerreStar Networks (Canada) Inc.) [Docket No. 240]

Status: This matter is going forward.

B. **Plan Procedures Motion**. Motion for Entry of an Order (A) Fixing Dates and Deadlines Related to Confirmation of the Plan; (B) Approving Procedures for Soliciting and Tabulating the Votes on, and for Objecting to, the Plan; (C) Approving the Manner and Form of Notices and Documents Relating to the Plan; (D) Approving Rights Offering Procedures; and (E) Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as Subscription Agent [Docket No. 201]

Response Deadline: December 3, 2010 at 5:00 p.m. (ET)

Related Documents:

1. Notice of Filing of Revised Exhibit to the TSN Debtors' Motion for Entry of an Order (A) Fixing Dates and Deadlines Related to Confirmation of the Plan; (B) Approving Procedures for Soliciting and Tabulating the Votes on, and Objecting to, the Plan; (C) Approving the Manner and Form of Notices and Documents Relating to the Plan; (D) Approving Rights Offering Procedures; and (E) Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as Subscription Agent [Docket No. 259]

Response(s) Received:

1. Objection of Sprint Nextel Corporation to Motion of TSN Debtors for Entry of an Order (A) Fixing Dates and Deadlines Related to Confirmation of the Plan; (B) Approving Procedures for Soliciting and Tabulation the Votes on, and for Objection to, the Plan; (C) Approving the Manner and Form of Notices and Documents Relating to the Plan; (D) Approving Rights Offering Procedures and; (E) Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as Subscription Agent [Docket No. 227]

Status: This matter is going forward.

## II. ADJOURNED MATTERS

A. **Motion to Reject Executory Contract**. Debtors' Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Executory Contracts [Docket No. 204]

Response Deadline**:** December 3, 2010 at 5:00 p.m. (ET)

Related Documents: None

Response(s) Received:

1. Statement and Reservation of Rights With Respect to Debtors' Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Executory Contracts, filed on Behalf of Sprint Nextel Corporation [Docket No. 224]

Status: This matter has been adjourned to December 15, 2010 at 10:00 a.m. (prevailing Eastern time).

| | |
|---|---|
| New York, New York<br>Dated: December 9, 2010 | */s/ Ira S. Dizengoff*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br><br>Ira S. Dizengoff<br>Arik Preis<br>Ashleigh L. Blaylock<br><br>*Counsel to the Debtors and Debtors in Possession* |