(New) Hearing Date: December 21, 2010 at 11:00 a.m. (ET)

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| TERRESTAR NETWORKS INC., *et al.*,[1] | Case No. 10-15446 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT ON HEARING**
**ON CERTAIN MOTIONS PREVIOUSLY SCHEDULED**
**TO BE HEARD ON DECEMBER 20, 2010**

**PLEASE TAKE NOTICE** that on December 20, 2010 at 10:00 a.m. (prevailing Eastern time) the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") were scheduled to present the following motions (collectively, the "***Motions***"):

1. Debtors' Motion for Entry of an Order Approving (A) the Adequacy of the Disclosure Statement and (B) Notice of the Hearing to Approve the Disclosure Statement [Docket No. 84]; and

2. Motion for Entry of an Order (A) Fixing Dates and Deadlines Related to Confirmation of the Plan; (B) Approving Procedures for Soliciting and Tabulating the Votes on, and for Objecting to, the Plan; (C) Approving the Manner and Form of Notices and Documents Relating to the Plan; (D) Approving Rights Offering Procedures; and (E) Authorizing the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar New York Inc. (6394); TerreStar Networks Inc. (3931); Motient Communications Inc. (3833); Motient Holdings Inc. (6634); Motient License Inc. (2431); Motient Services Inc. (5106); Motient Ventures Holding Inc. (6191); MVH Holdings Inc. (9756); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766) and 0887729 B.C. Ltd. (1345).

Employment and Retention of Epiq Bankruptcy Solutions, LLC as Subscription Agent [Docket No. 201].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motions, which was scheduled for December 20, 2010 at 10:00 a.m. (prevailing Eastern time), has been adjourned to **December 21, 2010 at 11:00 a.m. (prevailing Eastern time)**, or as soon thereafter as counsel can be heard, before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, Courtroom 701, New York, New York 10004.

| | |
|---|---|
| New York, New York<br>Date: December 13, 2010 | */s/ Ira S. Dizengoff*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br>Ira S. Dizengoff<br>Arik Preis<br>Ashleigh L. Blaylock<br><br>*Counsel to the Debtors and Debtors in Possession* |