**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TERRESTAR NETWORKS INC., *et al.*,[1] | ) Case No. 10-15446 (SHL) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## MONTHLY OPERATING REPORT FOR THE PERIOD
## FROM JANUARY 1, 2011 TO JANUARY 31, 2011

Debtors' Address: 12010 Sunset Hills Road
6th Floor
Reston, VA 20190

Debtors' Counsel: Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

*s/ Douglas A. Brandon*
Douglas A. Brandon, General Counsel
& Secretary of TerreStar Networks Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; MVH Holdings Inc. [9756]; TerreStar New York Inc. [6394] (the foregoing entities are collectively referred to as the "***Non-TSN Debtors***"); TerreStar License Inc. [6537]; TerreStar National Services Inc. [6319]; TerreStar Networks Inc. [3931]; (TerreStar License Inc., TerreStar National Services Inc. and TerreStar Networks Inc. are collectively referred to as the "***Domestic TSN Debtors***" and, together with the Non-TSN Debtors, the "***Domestic Debtors***"); 0887729 B.C. Ltd. [1345]; TerreStar Networks (Canada) Inc. [8766]; and TerreStar Networks Holdings (Canada) Inc. [1337] (0887729 B.C. Ltd., TerreStar Networks (Canada) Inc. and TerreStar Networks Holdings (Canada) Inc. are collectively referred to as the "***Canadian Debtors***" and, together with the Domestic TSN Debtors, the "***TSN Debtors***").

# TERRESTAR NETWORKS INC., ET AL.

## Monthly Operating Reports
## For the period from January 1, 2011 to January 31, 2011

**Page**

Condensed Consolidated Balance Sheets ....................................................................................... 3

Condensed Consolidated Statements of Operations ..................................................................... 4

Condensed Consolidated Statements of Cash Flows .................................................................... 5

Schedule of Cash Disbursements by Legal Entity ...................................................................... 11

Status of Post-Petition Taxes ...................................................................................................... 12

Schedule of Payments to Insiders and Professionals .................................................................. 13

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

### Condensed Consolidated Balance Sheets
### (Unaudited)

| | January 31, 2011 | January 31, 2010 |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and cash equivalents | $ 6,652,148 | $ 33,916,142 |
| Inventories, net | 7,818,201 | - |
| Due from TerreStar Global | 9,351 | 256,310 |
| Deferred issuance costs (includes $4,375,110 and $0 towards Debtors in possession loan for 2011 and 2010, respectively) | 6,407,283 | 2,032,173 |
| Other current assets | 3,890,611 | 2,746,330 |
| Total current assets | 24,777,594 | 38,950,955 |
| Restricted cash | 237,373 | 472,820 |
| Property and equipment (net of accumulated depreciation $48,098,032 and $13,579,118 as of January 31, 2011 and 2010 respectively) | 1,030,847,042 | 956,749,949 |
| Intangible assets (net of accumulated amortization $497,619 and $375,876 as of January 31, 2011 and 2010 respectively) | 781,636 | 1,151,589 |
| Deferred issuance costs | 4,149,020 | 6,181,194 |
| Other non-current assets | - | 6,000,000 |
| **Total assets** | $ 1,060,792,665 | $ 1,009,506,507 |
| **LIABILITIES AND STOCKHOLDERS' (DEFICIT) EQUITY** | | |
| **Current liabilities** | | |
| Accounts payable and accrued expenses | $ 88,248,828 | $ 36,997,164 |
| Debtors in Possession Loan, net | 29,837,678 | - |
| Due to TerreStar Corporation | 52,658,642 | 48,871,188 |
| Deferred satellite performance incentives | 14,239,032 | 9,954,518 |
| Obligations under capital leases | - | 19,977 |
| Deferred rent | 954,339 | 832,700 |
| TerreStar-2 Purchase Money Credit Agreement including contingent interest derivative and accrued interest, thereon | 89,484,456 | - |
| Total current liabilities | 275,422,975 | 96,675,547 |
| TerreStar Notes including contingent interest derivative and accrued interest, thereon (net of discount $46,014,992 and $48,530,515 as of January 31, 2011 and 2010, respectively) | 941,072,056 | 802,269,538 |
| TerreStar Exchangeable Notes and accrued interest, thereon (net of discount $56,944,444 and $73,611,112 as of January 31, 2011 and 2010, respectively) | 121,803,264 | 97,034,550 |
| TerreStar-2 Purchase Money Credit Agreement including contingent interest derivative and accrued interest, thereon | - | 68,654,959 |
| Deferred revenue | 40,000,000 | - |
| Deferred satellite performance incentives, net of current portion | 6,694,119 | 8,061,939 |
| Due to TerreStar Corporation, net of current portion | 61,293,151 | 53,793,151 |
| Deferred rent, net of current portion | 391,062 | 1,338,041 |
| Total liabilities | 1,446,676,627 | 1,127,827,725 |
| **Stockholders' deficit** | | |
| Common stock; voting, par value $0.001; authorized 50,000,000 shares; 40,898,979 shares issued and outstanding as of January 31, 2011 and January 31, 2010 | 40,899 | 40,899 |
| Additional paid-in capital | 519,482,982 | 517,666,055 |
| Cumulative translation adjustment | 6,005,987 | 1,326,919 |
| Accumulated deficit | (911,413,830) | (637,355,091) |
| Total stockholders' deficit | (385,883,962) | (118,321,218) |
| **Total liabilities and stockholders' deficit** | $ 1,060,792,665 | $ 1,009,506,507 |

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

### Condensed Consolidated Statements of Operations
#### (Unaudited)

| | MONTH ENDED JANUARY 31, | |
| | 2011 | 2010 |
|---|---:|---:|
| **Revenues** | $ 70,494 | $ - |
| **Operating expenses** | | |
| Cost of goods sold | 279,071 | - |
| General and administrative (including cost of network service) | 12,480,175 | 3,768,543 |
| Research and development | 1,454,405 | 2,756,576 |
| Depreciation and amortization | 5,294,160 | 552,698 |
| Total operating expenses | 19,507,811 | 7,077,817 |
| **Net operating (loss) income** | (19,437,317) | (7,077,817) |
| Interest expense | (13,061,009) | (6,175,304) |
| Interest and other income | 145,470 | 3,260 |
| **Net loss** | $ (32,352,856) | $ (13,249,861) |

The accompanying notes are an integral part of these condensed consolidated financial statements

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

### Condensed Consolidated Statements of Cash Flows
### (Unaudited)

|  | MONTH ENDED JANUARY 31, | |
|---|---|---|
|  | 2011 | 2010 |
| **Cash Flows Used In Operating Activities** |  |  |
| Net Loss | $ (32,352,856) | $ (13,249,861) |
| Adjustments to reconcile net loss to net cash used in operating activities: |  |  |
| Depreciation and amortization | 5,294,160 | 552,698 |
| Amortization of debt discount and deferred issuance costs | 1,784,662 | 723,852 |
| Stock based compensation expense | 306,476 | - |
| Changes in assets and liabilities: |  |  |
| Due from TerreStar Corporation | 177 | 270,025 |
| Accounts payable and accrued expenses | 7,017,982 | 1,993,609 |
| Inventories | (303,419) | - |
| Deferred rent | (85,251) | (72,184) |
| Accrued interest | 11,106,551 | 5,300,977 |
| Other current assets | 95,542 | 113,691 |
| Net cash used in operating activities | (7,135,976) | (4,367,193) |
| **Cash Flows Used In Investing Activities** |  |  |
| Restricted cash | - | (601) |
| Additions to property and equipment, net | (2,961) | (59,714) |
| Net cash used in investing activities | (2,961) | (60,315) |
| **Cash Flows from Financing Activities** |  |  |
| Proceeds from debtor in possession loan, net | 2,744,000 | - |
| Capital contribution from TerreStar Corporation | - | 32,000,000 |
| Sale of common stock to TerreStar Corporation | - | 4,999,999 |
| Payments for capital lease obligations | - | (6,468) |
| Net cash provided by financing activities | 2,744,000 | 36,993,531 |
| Foreign exchange effect on cash and cash equivalents | 7,942 | (1,195) |
| **Net decrease in cash and cash equivalents** | (4,386,995) | 32,564,828 |
| **Cash and cash equivalents, beginning of period** | 11,039,143 | 1,351,314 |
| **Cash and cash equivalents, end of period** | $ 6,652,148 | $ 33,916,142 |

The accompanying notes are an integral part of these condensed
consolidated financial statements

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

### Notes to Condensed Consolidated Financial Statements

**1.  Background and Bankruptcy**

***Background -*** TerreStar Networks Inc. ("the Company", "TerreStar Networks", "we", "us" or "our"), in cooperation with its Canadian partners, TerreStar Canada and TerreStar Solutions, majority-owned subsidiaries of Trio 1 and 2 General Partnerships ("Trio"), operates an innovative wireless communications system providing mobile coverage throughout the United States and Canada using integrated satellite-terrestrial smartphones and other devices. This network is based on an integrated satellite and ground-based technology intended to provide communication service in most hard-to-reach areas and will provide a nationwide interoperable, survivable and critical communications infrastructure. We provide multiple communications applications, including voice, data and short messaging.

On September 21, 2010, our dual-mode cellular/satellite smartphone, the TerreStar™ GENUS™ ("GENUS"), was made available for enterprise, government and small business customers by AT&T as part of AT&T's new Satellite Augmented Mobile Service. On November 21, 2010, the GENUS was made available to consumers through on-line retailer Simplexity.

***Chapter 11 Cases -*** On October 19, 2010 (the "Petition Date"), TerreStar Networks Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  The Debtors  continue to operate their business as  "debtors in possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code and the orders of the Bankruptcy Court.

On the Petition Date the Debtors sought approval of ongoing access to cash collateral as well as approval to enter into an aggregate $75 million junior secured debtor-in-possession financing facility (the "DIP Facility").  The DIP Facility is secured by a first lien on all of the Debtors' assets, subject to the liens held by the Debtors' Senior Secured Noteholders and the lenders under the PMCA.  In addition, the DIP Facility is guaranteed by all of the Debtors; however, the guarantee provided by the Non-TSN Debtors is limited to the aggregate amount of DIP Facility funds these entities actually receive from the DIP Financing Facility, as fully set forth in the DIP Facility and the Interim DIP Order (defined below)).

Ultimately, as set forth below, pursuant to the First Amendment to the DIP Facility (filed on November 12, 2010), the Non-TSN Debtors will be removed as guarantors upon the repayment of the minimal funds loaned to such entities.  The DIP Facility carries a 15% interest rate, (which is paid-in-kind), and was issued with a 2% original issue discount.  The DIP Lenders received a 3% commitment fee for providing the DIP Facility, which was also paid-in-kind.   The DIP Facility contains negative and affirmative covenants standard for debtor-in-possession financing facilities, as well as various operational performance covenants.  The DIP Facility contains various events of default, including, without limitation, complying with the following milestones: (1) the TSN Debtors file a plan and disclosure statement on or before November 5, 2010; (2) receive Bankruptcy Court approval of the disclosure statement on or before December 14, 2010; (3) commence a hearing to confirm the plan before January 31, 2011; and (4) obtain Bankruptcy Court approval of the plan by February 14, 2011.  On October 20, 2010, the Bankruptcy Court entered an order approving the Debtors' entry into the DIP Facility on an interim basis (the "Interim DIP Order") [Docket No. 35].

On October 20, 2010, the Bankruptcy Court entered an order approving the Debtors' entry into the DIP Facility on an interim basis (the "Interim DIP Order") [Docket No. 35].

On November 12, 2010, the TSN Debtors filed the First Amendment to the DIP Facility [Docket No. 153]. Pursuant to Amendment #1, the DIP Facility was amended, among other things, as follows: (1) the milestone requirement that the Debtors receive Bankruptcy Court approval of the Debtors' assumption of the RSA (defined below) within 35 days of the Petition Date was eliminated; (2) from and after the date on which all advances made by TSN and its subsidiaries to the Non-TSN Debtors are repaid in full in cash, the Non-TSN Debtors will cease to be Loan Parties or Guarantors (each as defined in the DIP Facility) of the TSN Debtors' obligations under the DIP Facility and any security interests granted in any collateral of the Non-TSN Debtors will be released and terminated; (3) the first measurement date for the operational covenants requiring the TSN Debtors to (a) earn a certain minimum amount of revenue from the Roam-In Business and (b) achieve a certain minimum number of subscribers was moved from November 30, 2010 to December 31, 2010; and (4) the date of the next draw of the DIP Facility was set for December 15, 2010, in the amount of $6 million.

The Non-TSN Debtors did not receive any advances under the DIP Facility. Accordingly, under the First Amendment to the DIP Facility, as of November 12, 2010, the Non-TSN Debtors ceased to be Loan Parties or Guarantors of the TSN Debtors' obligations under the DIP Facility and any security interests granted in any collateral of the Non-TSN Debtors were released and terminated. The final hearing on the DIP Motion was held on November 16, 2010, and on November 18, 2010, the Bankruptcy Court entered an order approving the Debtors' entry into the DIP Facility on a final basis (the "Final DIP Order") [Docket No. 181].

On December 14, 2010, the TSN Debtors filed the Second Amendment to the DIP Facility [Docket No. 270]. Pursuant to this amendment: (1) the milestone requirement for receipt of Bankruptcy Court approval of the disclosure statement was moved from December 14, 2010 to December 22, 2010; (2) the milestone requirement for commencement of a hearing by the Bankruptcy Court on confirmation of an Acceptable Plan was moved from January 31, 2011 to February 14, 2011; (3) the milestone requirement for entry of a final, non appealable order by the Bankruptcy Court confirming an Acceptable Plan was moved from February 14, 2011 to February 28, 2011; (4) the milestone requirement for filing with the FCC or Industry Canada all necessary applications and notifications as required by the DIP Facility was moved from December 14, 2010 to December 22, 2010; and (5) in light of the TSN Debtors' cash management, the next funding date under the DIP Facility (at which time $6 million will be drawn) was moved from December 15, 2010 to December 23, 2010. Subsequently, EchoStar Corporation, the Debtors' DIP Lender, agreed to amend the DIP Facility Milestones to no later than March 7, 2011 (for commencement of the Confirmation Hearing) and March 25, 2011 (for entry of final order confirming the Plan).

On February 2, 2011, the TSN Debtors filed the Third Amendment and Fourth Amendment to the DIP Facility [Docket No. 392]. Pursuant to the Third Amendment, the milestone requirement for (1) commencement of a hearing by the Bankruptcy Court on confirmation of an Acceptable Plan was moved from February 14, 2011 to no later than March 7, 2011 and (2) the milestone requirement for entry of a final, non appealable order by the Bankruptcy Court confirming an Acceptable Plan was moved from February 28, 2011 to no later than March 25, 2011. Pursuant to the Fourth Amendment, the Agreed Budget (as defined in the DIP Facility) was amended.

On February 16, 2011, the TSN Debtors filed the Fifth Amendment to the DIP Facility [Docket No. 423]. Pursuant to the Fifth Amendment, the milestone requirements previously contained in the DIP Facility were eliminated and the definition of "Acceptable Plan" was eliminated.

On November 5, 2010, the TSN Debtors filed the *Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc. and TerreStar Networks (Canada) Inc.* [Docket No. 82] (as may be amended, modified or supplemented from time to time, the "Plan") and the *Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Networks Inc., TerreStar National Services Inc., 0887729 B.C. Ltd., TerreStar License Inc., TerreStar Networks Holdings (Canada) Inc. and TerreStar Networks (Canada) Inc.* [Docket No. 83] (as may be amended, modified or supplemented from time to time, the "Disclosure Statement"). On December 22, 2010, the Bankruptcy Court entered an order approving the Disclosure Statement and the TSN Debtors' began solicitation of votes on the Plan.

On January 26, 2011, the Debtors filed their Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptance Thereof [Docket No. 374] and on February 16, 2011, the Bankruptcy Court entered the Order Granting Bridge Extension Of The Exclusive Period During Which Only The Debtors May File A Chapter 11 Plan [Docket No. 420] to March 9, 2011. A hearing on a further extension of the Debtors' Exclusive Periods (as defined in the Exclusivity Motion) has been scheduled for March 9, 2011.

On February 16, 2011, the TSN Debtors filed a Notice of Withdrawal of the Plan [Docket No. 424] and the confirmation of the Plan previously scheduled to be heard on March 4, 2011 has been cancelled.

## 2. Significant Accounting Policies

*Basis of Presentation* - The condensed consolidated financial statements are prepared in accordance with generally accepted accounting principles in the United States of America "GAAP". The financial statements include the accounts of the Company, its wholly-owned subsidiary TerreStar National Services, Inc., its wholly-owned subsidiary 4506901 Canada Incorporated, and TerreStar Canada, a variable interest entity. We consolidated the accounts of TerreStar Canada into our consolidated financial statements as we concluded that we were the primary beneficiary of TerreStar Canada. All intercompany accounts are eliminated upon consolidation.

The accompanying condensed consolidated financial statements do not include any adjustments that results in connection with our filing for reorganization under Chapter 11 on October 19, 2010.

*Use of Accounting Estimates* - The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. The Company's most significant estimates relate to the fair value of derivatives, stock-based compensation, and long-lived assets. Due to the inherent uncertainty involved in using estimates, actual results reported in future periods could differ from those estimates.

*Cash and Cash Equivalents* - The Company considers all highly liquid investments with original maturities of ninety days or less to be cash equivalents. The carrying amount of cash and cash equivalents approximates fair value because of the short maturity of those instruments. As of January 31, 2011, we had $0.2 million of restricted cash held in money market escrow accounts. This amount is restricted in accordance with various leases and security deposits. The carrying amount of the restricted cash approximates fair value due to short-term maturities.

*Concentrations of Credit Risk* - Financial instruments, which are potentially subject to concentrations of credit risk, consist principally of cash and short-term investments. We periodically invest funds in short-

term investments primarily in United States Treasury money market funds. At January 31, 2011, we had approximately $5.5 million in highly liquid short-term investments. To date, we have not experienced any losses on cash or investments.

*Fair Value of Financial Instruments* - The carrying amounts of certain of our financial instruments, such as cash and cash equivalents, restricted cash, investments, receivables, accounts payable and accrued liabilities, approximate their fair values based on their short maturities. The fair value of certain financial instruments such as our notes, exchangeable notes and related long-term debt differs from its carrying value recorded in the accompanying condensed consolidated financial statements.

*Property and Equipment* - We record property and equipment ("P&E"), including leasehold improvements at cost. P&E consists of costs associated with our satellites and associated ground network infrastructure, lab, office and computer equipment, software, and leasehold improvements. The satellite and terrestrial network assets under construction primarily include materials, labor, equipment, satellite launch insurance premium and interest related to the construction and development of our satellite and terrestrial network. Assets under construction are not depreciated until placed into service. Pursuant to acceptance of Space Based Network on August 6, 2010, we commenced depreciation of TerreStar-1 and the core network infrastructure, as they were ready for their intended use.

*Inventories* - Inventories include our satellite handsets and accessories. We value inventories at the lower of cost (determined on a first-in, first-out basis) or market.

*Revenue Recognition* - Our revenue currently is derived primarily from a spectrum-leasing agreement. We recognize spectrum lease revenue over the term of the lease. Revenue from sale of handsets and related accessories recorded as gross revenue, are recognized upon delivery, when title is transferred to the customer.

*Income Taxes* - Income taxes are accounted for using the liability method of accounting. Deferred tax assets and liabilities are recognized for future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax basis. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes that enacted date. If it is more likely than not that some portion of all of the deferred tax assets will not be realized, a valuation allowance is recognized.

*Research and Development Costs* - The costs of research and development activities are expensed when incurred. Research and development activities consist of time and material costs related to the development of our handset technology, integrated satellite and terrestrial communications network, salaries, wages and other related costs of personnel engaged in research and development activities.

*Translation of Foreign Currencies* - The assets and liabilities of foreign subsidiaries are translated into U.S. dollars at year-end exchange rates. Income and expense items are translated into U.S. dollars at average rates of exchange prevailing during the period. The gains and losses that result from this process are accumulated in a separate component of stockholders' (deficit) equity.

*Recently Issued Accounting Pronouncements* - Effective January 1, 2010, we adopted the new accounting standard issued by FASB in June 2009, which requires an enterprise to perform an analysis to determine whether the enterprise's variable interest or interests give it a controlling financial interest in a variable interest entity and to continuously assess whether they must consolidate VIE's. The adoption of the

standard did not have material impact on our condensed consolidated financial statements as we continue to consolidate our VIE, TerreStar Canada.

In October 2009, the FASB issued an accounting guidance update related to revenue arrangements with multiple deliverables. The guidance relates to the determination of when the individual deliverables included in a multiple-element arrangement may be treated as separate units of accounting and modifies the manner in which the consideration under the arrangement is allocated across the individual deliverables. The guidance was effective for us beginning on January 1, 2011 and the adoption did not have any material impact, on our condensed consolidated financial statements.

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

### Schedule of Cash Disbursements by Legal Entity

| Debtor | Case Number | Period from January 1, 2011 to January 31, 2011 Disbursements |
|---|---|---|
| **TSN Debtors** | | |
| TerreStar Networks Inc.(1) | 10-15446 (SHL) | 4,386,995 |
| TerreStar License Inc. | 10-15446 (SHL) | - |
| TerreStar National Services Inc. | 10-15446 (SHL) | - |
| 0887729 B.C. Ltd | 10-15446 (SHL) | - |
| TerreStar Networks (Canada) Inc. | 10-15446 (SHL) | - |
| TerreStar Networks Holdings (Canada) | 10-15446 (SHL) | - |
| | | |
| **Non-TSN Debtors** | | |
| Motient Communications | 10-15446 (SHL) | - |
| Motient Holdings Inc. | 10-15446 (SHL) | - |
| Motient License Inc. | 10-15446 (SHL) | - |
| Motient Services Inc. | 10-15446 (SHL) | - |
| Motient Ventures Holdings Inc. | 10-15446 (SHL) | - |
| MVH Holdings Inc. | 10-15446 (SHL) | - |
| TerreStar New York | 10-15446 (SHL) | - |

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

### Status of Post-Petition Taxes

| Federal | Amount Withheld/Accrued | Date Paid | Amount Withheld/Accrued | Date Paid | Amount Withheld/Accrued | Accrual dates |
|---|---|---|---|---|---|---|
| Federal income tax | 34,908.66 | 1/7/2011 | 73,218.55 | 1/21/2011 | 45,914.39 | 1/24-1/31 |
| FICA - EE | 9,692.25 | 1/7/2011 | 19,724.11 | 1/21/2011 | 12,088.26 | 1/24-1/31 |
| FICA - ER | 14,307.59 | 1/7/2011 | 29,116.53 | 1/21/2011 | 17,844.61 | 1/24-1/31 |
| Medicare - EE | 3,346.13 | 1/7/2011 | 6,809.52 | 1/21/2011 | 4,173.34 | 1/24-1/31 |
| Medicare - ER | 3,346.13 | 1/7/2011 | 6,809.51 | 1/21/2011 | 4,173.34 | 1/24-1/31 |
| Federal unemployment | 1,679.77 | 1/7/2011 | 1,554.46 | 1/21/2011 | 246.83 | 1/24-1/31 |
| Other: | - | | - | | - | |
| Total Federal | 67,280.51 | | 137,232.68 | | 84,440.77 | |
| **State and Local** | | | | | | |
| State income tax | 8,890.11 | 1/7/2011 | 18,720.62 | 1/21/2011 | 11,461.48 | 1/24-1/31 |
| Sales/Use | | | | | | |
| Excise | | | | | | |
| State unemployment | 13,110.47 | 1/7/2011 | 14,477.41 | 1/21/2011 | 3,535.51 | 1/24-1/31 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: franchise | | | | | | |
| Total State and Local | 22,000.57 | | 33,198.03 | | 14,996.98 | |
| **Total Taxes** | **89,281.08** | | **170,430.71** | | **99,437.75** | |

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

**Schedule of Payments to Insiders and Professionals**

|  | **Period From Jan 1 - Jan 31 Disbursements** |
|---|---|
| **Retained Professionals** | |
| Akin Gump Strauss Hauer & Feld LLP | 1,434,720 |
| Fraser Milner Casgrain LLP | 303,861 |
| Stikeman Elliot LLP | 179,960 |
| Goldberg, Godles, Wiener & Wri | 4,158 |
| Wilkinson Barker Knauer | - |
| Goodmans LLP | - |
| Wilkie Farr & Gallagher | 576,182 |
| Otterbourg, Steindler, Houston & Rosen | 555,656 |
| Bennet Jones | 139,909 |
| | |
| **Other Professionals** | |
| The Blackstone Group | - |
| The Garden City Group Inc. | - |
| Deloitte & Touche - Canada | - |
| US Bank St. Paul Mn | - |
| | |
| **Insiders** | |
| TerreStar Solutions | $53,454 |

'

# TERRESTAR NETWORKS INC., ET AL.
## Debtor-in-Possession

Debtor Questionnaire

| Case No. | |
|---|---|
| (Jointly Administered) | 10-15446 (SHL) |
| Reporting Period | January 31, 2011 |

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheet if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | | X |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been received by the Debtor from any party? | X[1] | |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

(1) Represents DIP facility more fully described on page 6 of this Monthly Operating Report.