AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TERRESTAR NETWORKS INC., *et al.*,[1] | ) ) ) | Case No. 10-15446 (SHL) |
| Debtors. | ) ) ) | Jointly Administered |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MARCH 9, 2011 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Location of Hearing:**   Honorable Judge Sean H. Lane
Courtroom No. 701
United States Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

**Copies of Motions:**   A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at the website of the Debtors' proposed notice and claims agent, The Garden City Group ("***GCG***"), at www.TerreStarInfo.com. Further information may be obtained by calling GCG at 800-327-3664.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar Networks Inc. (3931); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

I.   **UNCONTESTED MATTERS**

   A.   **Motion to Extend Exclusivity Period.** Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptance Thereof [Docket No. 374]

   Response Deadline: February 9, 2011 at 5:00 p.m.[2]

   Related Documents:

   1. Order Signed On 2/16/2011, Granting Bridge Extension Of The Exclusive Period During Which Only The Debtors May File A Chapter 11 Plan [Docket No. 420]

   Response(s) Received: None

   Status: This matter is going forward for the purpose of presenting a revised agreed order.

   B.   **Motion to Reject Executory Contracts or Unexpired Leases**. Debtors' Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Executory Contracts [Docket No. 204]

   Response Deadline: December 3, 2010 at 5:00 p.m.

   Related Documents:

   1. Statement and Reservation of Rights With Respect to Debtors' Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Executory Contracts [Docket No. 224]

   2. Order Signed On 12/22/2010, Authorizing The Debtors To Reject The Executory Contracts Pursuant To Debtors' Omnibus Motion Nunc Pro Tunc To November 24, 2010 [Docket No. 313]

   3. Amended Notice of Hearing on the Debtors' Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Executory Contracts [Docket No. 375]

   4. Notice of Adjournment of Hearing on the Debtors' Motion for Entry of an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Executory Contracts [Docket No. 413]

   Response(s) Received: None

---

[2] The Response Deadline solely for the Ad Hoc Group of Holders of 15% Senior Secured Notes was extended until March 4, 2011 at 12:00 p.m.

Status:  This matter is going forward for the purpose of presenting a revised agreed order.

## II. ADVERSARY PROCEEDING NO. 11-1268 (SHL)

### A. **Status Conference**.

Response Deadline: None.

Related Documents:

1. Order Scheduling Status Conference Re: Adversary 11-1268 Signed On 2/28/2011 [Docket No. 451].

Response(s) Received:  None

Status:  This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated: March 7, 2011 | */s/ Ira S. Dizengoff*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br><br>Ira S. Dizengoff<br>Arik Preis<br>Ashleigh L. Blaylock<br><br>*Counsel to the Debtors and Debtors in Possession* |