AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TERRESTAR NETWORKS INC., *et al.*,[1] | ) Case No. 10-15446 (SHL) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**JUNE 16, 2011 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**Location of Hearing:**   Honorable Judge Sean H. Lane
Courtroom No. TBD[2]
United States Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

**Copies of Motions:**   A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at the website of the Debtors' notice and claims agent, The Garden City Group ("***GCG***"), at www.TerreStarInfo.com. Further information may be obtained by calling GCG at 800-327-3664.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar Networks Inc. (3931); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

[2] Parties attending the Hearing should confer with the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, before the Hearing for the precise location of the Hearing.

**I.  UNCONTESTED MATTERS**

A.  **First Omnibus Claims Objection.**  Debtors' First Omnibus Objection to Certain Proofs of Claim (Duplicate, Filed in Wrong Case, Amended and Superseded, Already Completely or Partially Satisfied, Not in Compliance with Applicable Rules, and Equity Interests) [Docket No. 591].

Response Deadline:  June 9, 2011 at 5:00 p.m.

Responses Received:

1.  Response of Creditor Collin County Tax Assessor-Collector to Debtors' First Omnibus Objection to Certain Proofs of Claim (Duplicate, Filed in Wrong Case, Amended and Superseded, Already Completely or Partially Satisfied, Not in Compliance with Applicable Rules, and Equity Interests) [Docket No. 596].

Related Documents:  None.

Status:  This matter is going forward for the purpose of (a) presenting a revised order granting the objection with respect to certain claims; (b) withdrawing the objection with respect to the claims filed by United Parcel Service and TELX Dallas (Claim Nos. 19 and 20); (c) adjourning the objection until July 18, 2011 with respect to the claims filed by Credit Distressed Blue Line Master Fund Ltd, Harbinger Capital Partners Special Situations Fund LP, Harbinger Capital Partners Master Fund I Ltd, and two claims filed by the City of New York Department of Finance (Claim Nos. 74, 75, 76, 107 and 115, respectively); (d) adjourning the objection until August 26, 2011 with respect to the claim filed by Collin County Tax Assessor (Claim No. 126); and (e) adjourning the objection until a date mutually agreeable to the Debtors and the claimant with respect to the claim filed by Jeffrey M. & Patricia E. Swarts (Claim No. 129).  If any of the proposed adjourn dates are not agreeable to the claimants, the Debtors will work with such claimants to determine a mutually acceptable adjourn date.

B.  **CIBC Retention**.  Application for Entry of Interim and Final Orders Authorizing the Employment and Retention of CIBC World Markets Inc. as Financial Advisor for TerreStar Networks Holdings (Canada) Inc. and TerreStar Networks (Canada) Inc. *Nunc Pro Tunc* to May 5, 2011 [Docket No. 595].

Response Deadline: June 9, 2011 at 5:00 p.m.

Responses Received: None.

Related Documents:

1.  Interim Order Authorizing the Employment and Retention of CIBC World Markets Inc. as Financial Advisor for TerreStar Networks Holdings

(Canada) Inc. and TerreStar Networks (Canada) Inc. *Nunc Pro Tunc* to May 5, 2011 [Docket No. 605].

2. Notice of Hearing on Proposed Final Order Authorizing the Employment and Retention of CIBC World Markets Inc. as Financial Advisor for TerreStar Networks Holdings (Canada) Inc. and TerreStar Networks (Canada) Inc. *Nunc Pro Tunc* to May 5, 2011 [Docket No. 608].

<u>Status</u>: This matter is going forward.

New York, New York
Dated: June 14, 2011

*Ira S. Dizengoff*
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis
Ashleigh L. Blaylock

*Counsel to the Debtors and Debtors in Possession*