**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
                                                    )
In re:                                              )          Chapter 11
                                                    )
TERRESTAR NETWORKS INC., *et al.*,[1]               )          Case No. 10-15446 (SHL)
                                                    )
                              Debtors.              )          Jointly Administered
                                                    )
_____            )

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON  )
                                        ) ss
COUNTY OF KING            )

I, Danielle Zahaba, being duly sworn, depose and state:

1.        I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.        On June 14, 2011, at the direction of Akin Gump Strauss Hauer & Feld LLP, counsel for the Debtors,  I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties), by facsimile on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties and the Office of the United States Trustee), and by overnight delivery on the parties identified on Exhibit C annexed hereto (Notice of Appearance Parties whose e-mail and facsimile addresses failed and the Office of the United States Trustee):

---

[1] The Debtors in these chapter 11 cases (as amended by that certain Order Granting Debtors' Motion to Amend Joint Administration of Related Chapter 11 Cases [Docket No. 445]) along with the last four digits of each Debtor's federal taxpayer-identification number, are:   TerreStar Networks Inc. (3931); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

- **Agenda of Matters Scheduled for Hearing on June 16, 2011 at 2:00 p.m.** (Prevailing Eastern Time) [Docket No. 616].

Signed in Seattle, Washington this 15th day of
June, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 15th day of June, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ARIK PREIS
1 BRYANT PARK
NEW YORK, NY 10036
email: apreis@akingump.com


AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  IRA DIZENGOFF
1 BRYANT PARK
NEW YORK, NY 10036
email: idizengoff@akingump.com


AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com


BALLARD SPAHR LLP
ATTN TOBEY M. DALUZ, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801
email: daluzt@ballardspahr.com


BLACKSTONE ADVISORY PARTNERS L.P.
ATTN  STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK, NY 10154
email: zelin@blackstone.com


BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CRAIG ANDERSON
345 PARK AVE FL 30
NEW YORK, NY 10154
email: craig.anderson@blackstone.com


BNY MELLON
ATTN RHONDA THARP, VICE PRESIDENT
600 E LAS COLINAS BLVD
STE 1300
IRVING, TX 75039
email: asicompliance@bnymellon.com


AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ASHLEIGH L. BLAYLOCK
1333 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036
email: blaylocka@akingump.com


ARNALL GOLDEN GREORY LLP
ATTN DARRYL S. LADDIN
171 17TH STREET NW
ATLANTA, GA 30363
email: darryl.laddin@agg.com


BALLARD SPAHR LLP
ATTN JOSHUA ZUGERMAN, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801
email: zugermanj@ballardspahr.com


BENNETT JONES
ATTN LEE J. CASSEY
ONE FIRST CANADIAN PL, STE 3400
PO BOX 130
TORONTO, ON M5X 1A4 CANADA
email: casseyl@bennettjones.com


BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK, NY 10154
email: brownc@blackstone.com


BLAKE, CASSELS & GRAYDON LLP
ATTN FRANK GUARASCIO
199 BAY ST STE 2800
COMMERCE CT W
TORONTO, ON M5L 1A9 CANADA
email: frank.guarascio@blakes.com


BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
email: dludman@brownconnery.com

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
email: schristianson@buchalter.com

CARTER LEDYARD & MILBURN LLP
ATTN FRANKLIN CIACCIO
2 WALL STREET
NEW YORK, NY 10005
email: ciaccio@clm.com

CASSELS BROCK & BLACKWELL LLP
ATTN DAVID S. WARD
2100 SCOTIA PLAZA
40 KING STREET WEST, SUITE 2100
TORONTO, ONTARIO M5H 3C2
email: dward@casselsbrock.com

CIBC WORLD MARKETS INC.
ATTN MICHAEL STEWART, MANAGING DIRECTOR
161 BAY ST FL 7
TORONTO, ON M5J 2T3 CANADA
email: michael.stewart@cibc.ca

CITY DEPT OF FINANCE
LOUIS L REDDING CITY/COUNTY BLDG
800 N FRENCH ST
WILMINGTON, DE 19801-3537
email: citytaxquestions@wilmingtonde.gov

CITY DEPT OF FINANCE
VILLAGE OF LINCOLNSHIRE
1 OLDE HALF DAY RD
LINCOLNSHIRE, IL 60069
email: sroelk@village.lincolnshire.il.us

CITY OF NEW YORK DEPARTMENT OF FINANCE
C/O GABRIELA CACUCI, COUNSEL FOR NYC DOF
NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET, ROOM 5-223
NEW YORK, NY 10007
email: gcacuci@law.nyc.gov

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS ET AL
777 EAST 15TH STREET
PLANO, TX 75074
email: BANKRUPTCY@NTEXAS-ATTORNEYS.COM

CREDIT DISTRESSED BLUE LINE MASTER
FUND LTD
C/O HARBINGER CAPITAL PARTNERS FUNDS
ATTN ROBIN ROGER, ESQ
450 PARK AVENUE, 30TH FL
NEW YORK, NY 10022
email: RROGER@HARBINGERCAPITAL.COM, DEBRA.DANDENEAU@WEIL.COM,
RONIT.BERKOVICH@WEIL.COM

CRTC
LES TERRASSES DE LA CHAUDIÉRE
CENTRAL BLDG
1 PROMENADE DU PORTAGE
GATINEAU, QC J8X 4B1 CANADA
email: john.keogh@crtc.gc.ca

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
ATTN ELIZABETH WELLER
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: DALLAS.BANKRUPTCY@PUBLICANS.COM

DBSD SATELLITE SERVICES GP
ATTN: LEGAL DEPARTMENT
11700 PLAZA AMERICA DR, SUITE 1010
RESTON, VA 20190
email: suzanne.lehmer@ico.com

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801
email: attorney.general@state.de.us

DE STATE DEPT OF TAXATION AND FINANCE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON, DE 19801
email: colleen.yegla@state.de.us

DE STATE UNEMPLOYMENT INSURANCE FUND
4425 N MARKET ST
WILMINGTON, DE 19802
email: dlabor@state.de.us

DELAWARE SECRETARY OF STATE
CARVEL STATE OFFICE BLDG
820 N FRENCH ST STE 4
WILMINGTON, DE 19801
email: dosdoc_web@state.de.us

DELOITTE & TOUCHE
ATTN NEIL JONES
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
email: neiljones@deloitte.ca

DELOITTE & TOUCHE
ATTN PAUL CASEY
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
email: paucasey@deloitte.ca

DELOITTE TAX LLP
ATTN GREGORY ANDERSON
1750 TYSONS BLVD, STE 800
MCLEAN, VA 22102
email: granderson@deloitte.com

DEPARTMENT OF TAX ADMINISTRATION (DTA)
FAIRFAX COUNTY GOVERNMENT CENTER STE 223
12000 GOVERNMENT CENTER PKWY
FAIRFAX, VA 22035
email: taxbusquestions@tax.virginia.gov

DEPT OF TAXATION & FINANCE
COLLIN COUNTY ADMINISTRATION BLDG
PO BOX 8006
MCKINNEY, TX 75070
email: budget@collincountytx.gov

DEUTSCHE BANK NATIONAL TRUST COMPANY
TRUST & SECURITIES SERVICES
ATTN GEORGE KUBIN
222 S RIVERSIDE PLZ, 25TH FL
CHICAGO, IL 60606-5808
email: george.kubin@db.com

DUFF & PHELPS LLC
ATTN MICHAEL H. DOLAN
55 EAST 52ND STREET
FLOOR 31
NEW YORK, NY 10055
email: michael.dolan@duffandphelps.com

ECHOSTAR CORPORATION
ATTN ROBERT REHG
100 INVERNESS TER E
ENGLEWOOD, CO 80112
email: robert.rehg@echostar.com

EMMET, MARVIN & MARTIN, LLP
ATTN ELIZABETH M. CLARK
120 BROADWAY
32ND FL
NEW YORK, NY 10271
email: eclark@emmetmarvin.com

ENVIRONMENT CANADA
77 WESTMORLAND STREET
SUITE 260
FREDERICTON, NB E3B 6Z3 CANADA
email: enviroinfo@ec.gc.ca

ENVIRONMENTAL PROTECTION AGENCY
ATTN SCOTT FULTON
ARIEL RIOS BILDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE NW
WASHINGTON, DC 20460
email: fulton.scott@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866
email: fischer.douglas@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH ST (3PM52)
PHILADELPHIA, PA 19103-2029
email: r3public@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 5
77 WEST JACKSON BLVD
CHICAGO, IL 60604-3507
email: cohen.eric@epa.gov

ERNST & YOUNG LLP
ATTN GREGORY KUYKENDALL
8484 WESTPARK DRIVE
MCLEAN, VA 22102
email: greg.kuykendall@ey.com

FEDERAL COMMUNICATION COMMISSION
ATTN AUSTIN SCHLICK, GENERAL COUNSEL
445 12TH ST SW
WASHINGTON, DC 20554
email: austin.schlick@fcc.gov

FEDERAL COMMUNICATION COMMISSION
OFFICE OF THE SECRETARY
445 12TH ST SW
RM TW - A325
WASHINGTON, DC 20554
email: fccinfo@fcc.gov

FOLEY & LARDNER LLP
ATTN HAROLD L. KAPLAN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: hkaplan@foley.com

FOLEY & LARDNER LLP
ATTN MARK F. HEBBELN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: mhebbeln@foley.com

FRASER MILNER CASGRAIN LLP
ATTN  MICHAEL WUNDER
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: michael.wunder@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN  RYAN JACOBS
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: ryan.jacobs@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN ALEX MACFARLANE
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: alex.macfarlane@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN JARVIS HETU
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
email: jarvis.hetu@fmc-law.com

FTI CONSULTING, INC.
ATTN ANDREW SCRUTON
3 TIMES SQUARE FL 10
NEW YORK, NY 10036
email: andrew.scruton@fticonsulting.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN DAVID A. ROSENZWEIG, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN MARK C. HAUT, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103
email: mhaut@fulbright.com

HAHN LOESER & PARKS LLP
ATTN CHRISTOPHER B. WICK, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316
email: cbwick@hahnlaw.com

HAHN LOESER & PARKS LLP
ATTN DANIEL A. DEMARCO, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316
email: dademarco@hahnlaw.com

HARBINGER CAPITAL PARTNERS
MASTER FUND I LTD
ATTN  FAENA YOUNGQUIST
450 PARK AVE FL 30
NEW YORK, NY 10022
email: fyoungquist@harbingercapital.com; fgoldgaber@harbingercapital.com

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP
ATTN  FAENA YOUNGQUIST
450 PARK AVE FL 30
NEW YORK, NY 10022
email: fyoungquist@harbingercapital.com; fgoldgaber@harbingercapital

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND, LP
ATTN ANDREW ROSSLEE
450 PARK AVE FL 30
NEW YORK, NY 10022
email: arosslee@harbingercapital.com

HARBINGER CAPITAL PARTNERS MASTER
FUND I LTD
C/O HARBINGER CAPITAL PARTNERS FUNDS
ATTN: ROBIN ROGER ESQ
450 PARK AVENUE 30TH FL
NEW YORK, NY 10022
email: RROGER@HARBINGERCAPITAL.COM, DEBRA.DANDENEAU@WEIL.COM,
RONIT.BERKOVICH@WEIL.COM

HARBINGER CAPITAL PARTNERS SPECIAL
SITUATIONS FUND LP
C/O HARBINGER CAPITAL PARTNERS FUNDS
ATTN: ROBIN ROGER ESQ
450 PARK AVENUE 30TH FL
NEW YORK, NY 10022
email: RROGER@HARBINGERCAPITAL.COM, DEBRA.DANDENEAU@WEIL.COM,
RONIT.BERKOVICH@WEIL.COM

HARBINGER CAPTIAL PARTNERS
MASTER FUND I, LTD.
ATTN ANDREW ROSSLEE
450 PARK AVE FL 30
NEW YORK, NY 10022
email: arosslee@harbingercapital.com

HERRICK, FEINSTEIN LLP
ATTN JUSTIN B. SINGER, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016
email: jsinger@herrick.com

HERRICK, FEINSTEIN LLP
ATTN STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com

HOULIHAN LOKEY
ATTN ERIC WINTHROP
1930 CENTURY PARK W
LOS ANGELES, CA 90067
email: ewinthrop@hl.com

IDES ADMINISTRATION OFFICES
33 S STATE ST
CHICAGO, IL 60603
email: gregory.ramel@illinois.gov

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
MACON, GA 31208-3708
email: tommy.farmer@ikonfin.com

IL STATE DEPT OF TAXATION AND FINANCE
JAMES R THOMPSON CENTER - CONCOURSE
100 W RANDOLPH ST
CHICAGO, IL 60601-3274
email: kevin.richards@illinois.gov

ITU GENEVA
PLACE DES NATIONS
GENEVA 29, 2111, SWITZERLAND
email: brmail@itu.int, itumail@itu.int

JAMES MARSHBURN
[ADDRESS INTENTIONALLY REDACTED]

JEFFREY M & PATRICIA E SWARTS
C/O JEFFREY M SWARTS
308 SOUTH CEDAR ST
DANVILLE, OH 43014-0289
email: SWARTS@ECR.NET

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202
email: Felton.Parrish@klgates.com

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202
email: John.Culver@klgates.com

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN ARUN KURICHETY, ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
email: arun.kurichety@kirkland.com

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022
email: christopher.greco@kirkland.com

KIRKLAND & ELLIS LLP
ATTN JONATHAN S. HENES, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
email: jhenes@kirkland.com

KIRKLAND & ELLIS LLP
ATTN PATRICK J. NASH, JR., ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
email: patrick.nash@kirkland.com

KIRKLAND & ELLIS LLP
ATTN STEPHEN E. HESSLER, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
email: stephen.hessler@kirkland.com

LEONARD O'BRIEN SPENCER GALE & SAYRE,LTD
ATTN BRIAN F. LEONARD, ESQ.
100 SOUTH FIFTH STREET, SUITE 2500
MINNEAPOLIS, MN 55402-1234
email: bleonard@losgs.com

LORAL SPACE & COMMUNICATIONS, INC.
ATTN AVI KATZ, ESQ.
SR. V.P., GENERAL COUNSEL & SECRETARY
600 THIRD AVENUE
NEW YORK, NY 10016
email: avi.katz@hq.loral.com

MAST CREDIT OPPORTUNITES I MASTER
FUND LIMITED
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN JOHN S EHLINGER
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116
email: JOHN@MASTCAPLLC.COM

MAST CREDIT OPPORTUNITES I MASTER
FUND LIMITED
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN PRES., MANAGING OR GEN'L AGENT
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116
email: JOHN@MASTCAPLLC.COM

MAST OC I MASTER FUND LP
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN JOHN S EHLINGER
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116
email: JOHN@MASTCAPLLC.COM

MAST OC I MASTER FUND LP
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN PRES., MANAGING OR GEN'L AGENT
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116
email: JOHN@MASTCAPLLC.COM

NYC DEPT OF FINANCE
ATTN GABRIELA P. CACUCI
TAX & BANKRUPTCY LITIGATION DIVISION
100 CHURCH STREET, ROOM 5-223
NEW YORK, NY 10007
email: gcacuci@law.nyc.gov

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NY 12205-0300
email: maura_archambeault@tax.state.ny.us

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201
email: nysdol@labor.ny.gov

OFFICE OF THE US ATTORNEY
2100 JAMIESON AVE
ALEXANDRIA, VA 22314
email: usavae.usattys@usdoj.gov

OFFICE OF THE US ATTORNEY
ATTN PREET BHARARA
CLAIMS UNIT - RM 417
1 SAINT ANDREWS PLZ
NEW YORK, NY 10007
email: askdoj@usdoj.gov

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN DAVID M. POSNER, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
email: dposner@oshr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN SCOTT L. HAZAN, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
email: shazan@oshr.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
email: bguiney@pbwt.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN DANIEL A. LOWENTHAL, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
email: dalowenthal@pbwt.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN JAMES C. TECCE
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: jamestecce@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: susheelkirpalani@quinnemanuel.com

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: danielholzman@quinnemanuel.com

REED SMITH LLP
ATTN D. TURETSKY & NICOLE O'SULLIVAN
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: dturetsky@reedsmith.com, nosullivan@reedsmith.com

REED SMITH LLP
ATTN KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

REED SMITH LLP
ATTN TIMOTHY P. REILEY, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: treiley@reedsmith.com

SASKATCHEWAN DEPARTMENT OF FINANCE
2350 ALBERT ST
REGINA, SK S4P 4A6 CANADA
email: mjohannsson@finance.gov.sk.ca

SASKATCHEWAN FINANCIAL SERVS. COMMISSION
SECURITIES DIVISION
1919 SASKATCHEWAN DR
6TH FL
REGINA, SK S4P 3V7 CANADA
email: imcintosh@sfsc.gov.sk.ca

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604
email: chicago@sec.gov

SECURITIES EXCHANGE COMMISSION
ATTN  GENERAL COUNSEL SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SECURITIES EXCHANGE COMMISSION
C/O CARLA MONZON
THE MELLON INDEPENDENCE CENTER
701 MARKET ST, STE 2000
PHILADELPHIA, PA 10281-1022
email: philadelphia@sec.gov

SECURITIES EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLZ STE 1900
801 CHERRY ST UNIT 18
FORT WORTH, TX 76102
email: dfw@sec.gov

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN BRIAN WEIMER
30 ROCKEFELLER PLAZA, SUITE 2400
NEW YORK, NY 10112
email: bweimer@sheppardmullin.com

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO, CA 94303
email: rakowj@ssd.loral.com

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PO BOX 12548
AUSTIN, TX 78711
email: greg.abbott@oag.state.tx.us


STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PRICE DANIEL SR BLDG 300 W 15TH ST
AUSTIN, TX 78711-2548
email: greg.abbott@oag.state.tx.us


STIKEMAN ELLIOTT
ATTN CLAIRE ZIKOVSKY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: czikovsky@stikeman.com


STIKEMAN ELLIOTT
ATTN HADRIEN MONTAGNE
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: HMontagne@stikeman.com


STIKEMAN ELLIOTT
ATTN MAXIME CHARBONNEAU
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: MCharbonneau@stikeman.com


STIKEMAN ELLIOTT
ATTN SEAN F. DUNPHY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: sdunphy@stikeman.com


STIKEMAN ELLIOTT
ATTN SIDNEY HORN
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
email: smhorn@stikeman.com


SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: mstudent@sandw.com


SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: pholleman@sandw.com


SUNTRUST CENTER LLC
C/O EQUITY OFFICE
ATTN MATTHEW H KORITZ ESQ
TWO NORTH RIVERSIDE PLAZA, SUITE 2100
CHICAGO, IL 60606
email: Matt_KOritz@equityoffice.com


TERRESTAR NETWORKS INC.
ATTN DOUG BRANDON
ONE DISCOVERY SQ
12010 SUNSET HILLS RD 6TH FL
RESTON, VA 20190
email: doug.brandon@terrestar.com


TEXAS WORKFORCE COMMISSION
ATTN RICK DIAZ
REG INTEGRITY DIVISION
101 E 15TH ST RM 556
AUSTIN, TX 78778-0001
email: richard.diaz@twc.state.tx.us, rid.taxbankruptcy@twc.state.tx.us


THE GARDEN CITY GROUP, INC.
ATTN  DANIELLA GOLSHANI
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042
email: tsnteam@gardencitygroup.com


THE GARDEN CITY GROUP, INC.
ATTN  ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042
email: isabel.baumgarten@gardencitygroup.com

US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN CINDY WOODWARD
60 LIVINGSTON AVE
ST. PAUL, MN 55107
email: cindy.woodward@usbank.com

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001
email: askdoj@usdoj.gov

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND, VA 23218-1115
email: mark@taxva.com

VIRGINIA STATE CORPORATION COMMISSION
TYLER BLDG
1300 E MAIN ST
RICHMOND, VA 23219
email: sccinfo@scc.virginia.gov

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: ronit.berkovich@weil.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
email: bstrickland@wtplaw.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
email: dshaffer@wtplaw.com

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: mfeldman@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: rstrickland@willkie.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
email: george.shuster@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com

# EXHIBIT B

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ARIK PREIS
1 BRYANT PARK
NEW YORK, NY 10036
FAX: 212-872-1002

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  IRA DIZENGOFF
1 BRYANT PARK
NEW YORK, NY 10036
FAX: 212-872-1002

ARNALL GOLDEN GREORY LLP
ATTN DARRYL S. LADDIN
171 17TH STREET NW
ATLANTA, GA 30363
FAX: 404-873-8121

AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
FAX:  83-221-3015

BALLARD SPAHR LLP
ATTN JOSHUA ZUGERMAN, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801
FAX: 302-252-4466

BALLARD SPAHR LLP
ATTN TOBEY M. DALUZ, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801
FAX: 302-252-4466

BENNETT JONES
ATTN LEE J. CASSEY
ONE FIRST CANADIAN PL, STE 3400
PO BOX 130
TORONTO, ON M5X 1A4 CANADA
FAX: 416-863-1716

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN  STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK, NY 10154
FAX: 212-583-5707

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK, NY 10154
FAX: 646-253-7513

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CRAIG ANDERSON
345 PARK AVE FL 30
NEW YORK, NY 10154
FAX: 212-583-5705

BLAKE, CASSELS & GRAYDON LLP
ATTN FRANK GUARASCIO
199 BAY ST STE 2800
COMMERCE CT W
TORONTO, ON M5L 1A9 CANADA
FAX: 416-863-2653

BNY MELLON
ATTN RHONDA THARP, VICE PRESIDENT
600 E LAS COLINAS BLVD
STE 1300
IRVING, TX 75039
FAX: 972-401-8556

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
FAX: 856-853-9933

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
FAX: 415-227-0770

CANADA REVENUE AGENCY
REGINA TAX SERVICES OFFICE
PO BOX 557
REGINA, SK S4P 3A3 CANADA
FAX: 306-757-1412

CANADA REVENUE AGENCY
TAX CENTRE
4695 12TH AVE
SHAWINIGAN-SUD, QC G9N 7S6 CANADA
FAX: 819-536-7078

CARTER LEDYARD & MILBURN LLP
ATTN FRANKLIN CIACCIO
2 WALL STREET
NEW YORK, NY 10005
FAX: 212-732-3232

CASSELS BROCK & BLACKWELL LLP
ATTN DAVID S. WARD
2100 SCOTIA PLAZA
40 KING STREET WEST, SUITE 2100
TORONTO, ONTARIO M5H 3C2
FAX: 416-640-3154

CIBC WORLD MARKETS INC.
ATTN MICHAEL STEWART, MANAGING DIRECTOR
161 BAY ST FL 7
TORONTO, ON M5J 2T3 CANADA
FAX: 416-956-6885

CITY DEPT OF FINANCE
LOUIS L REDDING CITY/COUNTY BLDG
800 N FRENCH ST
WILMINGTON, DE 19801-3537
FAX: 302-571-4029

CITY DEPT OF FINANCE
VILLAGE OF LINCOLNSHIRE
1 OLDE HALF DAY RD
LINCOLNSHIRE, IL 60069
FAX: 847-883-8608

CITY OF NEW YORK DEPARTMENT OF FINANCE
C/O GABRIELA CACUCI, COUNSEL FOR NYC DOF
NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET, ROOM 5-223
NEW YORK, NY 10007
FAX: 212-788-0937

CITY OF RICHARDSON
TAX DEPARTMENT
PO BOX 830129
RICHARDSON, TX 75083-0129
FAX: 972-744-5803

CREDIT DISTRESSED BLUE LINE MASTER
C/O WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA DANDENEAU & RONIT BERKOVICH
767 FIFTH AVENUE
NEW YORK, NY 10153
FAX: 212-310-8007

CRTC
LES TERRASSES DE LA CHAUDIÈRE
CENTRAL BLDG
1 PROMENADE DU PORTAGE
GATINEAU, QC J8X 4B1 CANADA
FAX: 819-994-0218

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
ATTN ELIZABETH WELLER
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
FAX: 469-221-5002

DALLAS COUNTY DEPT OF TAXATION & FINANCE
500 ELM ST
DALLAS, TX 75202
FAX: 214-653-7887

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801
FAX: 302-577-6630

DE STATE DEPT OF TAXATION AND FINANCE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON, DE 19801
FAX: 302-577-8982

DE STATE UNEMPLOYMENT INSURANCE FUND
4425 N MARKET ST
WILMINGTON, DE 19802
FAX: 302-761-6636

DELAWARE SECRETARY OF STATE
CARVEL STATE OFFICE BLDG
820 N FRENCH ST STE 4
WILMINGTON, DE 19801
FAX: 302-739-3812

DELOITTE & TOUCHE
ATTN NEIL JONES
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
FAX: 416-601-6690

DELOITTE & TOUCHE
ATTN PAUL CASEY
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
FAX: 416-601-6690

DELOITTE TAX LLP
ATTN GREGORY ANDERSON
1750 TYSONS BLVD, STE 800
MCLEAN, VA 22102
FAX: 703-251-3400

DEPARTMENT OF TAX ADMINISTRATION (DTA)
FAIRFAX COUNTY GOVERNMENT CENTER STE 223
12000 GOVERNMENT CENTER PKWY
FAIRFAX, VA 22035
FAX: 703-324-3500

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220
FAX: 202-622-1974

DEPT OF TAXATION & FINANCE
COLLIN COUNTY ADMINISTRATION BLDG
PO BOX 8006
MCKINNEY, TX 75070
FAX: 972-547-5040

DEUTSCHE BANK NATIONAL TRUST COMPANY
TRUST & SECURITIES SERVICES
ATTN GEORGE KUBIN
222 S RIVERSIDE PLZ, 25TH FL
CHICAGO, IL 60606-5808
FAX: 312-537-1009

DUFF & PHELPS LLC
ATTN MICHAEL H. DOLAN
55 EAST 52ND STREET
FLOOR 31
NEW YORK, NY 10055
FAX: 917-267-7013

ECHOSTAR CORPORATION
ATTN ROBERT REHG
100 INVERNESS TER E
ENGLEWOOD, CO 80112
FAX: 303-723-1699

ELEKTROBIT INC
C/O SULLIVAN & WORCESTER LLP
ATTN: PAMELA SMITH HOLLEMAN
ONE POST OFFICE SQUARE
BOSTON, MA 02109
FAX: 617-338-2880

EMMET, MARVIN & MARTIN, LLP
ATTN ELIZABETH M. CLARK
120 BROADWAY
32ND FL
NEW YORK, NY 10271
FAX: 212-238-3100

ENVIRONMENT CANADA
77 WESTMORLAND STREET
SUITE 260
FREDERICTON, NB E3B 6Z3 CANADA
FAX: 819-994-1412

ENVIRONMENTAL PROTECTION AGENCY
ATTN  SCOTT FULTON
ARIEL RIOS BILDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE NW
WASHINGTON, DC 20460
FAX: 202-501-1438

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
12100 PARK THIRTY FIVE CIR
AUSTIN, TX 78753
FAX: 512-239-4430

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
PO BOX 13087
AUSTIN, TX 78711-3087
FAX: 512-239-4430

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866
FAX: 212-637-3526

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH ST (3PM52)
PHILADELPHIA, PA 19103-2029
FAX: 215-814-5103

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 5
77 WEST JACKSON BLVD
CHICAGO, IL 60604-3507
FAX: 312-353-4135

ERNST & YOUNG LLP
ATTN GREGORY KUYKENDALL
8484 WESTPARK DRIVE
MCLEAN, VA 22102
FAX: 866-708-9786

FEDERAL COMMUNICATION COMMISSION
ATTN AUSTIN SCHLICK, GENERAL COUNSEL
445 12TH ST SW
WASHINGTON, DC 20554
FAX: 202-418-2819

FEDERAL COMMUNICATION COMMISSION
OFFICE OF THE SECRETARY
445 12TH ST SW
RM TW - A325
WASHINGTON, DC 20554
FAX: 202-418-0232

FOLEY & LARDNER LLP
ATTN HAROLD L. KAPLAN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
FAX: 312-832-4700

FOLEY & LARDNER LLP
ATTN MARK F. HEBBELN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
FAX: 312-832-4700

FTI CONSULTING, INC.
ATTN ANDREW SCRUTON
3 TIMES SQUARE FL 10
NEW YORK, NY 10036
FAX: 212-841-9350

FULBRIGHT & JAWORSKI L.L.P.
ATTN DAVID A. ROSENZWEIG, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103
FAX: 212-318-3400

FULBRIGHT & JAWORSKI L.L.P.
ATTN MARK C. HAUT, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103
FAX: 212-318-3400

GRANT THORNTON LLP
ATTN ARTHUR E. FLACH
2010 CORPORATE RIDGE, STE 400
MCLEAN, VA 22102-7838
FAX: 703-848-9580

HAHN LOESER & PARKS LLP
ATTN CHRISTOPHER B. WICK, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316
FAX: 216-241-2824

HAHN LOESER & PARKS LLP
ATTN DANIEL A. DEMARCO, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114-2316
FAX: 216-241-2824

HARBINGER CAPITAL PARTNERS
MASTER FUND I LTD
ATTN FAENA YOUNGQUIST
450 PARK AVE FL 30
NEW YORK, NY 10022
FAX: 212-937-3702

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP
ATTN FAENA YOUNGQUIST
450 PARK AVE FL 30
NEW YORK, NY 10022
FAX: 212-937-3702

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND, LP
ATTN ANDREW ROSSLEE
450 PARK AVE FL 30
NEW YORK, NY 10022
FAX: 212-937-3702

HARBINGER CAPITAL PARTNERS MASTER
C/O WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA DANDENEAU & RONIT BERKOVICH
767 FIFTH AVENUE
NEW YORK, NY 10153
FAX: 212-310-8007

HARBINGER CAPITAL PARTNERS SPECIAL
C/O WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA DANDENEAU & RONIT BERKOVICH
767 FIFTH AVENUE
NEW YORK, NY 10153
FAX: 212-310-8007

HARBINGER CAPTIAL PARTNERS
MASTER FUND I, LTD.
ATTN ANDREW ROSSLEE
450 PARK AVE FL 30
NEW YORK, NY 10022
FAX: 212-937-3702

HERRICK, FEINSTEIN LLP
ATTN JUSTIN B. SINGER, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016
FAX: 212-592-1500

HERRICK, FEINSTEIN LLP
ATTN STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016
FAX: 212-592-1500

HOULIHAN LOKEY
ATTN ERIC WINTHROP
1930 CENTURY PARK W
LOS ANGELES, CA 90067
FAX: 310-553-2173

HUMAN RESOURCES & SKILLS DEVELPMT CANADA
OUT OF CANADA EMPLOYMNT INSURANCE CLAIMS
KINGSTON SERVICE CANADA CENTRE
299 CONCESSION STREET
KINGSTON, ON K7K 2B9 CANADA
FAX: 613-545-8934

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
MACON, GA 31208-3708
FAX: 678-868-2437

IL STATE ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 W RANDOLPH ST
CHICAGO, IL 60601
FAX: 312-814-3806

IL STATE DEPT OF TAXATION AND FINANCE
JAMES R THOMPSON CENTER - CONCOURSE
100 W RANDOLPH ST
CHICAGO, IL 60601-3274
FAX: 312-814-3779

INDUSTRY CANADA
OFFICE OF THE SUPERINTENDENT OF
BANKRUPTCY CANADA / ATTN CCAA TEAM
25 ST CLAIR AVE E STE 600
TORONTO, ONTARIO M4T1M2 CANADA
FAX: 877-827-7139

INDUSTRY CANADA
SPECTRUM MANAGEMENT OPERATIONS BRANCH
ATTN CHANTAL BEAUMIER
300 SLATER ST
OTTAWA, ON  K1A 0C8 CANADA
FAX: 613-952-9871

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007
FAX: 212-436-1900

INTERNAL REVENUE SERVICE
500 N CAPITOL ST NW
WASHINGTON, DC 20221
FAX: 410-962-9955

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

INTERNAL REVENUE SERVICE
STOP 5014
230 S DEARBORN ST, STE 2600
CHICAGO, IL 60604
FAX: 312-566-3803

ITU GENEVA
PLACE DES NATIONS
GENEVA 29, 2111, SWITZERLAND
FAX: 011-412-2730

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202
FAX: 704-353-3165

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE, NC 28202
FAX: 704-353-3153

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-808-7897

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-808-7897

KIRKLAND & ELLIS LLP
ATTN ARUN KURICHETY, ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
FAX: 312-862-2200

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-446-6460

KIRKLAND & ELLIS LLP
ATTN JONATHAN S. HENES, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
FAX: 212-446-4900

KIRKLAND & ELLIS LLP
ATTN PATRICK J. NASH, JR., ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
FAX: 312-862-2200

KIRKLAND & ELLIS LLP
ATTN STEPHEN E. HESSLER, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
FAX: 212-446-4900

LORAL SPACE & COMMUNICATIONS, INC.
ATTN AVI KATZ, ESQ.
SR. V.P., GENERAL COUNSEL & SECRETARY
600 THIRD AVENUE
NEW YORK, NY 10016
FAX: 212-338-5320

NOKIA SIEMENS NETWORKS US LLC
C/O NOKIA SIEMENS NETWORKS
ATTN JOE HOERL SR, ACCOUNT MANAGER
5555 GLENRIDGE CONNECTOR NE STE 800
ATLANTA, GA 30342
FAX: 972-374-3806

NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341
FAX: 212-416-8942

NYC DEPT OF FINANCE
ATTN  LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST, 3RD FL
BROOKLYN, NY 11201
FAX: 718-403-4092

NYC DEPT OF FINANCE
ATTN GABRIELA P. CACUCI
TAX & BANKRUPTCY LITIGATION DIVISION
100 CHURCH STREET, ROOM 5-223
NEW YORK, NY 10007
FAX: 212-788-0937

NYS DEPT OF LABOR, UNEMPLOYMENT INS.
CENTRAL ASSIGNMENT & COLLECTION SECTION
W A HARRIMAN CAMPUS
BLDG 12 RM 256
ALBANY, NY 12240-0001
FAX: 518-485-6171

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NY 12205-0300
FAX: 518-457-0617

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201
FAX: 518-457-8215

OFFICE OF THE US ATTORNEY
1100 COMMERCE ST THIRD FL
DALLAS, TX 75242-1699
FAX: 214-767-2898

OFFICE OF THE US ATTORNEY
2100 JAMIESON AVE
ALEXANDRIA, VA 22314
FAX: 703-299-2584

OFFICE OF THE US ATTORNEY
219 S DEARBORN ST FIFTH FL
CHICAGO, IL 60604
FAX: 312-353-2067

OFFICE OF THE US ATTORNEY
ATTN PREET BHARARA
CLAIMS UNIT - RM 417
1 SAINT ANDREWS PLZ
NEW YORK, NY 10007
FAX: 212-637-2685

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN DAVID M. POSNER, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
FAX: 212-682-6104

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN SCOTT L. HAZAN, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
FAX: 212-682-6104

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
FAX: 212-336-2222

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN DANIEL A. LOWENTHAL, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
FAX: 212-336-2222

QUALCOMM INCORPORATED
ATTN DAVID WOOD
335 CAMBRIDGE SCIENCE PK
GROUND FLINT FLOOR, MILTON RD
CAMBRIDGE, CB4 0WN  ENGLAND
FAX: 858-845-1254

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN JAMES C. TECCE
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
FAX: 212-849-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
FAX: 212-849-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
FAX: 212-849-7100

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
FAX: 212-849-7100

REED SMITH LLP
ATTN D. TURETSKY & NICOLE O'SULLIVAN
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-521-5450

REED SMITH LLP
ATTN KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
FAX: 302-778-7575

REED SMITH LLP
ATTN TIMOTHY P. REILEY, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
FAX: 302-778-7575

REVENU QUÉBEC
SERVICE DE TRAITEMENT DES REQUÊTES
C P 3000 SUCCURSALE PLACE-DESJARDINS
MONTREAL, QC H5B 1A4 CANADA
FAX: 514-287-6262

SASKATCHEWAN DEPARTMENT OF FINANCE
2350 ALBERT ST
REGINA, SK S4P 4A6 CANADA
FAX: 306-787-0241

SASKATCHEWAN FINANCIAL SERVS. COMMISSION
SECURITIES DIVISION
1919 SASKATCHEWAN DR
6TH FL
REGINA, SK S4P 3V7 CANADA
FAX: 306-787-5899

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604
FAX: 312-353-7398

SECURITIES EXCHANGE COMMISSION
ATTN  GENERAL COUNSEL SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON, DC 20549
FAX: 202-772-9371

SECURITIES EXCHANGE COMMISSION
ATTN: GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022
FAX: 212-336-1325

SECURITIES EXCHANGE COMMISSION
C/O CARLA MONZON
THE MELLON INDEPENDENCE CENTER
701 MARKET ST, STE 2000
PHILADELPHIA, PA 10281-1022
FAX: 215-861-9640

SECURITIES EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLZ STE 1900
801 CHERRY ST UNIT 18
FORT WORTH, TX 76102
FAX: 817-978-2700

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BLDG
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279
FAX: 212-336-1345

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN BRIAN WEIMER
30 ROCKEFELLER PLAZA, SUITE 2400
NEW YORK, NY 10112
FAX: 202-312-9446

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO, CA 94303
FAX: 650-852-7912

STATE OF CALIFORNIA FRANCHISE TAX BOARD
FRANCHISE TAX BOARD
PO BOX 1673
SACRAMENTO, CA 95812-1673
FAX: 916-845-9799

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PO BOX 12548
AUSTIN, TX 78711
FAX: 512-475-2994

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PRICE DANIEL SR BLDG 300 W 15TH ST
AUSTIN, TX 78711-2548
FAX: 512-475-2994

SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-660-3001

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON, MA 02109
FAX: 617-338-2880

SUNTRUST CENTER LLC
C/O EQUITY OFFICE
ATTN MATTHEW H KORITZ ESQ
TWO NORTH RIVERSIDE PLAZA, SUITE 2100
CHICAGO, IL 60606
FAX: 312-775-6574

TEXAS WORKFORCE COMMISSION
ATTN RICK DIAZ
REG INTEGRITY DIVISION
101 E 15TH ST RM 556
AUSTIN, TX 78778-0001
FAX: 512-936-6338

THE GARDEN CITY GROUP, INC.
ATTN  DANIELLA GOLSHANI
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042
FAX: 631-940-6554

THE GARDEN CITY GROUP, INC.
ATTN  ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042
FAX: 631-940-6554

THE VIRGINIA EMPLOYMENT COMMISSION
PO BOX 1358
RICHMOND, VA 23218-1358
FAX: 276-935-7712

US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN CINDY WOODWARD
60 LIVINGSTON AVE
ST. PAUL, MN 55107
FAX: 651-495-8100

US DEPARTMENT OF JUSTICE
ATTN  TONY WEST, ASST ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001
FAX: 202-307-6777

VA STATE ATTORNEY GENERAL
900 E MAIN ST
RICHMOND, VA 23219
FAX: 804-786-1991

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND, VA 23218-1115
FAX: 804-254-6113

VIRGINIA STATE CORPORATION COMMISSION
TYLER BLDG
1300 E MAIN ST
RICHMOND, VA 23219
FAX: 804-371-9376

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153
FAX: 212-310-8007

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
FAX: 212-310-8007

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
FAX: 410-752-7092

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
FAX: 410-752-7092

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
FAX: 212-728-8111

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
FAX: 212-728-8111

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-230-8888

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-230-8888

# EXHIBIT C

AMERICAN EXPRESS TRAVEL RELATD SVCS
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355

CITY OF NEW YORK DEPT OF FINANCE
ATTN SAUL T FISHMAN, OF COUNSEL TO
SPECIAL ASST COR COUNSEL
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201

COLLIN CTY TAX ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS ET AL
777 EAST 15TH STREET
PLANO, TX 75074

COMMONWEALTH EDISON CO
ATTN BANKRUPTCY SECTION
3 LINCOLN CENTER
OAKBROOK TERRACE, IL 60181

CREDIT DISTRESSED BLUE LINE MASTER
FUND LTD C/O HARBINGER CAPITAL
ATTN ROBIN ROGER, ESQ
450 PARK AVENUE, 30TH FL
NEW YORK, NY 10022

DBSD SATELLITE SERVICES GP
ATTN: LEGAL DEPARTMENT
11700 PLAZA AMERICA DR, SUITE 1010
RESTON, VA 20190

FRASER MILNER CASGRAIN LLP
ATTN  RYAN JACOBS
77 KING STREET WEST, SUITE 400
TORONTO, ON M5K 0A1 CANADA

FRASER MILNER CASGRAIN LLP
ATTN ALEX MACFARLANE
77 KING ST W STE 400
TORONTO, ON M5K 0A1 CANADA

FRASER MILNER CASGRAIN LLP
ATTN JARVIS HETU
77 KING STREET WEST, SUITE 400
TORONTO, ON M5K 0A1 CANADA

FRASER MILNER CASGRAIN LLP
ATTN: MICHAEL WUNDER
77 KING STREET WEST, SUITE 400
TORONTO, ON M5K 0A1 CANADA

HARBINGER CAP PARTNERS SPECIAL
ATTN: ROBIN ROGER ESQ
450 PARK AVENUE 30TH FL
NEW YORK, NY 10022

HARBINGER CAPITAL PARTNERS MASTER
ATTN: ROBIN ROGER ESQ
450 PARK AVENUE 30TH FL
NEW YORK, NY 10022

IDES ADMINISTRATION OFFICES
33 S STATE ST
CHICAGO, IL 60603

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
P.O. BOX 13708
MACON, GA 31208-3708

ILLINOIS SECRETARY OF STATE
213 STATE CAPITOL
SPRINGFIELD, IL 62756

INTERNAL REVENUE SERVICE
ATTN INSOLVENCY UNIT
SAN FRANCISCO REGIONAL OFFICE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

JAMES MARSHBURN
[ADDRESS INTENTIONALLY REDACTED]

JEFFREY M & PATRICIA E SWARTS
C/O JEFFREY M SWARTS
308 SOUTH CEDAR ST
DANVILLE, OH 43014-0289

LABOR & WORKFORCE DEVELOPMNT AGENCY
SECRETARY
801 K ST STE 2101
SACRAMENTO, CA 95814

LEONARD O'BRIEN SPENCER GALE
ATTN BRIAN F. LEONARD, ESQ.
100 SOUTH FIFTH STREET, SUITE 2500
MINNEAPOLIS, MN 55402

MAST CREDIT OPPORTUNITES I MASTER
C/O ROPES & GRAY LLP
ATTN MARK SOMERSTEIN, ESQ
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MAST CREDIT OPPORTUNITES I MASTER
FUND LIMITED
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN PRES., MANAGING OR GEN'L AGENT
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116

MAST CREDIT OPPORTUNITES I MASTER
FUND LTD C/O MAS I CAPITAL MGMNT
ATTN JOHN S EHLINGER
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116

MAST OC I MASTER FUND LP
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN JOHN S EHLINGER
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116

MAST OC I MASTER FUND LP
C/O MAS I CAPITAL MANAGEMENT LLC
ATTN PRES., MANAGING OR GEN'L AGENT
200 CLARENDON STREET, 51ST FLOOR
BOSTON, MA 02116

MAST OC I MASTER FUND LP
C/O ROPES & GRAY LLP
ATTN MARK SOMERSTEIN, ESQ
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MIKE BAZLEY
8226 TANYA LN
SACRAMENTO, CA 95828

NOKIA SIEMENS NETWORKS US LLC
C/O HAIN CAPITAL HOLDINGS, LTD.
ATTN GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

NOKIA SIEMENS NETWORKS US LLC
C/O HAIN CAPITAL HOLDINGS, LTD.
ATTN PRES., MANAGING OR GEN'L AGENT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

NOKIA SIEMENS NETWORKS US LLC
C/O NOKIA SIEMENS NETWORKS
ATTN JOE HOERL SR, ACCOUNT MANAGER
5555 GLENRIDGE CONNECTOR NE STE 800
ATLANTA, GA 30342

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN RICHARD C. MORRISSEY
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN RICHARD C. MORRISSEY
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN SUSAN GOLDEN
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN SUSAN GOLDEN
33 WHITEHALL ST FL 21
NEW YORK, NY 10004

SECURITIES EXCHANGE COMMISSION
ATTN: GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BLDG
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279

STATE OF CALIFORNIA FRANCHISE TAX BOARD
CHIEF COUNSEL: FRANCHISE TAX BOARD
C/O GENERAL COUNSEL SECTION
PO BOX 1720 MS: A-260
RANCHO CORDOVA, CA 95741-1720

SWSG, PC
1821 MICHAEL FARADAY DRIVE
SUITE 302
RESTON, VA 20190

SWSG, PC
C/O WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J SHAFFER ESQ
7 ST PAUL STREET SUITE 1500
BALTIMORE, MD 21202

TELX DALLAS LLC
ATTN LEGAL DEPT
1 STATE STREET 21ST FLOOR
NEW YORK, NY 10004

UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 4396
TIMONIUM, MD 21094

UNIVERSAL SERVICE ADMINISTRATIVE CO
ATTN DAVID CAPOZZI
OFFICE OF THE GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

VINCENT E RHYNES
513 W 159TH STREET
GARDENA, CA 90248