**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TERRESTAR NETWORKS INC., *et al.*,[1] | : | Case No. 10-15446 (SHL) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

# MASTER SERVICE LIST
**(as of February 11, 2014)**

---

[1] The Debtors in these chapter 11 cases (as amended by that certain Order Granting Debtors' Motion to Amend Joint Administration of Related Chapter 11 Cases [Docket No. 445]) along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar Networks Inc. (3931); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN  IRA DIZENGOFF<br>1 BRYANT PARK<br>NEW YORK NY 10036<br>FAX: 212-872-1002<br>email: idizengoff@akingump.com | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN  ASHLEIGH L. BLAYLOCK<br>1333 NEW HAMPSHIRE AVE NW<br>WASHINGTON DC 20036<br>FAX: 202- 88-7 42<br>email: blaylocka@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN  ARIK PREIS<br>1 BRYANT PARK<br>NEW YORK NY 10036<br>FAX: 212-872-1002<br>email: apreis@akingump.com | AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>CO. INC., CORP CARD<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| ARNALL GOLDEN GREORY LLP<br>ATTN DARRYL S. LADDIN<br>171 17TH STREET NW<br>ATLANTA GA 30363<br>FAX: 404-873-8121<br>email: darryl.laddin@agg.com | ASSISTANT ATTORNEY GENERAL<br>ATTN MARK BROWNING, ESQ<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN TX 78711-2548<br>email: bk-mbrowning@oag.state.tx.us |
| AT&T SERVICES INC.<br>ATTN JAMES W. GRUDUS<br>LAW GROUP COUNSEL<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER NJ 07921<br>FAX:  83-221-3015<br>email: jg5786@att.com | AXELROD, FINGERHUT & DENNIS<br>ATTN KAMILLA ASLANOVA, ESQ.<br>260 MADISON AVE.<br>NEW YORK NY 10016 |
| BALLARD SPAHR LLP<br>ATTN TOBEY M. DALUZ, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801<br>FAX: 302-252-4466<br>email: daluzt@ballardspahr.com | BALLARD SPAHR LLP<br>ATTN JOSHUA ZUGERMAN, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801<br>FAX: 302-252-4466<br>email: zugermanj@ballardspahr.com |
| BENNETT JONES<br>ATTN MARTINE VIEIRA<br>ONE FIRST CANADIAN PL, STE 3400<br>PO BOX 130<br>TORONTO, ON M5X 1A4 CANADA<br>FAX: 416-863-1716<br>email: vieiram@bennettjones.com | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN  STEVEN ZELIN<br>345 PARK AVE FL 30<br>NEW YORK NY 10154<br>FAX: 212-583-5707<br>email: zelin@blackstone.com |
| BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN CJ BROWN<br>345 PARK AVE FL 30<br>NEW YORK NY 10154<br>FAX: 646-253-7513<br>email: brownc@blackstone.com | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN CRAIG ANDERSON<br>345 PARK AVE FL 30<br>NEW YORK NY 10154<br>FAX: 212-583-5705 |

| | |
|---|---|
| BLAKE, CASSELS & GRAYDON LLP<br>ATTN FRANK GUARASCIO<br>199 BAY ST STE 2800<br>COMMERCE CT W<br>TORONTO, ON M5L 1A9 CANADA<br>FAX: 416-863-2653<br>email: frank.guarascio@blakes.com | BNY MELLON<br>ATTN RHONDA THARP, VICE PRESIDENT<br>600 E LAS COLINAS BLVD<br>STE 1300<br>IRVING TX 75039<br>FAX: 972-401-8556<br>email: asicompliance@bnymellon.com |
| BROWN & CONNERY, LLP<br>ATTN DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY NJ 08096<br>FAX: 856-853-9933<br>email: dludman@brownconnery.com | BUCHALTER NEMER, PC<br>ATTN SHAWN M. CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FL<br>SAN FRANCISCO CA 94105-3493<br>FAX: 415-227-0770<br>email: schristianson@buchalter.com |
| CANADA REVENUE AGENCY<br>TAX CENTRE<br>4695 12TH AVE<br>SHAWINIGAN-SUD, QC G9N 7S6 CANADA<br>FAX: 819-536-7078 | CANADA REVENUE AGENCY<br>REGINA TAX SERVICES OFFICE<br>PO BOX 557<br>REGINA, SK S4P 3A3 CANADA<br>FAX: 306-757-1412 |
| CARTER LEDYARD & MILBURN LLP<br>ATTN FRANKLIN CIACCIO<br>2 WALL STREET<br>NEW YORK NY 10005<br>FAX: 212-732-3232<br>email: ciaccio@clm.com | CASSELS BROCK & BLACKWELL LLP<br>ATTN DAVID S. WARD<br>2100 SCOTIA PLAZA<br>40 KING STREET WEST, SUITE 2100<br>TORONTO, ONTARIO M5H 3C2<br>FAX: 416-640-3154<br>email: dward@casselsbrock.com |
| CHAPMAN AND CUTLER LLP<br>ATTN JAMES E. SPIOTTO, ESQ.<br>111 WEST MONROE ST.<br>CHICAGO IL 60603 | CHAPMAN AND CUTLER LLP<br>ATTN ANN E. ACKER, ESQ.<br>111 WEST MONROE ST.<br>CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP<br>ATTN LAURA APPLEBY, ESQ.<br>330 MADISON AVE., 34TH FL.<br>1270 AVENUE OF THE AMERICAS FL30<br>NEW YORK NY 10020-1708 | CHAPMAN AND CUTLER LLP<br>ATTN FRANKLIN H. TOP, III, ESQ.<br>111 WEST MONROE ST.<br>CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP<br>ATTN CRAIG PRICE, ESQ.<br>1270 AVENUE OF THE AMERICAS FL 30<br>NEW YORK NY 10020-1708 | CIBC WORLD MARKETS INC.<br>ATTN MICHAEL STEWART, MANAGING DIRECTOR<br>161 BAY ST FL 7<br>TORONTO, ON M5J 2T3 CANADA<br>FAX: 416-956-6885<br>email: michael.stewart@cibc.ca |

| | |
|---|---|
| CITY DEPT OF FINANCE<br>VILLAGE OF LINCOLNSHIRE<br>1 OLDE HALF DAY RD<br>LINCOLNSHIRE IL 60069<br>FAX: 847-883-8608 | CITY DEPT OF FINANCE<br>LOUIS L REDDING CITY/COUNTY BLDG<br>800 N FRENCH ST<br>WILMINGTON DE 19801-3537<br>FAX: 302-571-4029<br>email: citytaxquestions@wilmingtonde.gov |
| CITY OF RICHARDSON<br>TAX DEPARTMENT<br>PO BOX 831907<br>RICHARDSON TX 75083-1907<br>FAX: 972-744-5803 | CRTC<br>LES TERRASSES DE LA CHAUDIÈRE<br>CENTRAL BLDG<br>1 PROMENADE DU PORTAGE<br>GATINEAU, QC J8X 4B1 CANADA<br>FAX: 819-994-0218<br>email: peter.mccallum@crtc.gc.ca |
| DALLAS COUNTY DEPT OF TAXATION & FINANCE<br>500 ELM ST<br>DALLAS TX 75202<br>FAX: 214-653-7887 | DE STATE ATTORNEY GENERAL<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FAX: 302-577-6630<br>email: attorney.general@state.de.us |
| DE STATE UNEMPLOYMENT INSURANCE FUND<br>4425 N MARKET ST<br>WILMINGTON DE 19802<br>FAX: 302-761-6636<br>email: dlabor@state.de.us | DELAWARE SECRETARY OF STATE<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST STE 4<br>WILMINGTON DE 19801<br>FAX: 302-739-3812<br>email: dosdoc_web@state.de.us |
| DELOITTE & TOUCHE<br>ATTN PAUL CASEY<br>181 BAY ST<br>BROOKFIELD PL STE 1400<br>TORONTO, ON M5J 2V1 CANADA<br>FAX: 416-601-6690<br>email: paucasey@deloitte.ca | DELOITTE & TOUCHE<br>ATTN NEIL JONES<br>181 BAY ST<br>BROOKFIELD PL STE 1400<br>TORONTO, ON M5J 2V1 CANADA<br>FAX: 416-601-6690<br>email: neiljones@deloitte.ca |
| DELOITTE TAX LLP<br>ATTN GREGORY ANDERSON<br>1750 TYSONS BLVD, STE 800<br>MCLEAN VA 22102<br>FAX: 703-251-3400<br>email: granderson@deloitte.com | DEPARTMENT OF JUSTICE - CANADA<br>284 WELLINGTON ST<br>OTTAWA, ON K1A 0H8 CANADA<br>FAX: 613-954-0811<br>email: webadmin@justice.gc.ca |
| DEPARTMENT OF TAX ADMINISTRATION (DTA)<br>FAIRFAX COUNTY GOVERNMENT CENTER STE 223<br>12000 GOVERNMENT CENTER PKWY<br>FAIRFAX VA 22035<br>FAX: 703-324-3500<br>email: taxbusquestions@tax.virginia.gov | DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220<br>FAX: 202-622-1974 |

| | |
|---|---|
| DEPT OF TAXATION & FINANCE<br>COLLIN COUNTY ADMINISTRATION BLDG<br>PO BOX 8006<br>MCKINNEY TX 75070<br>FAX: 972-547-5040<br>email: budget@collincountytx.gov | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>TRUST & SECURITIES SERVICES<br>ATTN KATHY COKIC<br>222 S RIVERSIDE PLAZA<br>CHICAGO IL 60606-5808<br>FAX: 312-537-1009 |
| DUFF & PHELPS LLC<br>ATTN MICHAEL H. DOLAN<br>55 EAST 52ND STREET<br>FLOOR 31<br>NEW YORK NY 10055<br>FAX: 917-267-7013<br>email: michael.dolan@duffandphelps.com | ECHOSTAR CORPORATION<br>ATTN  ROBERT REHG<br>100 INVERNESS TER E<br>ENGLEWOOD CO 80112<br>FAX: 303-723-1699<br>email: robert.rehg@echostar.com |
| EMMET, MARVIN & MARTIN, LLP<br>ATTN ELIZABETH M. CLARK<br>120 BROADWAY<br>32ND FL<br>NEW YORK NY 10271<br>FAX: 212-238-3100<br>email: eclark@emmetmarvin.com | ENVIRONMENT CANADA<br>77 WESTMORLAND STREET<br>SUITE 260<br>FREDERICTON, NB E3B 6Z3 CANADA<br>FAX: 819-994-1412<br>email: enviroinfo@ec.gc.ca |
| ENVIRONMENTAL PROTECTION AGENCY<br>ATTN  SCOTT FULTON<br>ARIEL RIOS BILDG RM 4000 MAIL 2310A<br>1200 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20460<br>FAX: 202-501-1438 | ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 3<br>1650 ARCH ST (3PM52)<br>PHILADELPHIA PA 19103-2029<br>email: r3public@epa.gov |
| ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF LEGAL SERVICES<br>12100 PARK THIRTY FIVE CIR<br>AUSTIN TX 78753<br>FAX: 512-239-4430 | ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF LEGAL SERVICES<br>PO BOX 13087<br>AUSTIN TX 78711-3087<br>FAX: 512-239-4430 |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 5<br>77 WEST JACKSON BLVD<br>CHICAGO IL 60604-3507<br>FAX: 312-353-4135<br>email: cohen.eric@epa.gov | ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 2<br>290 BROADWAY<br>NEW YORK NY 10007-1866<br>email: fischer.douglas@epa.gov |
| ERNST & YOUNG LLP<br>ATTN GREGORY KUYKENDALL<br>8484 WESTPARK DRIVE<br>MCLEAN VA 22102<br>FAX: 866-708-9786<br>email: greg.kuykendall@ey.com | FEDERAL COMMUNICATION COMMISSION<br>OFFICE OF THE SECRETARY<br>445 12TH ST SW<br>RM TW - A325<br>WASHINGTON DC 20554<br>FAX: 202-418-0232<br>email: fccinfo@fcc.gov |

| | |
|---|---|
| FEDERAL COMMUNICATION COMMISSION<br>ATTN AUSTIN SCHLICK, GENERAL COUNSEL<br>445 12TH ST SW<br>WASHINGTON DC 20554<br>FAX: 202-418-2819<br>email: austin.schlick@fcc.gov | FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 N CLARK ST, STE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: MHEBBELN@FOLEY.COM |
| FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: mhebbeln@foley.com | FOLEY & LARDNER LLP<br>ATTN HAROLD L. KAPLAN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: hkaplan@foley.com |
| FRASER MILNER CASGRAIN LLP<br>ATTN JARVIS HETU<br>77 KING ST W STE 400<br>TORONTO-DOMINION CENTRE<br>TORONTO, ON M5K 0A1 CANADA<br>FAX: 416-863-4592 | FRASER MILNER CASGRAIN LLP<br>ATTN  MICHAEL WUNDER<br>77 KING ST W STE 400<br>TORONTO-DOMINION CENTRE<br>TORONTO, ON M5K 0A1 CANADA<br>FAX: 416-863-4592<br>email: michael.wunder@fmc-law.com |
| FRASER MILNER CASGRAIN LLP<br>ATTN  RYAN JACOBS<br>77 KING ST W STE 400<br>TORONTO-DOMINION CENTRE<br>TORONTO, ON M5K 0A1 CANADA<br>FAX: 416-863-4592<br>email: ryan.jacobs@fmc-law.com | FTI CONSULTING, INC.<br>ATTN ANDREW SCRUTON<br>3 TIMES SQUARE FL 10<br>NEW YORK NY 10036<br>FAX: 212-841-9350<br>email: andrew.scruton@fticonsulting.com |
| FTI CONSULTING, INC.<br>ATTN MATTHEW DIAZ<br>3 TIMES SQUARE FL 10<br>NEW YORK NY 10036<br>FAX: 212-841-9350<br>email: matt.diaz@fticonsulting.com | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103<br>FAX: 212-318-3400<br>email: drosenzweig@fulbright.com |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATTN MARK C. HAUT, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103<br>FAX: 212-318-3400<br>email: mhaut@fulbright.com | GRANT THORNTON LLP<br>ATTN ARTHUR E. FLACH<br>2010 CORPORATE RIDGE, STE 400<br>MCLEAN VA 22102-7838<br>FAX: 703-848-9580 |
| HAHN LOESER & PARKS LLP<br>ATTN DANIEL A. DEMARCO, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND OH 44114-2316<br>FAX: 216-241-2824<br>email: dademarco@hahnlaw.com | HAHN LOESER & PARKS LLP<br>ATTN CHRISTOPHER B. WICK, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND OH 44114-2316<br>FAX: 216-241-2824<br>email: cbwick@hahnlaw.com |

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, LP<br>ATTN ANDREW ROSSLEE<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 | HARBINGER CAPITAL PARTNERS<br>MASTER FUND I LTD<br>ATTN  FAENA YOUNGQUIST<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 |
| HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND LP<br>ATTN  FAENA YOUNGQUIST<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 | HARBINGER CAPTIAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN ANDREW ROSSLEE<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 |
| HERRICK, FEINSTEIN LLP<br>ATTN STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK NY 10016<br>FAX: 212-592-1500<br>email: sselbst@herrick.com | HERRICK, FEINSTEIN LLP<br>ATTN JUSTIN B. SINGER, ESQ.<br>TWO PARK AVENUE<br>NEW YORK NY 10016<br>FAX: 212-592-1500<br>email: jsinger@herrick.com |
| HOULIHAN LOKEY<br>ATTN ERIC WINTHROP<br>10250 CONSTELLATION BLVD FL 5<br>LOS ANGELES CA 90067-6205<br>FAX: 310-553-2173<br>email: ewinthrop@hl.com | HUMAN RESOURCES & SKILLS DEVELPMT CANADA<br>OUT OF CANADA EMPLOYMNT INSURANCE CLAIMS<br>KINGSTON SERVICE CANADA CENTRE<br>299 CONCESSION STREET<br>KINGSTON, ON K7K 2B9 CANADA<br>FAX: 613-545-8934 |
| IDES ADMINISTRATION OFFICES<br>33 S STATE ST<br>CHICAGO IL 60603<br>FAX: 312-793-6296<br>email: gregory.ramel@illinois.gov | IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD<br>MACON GA 31208-3708<br>FAX: 678-868-2437<br>email: tommy.farmer@ikonfin.com |
| IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>P.O. BOX 13708<br>MACON GA 31208-3708 | IL STATE ATTORNEY GENERAL<br>CHICAGO MAIN OFFICE<br>100 W RANDOLPH ST<br>CHICAGO IL 60601<br>FAX: 312-814-3806 |
| IL STATE DEPT OF TAXATION AND FINANCE<br>JAMES R THOMPSON CENTER - CONCOURSE<br>100 W RANDOLPH ST<br>CHICAGO IL 60601-3274<br>FAX: 312-814-3779<br>email: kevin.richards@illinois.gov | ILLINOIS SECRETARY OF STATE<br>213 STATE CAPITOL<br>SPRINGFIELD IL 62756 |

| | |
|---|---|
| INDUSTRY CANADA<br>OFFICE OF THE SUPERINTENDENT OF<br>BANKRUPTCY CANADA / ATTN CCAA TEAM<br>25 ST CLAIR AVE E STE 600<br>TORONTO, ONTARIO M4T1M2 CANADA<br>FAX: 877-827-7139 | INDUSTRY CANADA<br>SPECTRUM MANAGEMENT OPERATIONS BRANCH<br>ATTN CHANTAL BEAUMIER<br>300 SLATER ST<br>OTTAWA, ON  K1A 0C8 CANADA<br>FAX: 613-952-9871 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br>FAX: 267-941-1015 | INTERNAL REVENUE SERVICE<br>500 N CAPITOL ST NW<br>WASHINGTON DC 20221<br>FAX: 410-962-9955 |
| INTERNAL REVENUE SERVICE<br>1320 CENTRAL PARK BLVD<br>FREDERICKSBURG VA 22401<br>FAX: 804-254-6113 | INTERNAL REVENUE SERVICE<br>STOP 5014<br>230 S DEARBORN ST, STE 2600<br>CHICAGO IL 60604<br>FAX: 312-566-3803 |
| INTERNAL REVENUE SERVICE<br>ATTN INSOLVENCY UNIT<br>844 KING ST<br>WILMINGTON DE 19801<br>FAX: 302-577-8203 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK NY 10007<br>FAX: 212-436-1900 |
| INTERNAL REVENUE SERVICE<br>ATTN INSOLVENCY UNIT<br>SAN FRANCISCO REGIONAL OFFICE<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO CA 94102 | ITU GENEVA<br>PLACE DES NATIONS<br>GENEVA 29, 2111, SWITZERLAND<br>FAX: 011-412-2730<br>email: brmail@itu.int, itumail@itu.int |
| K&L GATES LLP<br>ATTN JOHN H. CULVER, III, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202<br>FAX: 704-353-3153<br>email: John.Culver@klgates.com | K&L GATES LLP<br>ATTN FELTON E. PARRISH, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202<br>FAX: 704-353-3165 |
| KELLEY DRYE & WARREN LLP<br>ATTN JAMES CARR<br>101 PARK AVE<br>NEW YORK NY 10178<br>FAX: 212-808-7897<br>email: jcarr@kelleydrye.com | KELLEY DRYE & WARREN LLP<br>ATTN JAMES S. CARR, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>FAX: 212-808-7897<br>email: KDWBankruptcyDepartment@kelleydrye.com |

| | |
|---|---|
| KELLEY DRYE & WARREN LLP<br>ATTN KRISTIN S. ELLIOTT, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>FAX: 212-808-7897<br>email: KDWBankruptcyDepartment@kelleydrye.com | KLESTADT & WINTERS, LLP<br>ATTN IAN R. WINTERS, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018 |
| LABOR AND WORKFORCE DEVELOPMENT AGENCY<br>SECRETARY<br>800 CAPITOL MALL # 5000<br>SACRAMENTO CA 95814-4807 | LEONARD O'BRIEN SPENCER GALE & SAYRE,LTD<br>ATTN BRIAN F. LEONARD, ESQ.<br>100 SOUTH FIFTH STREET, SUITE 2500<br>MINNEAPOLIS MN 55402-1234<br>FAX: 612-332-2740<br>email: bleonard@losgs.com |
| LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN AVI KATZ, ESQ.<br>SR. V.P., GENERAL COUNSEL & SECRETARY<br>888 7TH AVE STE 4081<br>NEW YORK NY 10106-4400<br>FAX: 212-338-5320<br>email: avi.katz@hq.loral.com | LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN JACKIE MAHON<br>888 7TH AVE, 40TH FLOOR<br>NEW YORK NY 10106 |
| NEW YORK SECRETARY OF STATE<br>123 WILLIAM ST<br>NEW YORK NY 10038-3804<br>FAX: 212-417-2383 | NY STATE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341<br>FAX: 212-416-8942 |
| NYS DEPT OF LABOR, UNEMPLOYMENT INS.<br>CENTRAL ASSIGNMENT & COLLECTION SECTION<br>W A HARRIMAN CAMPUS<br>BLDG 12 RM 256<br>ALBANY NY 12240-0001<br>FAX: 518-485-6171 | NYS DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300<br>FAX: 518-457-0617<br>email: maura_archambeault@tax.state.ny.us |
| NYS UNEMPLOYMENT INSURANCE FUND<br>PO BOX 551<br>ALBANY NY 12201<br>FAX: 518-457-8215<br>email: nysdol@labor.ny.gov | OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN SUSAN GOLDEN<br>201 VARICK STREET, ROOM 1006<br>NEW YORK NY 10014<br>FAX: 212-668-2255 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN RICHARD C. MORRISSEY<br>201 VARICK STREET, ROOM 1006<br>NEW YORK NY 10014<br>FAX: 212-668-2255 | OFFICE OF THE US ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN TAX & BANKRUPTCY UNIT<br>86 CHAMBERS STREET, THIRD FLOOR<br>NEW YORK NY 10007<br>FAX: 212-637-2685<br>email: askdoj@usdoj.gov |

| | |
|---|---|
| OFFICE OF THE US ATTORNEY<br>1007 N ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19801-2046<br>FAX: 302-573-6220 | OFFICE OF THE US ATTORNEY<br>219 S DEARBORN ST STE 500<br>CHICAGO IL 60604<br>FAX: 312-353-2067 |
| OFFICE OF THE US ATTORNEY<br>2100 JAMIESON AVE<br>ALEXANDRIA VA 22314<br>FAX: 703-299-2584<br>email: usavae.usattys@usdoj.gov | OFFICE OF THE US ATTORNEY<br>1100 COMMERCE ST THIRD FL<br>DALLAS TX 75242-1699 |
| OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>ATTN SCOTT HAZAN<br>230 PARK AVE<br>NEW YORK NY 10169-0075<br>FAX: 212-682-6104<br>email: shazan@oshr.com | OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN SCOTT L. HAZAN, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: shazan@oshr.com |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN DAVID M. POSNER, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: dposner@oshr.com | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN DANIEL A. LOWENTHAL, ESQ.<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710<br>FAX: 212-336-2222<br>email: dalowenthal@pbwt.com |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN BRIAN P. GUINEY, ESQ.<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710<br>FAX: 212-336-2222<br>email: bguiney@pbwt.com | QUALCOMM INCORPORATED<br>335 CAMBRIDGE SCIENCE PK<br>GROUND FLINT FLOOR, MILTON RD<br>CAMBRIDGE, CB4 0WN  ENGLAND<br>FAX: 858-845-1254 |
| QUALCOMM INCORPORATED<br>C/O DAVID WOOD<br>5775 MOREHOUSE DR<br>SAN DIEGO CA 92121-1714 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SUSHEEL KIRPALANI<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: susheelkirpalani@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN JAMES C. TECCE<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: jamestecce@quinnemanuel.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: scottshelley@quinnemanuel.com |

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SUSHEEL KIRPALANI<br>51 MADISON AVE 22ND FL<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: susheelkirpalani@quinnemanuel.com | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>ATTN DANIEL S. HOLZMAN<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: danielholzman@quinnemanuel.com |
| REED SMITH LLP<br>ATTN KURT F. GWYNNE, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801<br>FAX: 302-778-7575<br>email: kgwynne@reedsmith.com | REED SMITH LLP<br>ATTN TIMOTHY P. REILEY, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801<br>FAX: 302-778-7575 |
| REED SMITH LLP<br>ATTN D. TURETSKY & NICOLE O'SULLIVAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>FAX: 212-521-5450<br>email: nosullivan@reedsmith.com | REVENU QUÉBEC<br>SERVICE DE TRAITEMENT DES REQUÊTES<br>C P 3000 SUCCURSALE PLACE-DESJARDINS<br>MONTREAL, QC H5B 1A4 CANADA<br>FAX: 514-287-6262 |
| SASKATCHEWAN DEPARTMENT OF FINANCE<br>2350 ALBERT ST<br>REGINA, SK S4P 4A6 CANADA<br>FAX: 306-787-0241<br>email: mjohannsson@finance.gov.sk.ca | SASKATCHEWAN FINANCIAL SERVS. COMMISSION<br>SECURITIES DIVISION<br>1919 SASKATCHEWAN DR<br>6TH FL<br>REGINA, SK S4P 3V7 CANADA<br>FAX: 306-787-5899<br>email: imcintosh@sfsc.gov.sk.ca |
| SECURITIES EXCHANGE COMMISSION<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BLDG<br>233 BROADWAY<br>NEW YORK NY 10279 | SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL SEC HEADQUARTERS<br>450 5TH ST NW<br>WASHINGTON DC 20549<br>FAX: 202-772-9371<br>email: chairmanoffice@sec.gov |
| SECURITIES EXCHANGE COMMISSION<br>C/O CARLA MONZON<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET ST, STE 2000<br>PHILADELPHIA PA 10281-1022<br>FAX: 215-861-9640<br>email: philadelphia@sec.gov | SECURITIES EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>BURNETT PLZ STE 1900<br>801 CHERRY ST UNIT 18<br>FORT WORTH TX 76102<br>FAX: 817-978-2700 |
| SECURITIES EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>STE 900<br>CHICAGO IL 60604<br>FAX: 312-353-7398<br>email: chicago@sec.gov | SECURITIES EXCHANGE COMMISSION<br>ATTN: GEORGE S. CANELLOS<br>3 WORLD FINANCIAL CENTER<br>STE 400<br>NEW YORK NY 10281-1022<br>FAX: 212-336-1320<br>email: NYROBankruptcy@sec.gov |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN BRIAN WEIMER
30 ROCKEFELLER PLAZA, SUITE 2400
NEW YORK NY 10112
FAX: 202-312-9446
email: bweimer@sheppardmullin.com

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO CA 94303
FAX: 650-852-7912
email: rakowj@ssd.loral.com

STATE OF CALIFORNIA FRANCHISE TAX BOARD
FRANCHISE TAX BOARD
PO BOX 1673
SACRAMENTO CA 95812-1673
FAX: 916-845-9799

STATE OF CALIFORNIA FRANCHISE TAX BOARD
CHIEF COUNSEL: FRANCHISE TAX BOARD
C/O GENERAL COUNSEL SECTION
PO BOX 1720 MS: A-260
RANCHO CORDOVA CA 95741-1720
FAX: 916-845-9799

STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON DE 19801
FAX: 302-661-7268
email: colleen.yegla@state.de.us

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PRICE DANIEL SR BLDG 300 W 15TH ST
AUSTIN TX 78711-2548
FAX: 512-475-2994
email: greg.abbott@oag.state.tx.us

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PO BOX 12548
AUSTIN TX 78711
FAX: 512-475-2994
email: greg.abbott@oag.state.tx.us

STIKEMAN ELLIOTT
ATTN CLAIRE ZIKOVSKY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-3416
email: czikovsky@stikeman.com

STIKEMAN ELLIOTT
ATTN MAXIME CHARBONNEAU
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-3416
email: MCharbonneau@stikeman.com

STIKEMAN ELLIOTT
ATTN HADRIEN MONTAGNE
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-5444
email: HMontagne@stikeman.com

STIKEMAN ELLIOTT
ATTN SIDNEY HORN
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-3416
email: smhorn@stikeman.com

SULLIVAN & CROMWELL LLP
ATTN SCOTT MILLER
1870 EMBARCADERO RD
PALO ALTO CA 94303
FAX: 650-461-5700
email: millersc@sullcrom.com

SULLIVAN & CROMWELL LLP
ATTN SCOTT MILLER
1888 CENTURY PARK EAST
LOS ANGELES CA 90067-1725
FAX: 650-461-5700
email: millersc@sullcrom.com

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON MA 02109
FAX: 617-338-2880
email: pholleman@sandw.com

| | |
|---|---|
| SULLIVAN & WORCESTER LLP<br>ATTN MICHAEL J. STUDENT, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104<br>FAX: 212-660-3001<br>email: mstudent@sandw.com | TERRESTAR NETWORKS INC.<br>ATTN DOUG BRANDON<br>344 MAPLE AVE W<br>VIENNA VA 17188-5617<br>FAX: 703-476-7143<br>email: doug.brandon@terrestar.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN  SUSAN COMBS<br>111 E 17TH ST<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711-3528<br>FAX: 512-475-0352<br>email: comptroller.help@cpa.state.tx.us | TEXAS WORKFORCE COMMISSION<br>ATTN RICK DIAZ<br>REG INTEGRITY DIVISION<br>101 E 15TH ST RM 556<br>AUSTIN TX 78778-0001<br>FAX: 512-936-6338<br>email: richard.diaz@twc.state.tx.us, rid.taxbankruptcy@twc.state.tx.us |
| THE GARDEN CITY GROUP, INC.<br>ATTN DANIELLA PORZECANSKI<br>1985 MARCUS AVENUE<br>LAKE SUCCESS NY 11042<br>FAX: 312-499-6999<br>email: daniella.porzecanski@gcginc.com | THE GARDEN CITY GROUP, INC.<br>ATTN  ISABEL I. BAUMGARTEN<br>1985 MARCUS AVE, STE 200<br>LAKE SUCCESS NY 11042<br>FAX: 631-940-6554<br>email: isabel.baumgarten@gardencitygroup.com |
| THE GARDEN CITY GROUP, INC.<br>ATTN  ADAM GLANZMAN<br>1985 MARCUS AVE, STE 200<br>LAKE SUCCESS NY 11042<br>FAX: 631-940-6554<br>email: tsnteam@gardencitygroup.com | THE VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 1358<br>RICHMOND VA 23218-1358<br>FAX: 276-935-7712 |
| US BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN CINDY WOODWARD<br>60 LIVINGSTON AVE<br>ST. PAUL MN 55107<br>FAX: 651-495-8100<br>email: cindy.woodward@usbank.com | US BANK NATIONAL ASSOCIATION<br>ATTN DAVID JOHNSON<br>EP-MN-WS3T<br>60 LIVINGSTON AVE<br>SAINT PAUL MN 55107-1419<br>FAX: 651-495-8097<br>email: david.johnson9@usbank.com |
| US DEPARTMENT OF JUSTICE<br>ATTN  TONY WEST, ASST ATTORNEY GENERAL<br>CIVIL DIVISION<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001<br>FAX: 202-307-6777<br>email: askdoj@usdoj.gov | VA STATE ATTORNEY GENERAL<br>900 E MAIN ST<br>RICHMOND VA 23219<br>FAX: 804-786-1991<br>email: cfleming@oag.state.va.us |
| VIRGINIA DEPARTMENT OF TAXATION<br>OFFICE OF CUSTOMER SERVICES<br>PO BOX 1115<br>RICHMOND VA 23218-1115<br>FAX: 804-254-6113<br>email: mark@taxva.com | VIRGINIA STATE CORPORATION COMMISSION<br>TYLER BLDG<br>1300 E MAIN ST<br>RICHMOND VA 23219<br>FAX: 804-371-9376<br>email: sccinfo@scc.virginia.gov |

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-310-8007
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVE
NEW YORK NY 10153
FAX: 212-310-8007
email: ronit.berkovich@weil.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE MD 21202
FAX: 410-752-7092
email: bstrickland@wtplaw.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE MD 21202
FAX: 410-752-7092
email: dshaffer@wtplaw.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
FAX: 212-728-8111
email: rstrickland@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
FAX: 212-728-8111
email: mfeldman@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND
787 SEVENTH AVE
NEW YORK NY 10019-6099
FAX: 212-728-9544
email: rstrickland@willkie.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
250 GREENWICH ST FL 42
NEW YORK NY 10007-2166
FAX: 212-230-8888
email: philip.anker@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
250 GREENWICH ST FL 42
NEW YORK NY 10007-2166
FAX: 212-230-8888
email: george.shuster@wilmerhale.com