**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TERRESTAR NETWORKS INC., *et al.*,[1] | : | Case No. 10‑15446 (SHL) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------------x

# MASTER SERVICE LIST
**(as of May 13, 2014)**

---

[1] The Debtors in these chapter 11 cases (as amended by that certain Order Granting Debtors' Motion to Amend Joint Administration of Related Chapter 11 Cases [Docket No. 445]) along with the last four digits of each Debtor's federal taxpayer-identification number, are: TerreStar Networks Inc. (3931); TerreStar License Inc. (6537); TerreStar National Services Inc. (6319); TerreStar Networks Holdings (Canada) Inc. (1337); TerreStar Networks (Canada) Inc. (8766); and 0887729 B.C. Ltd. (1345).

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  IRA DIZENGOFF
1 BRYANT PARK
NEW YORK NY 10036
FAX: 212-872-1002
email: idizengoff@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ASHLEIGH L. BLAYLOCK
1333 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20036
FAX: 202- 88-7 42
email: blaylocka@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN  ARIK PREIS
1 BRYANT PARK
NEW YORK NY 10036
FAX: 212-872-1002
email: apreis@akingump.com

AMERICAN EXPRESS TRAVEL RELATED SERVICES
CO. INC., CORP CARD
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ARNALL GOLDEN GREORY LLP
ATTN DARRYL S. LADDIN
171 17TH STREET NW
ATLANTA GA 30363
FAX: 404-873-8121
email: darryl.laddin@agg.com

ASSISTANT ATTORNEY GENERAL
ATTN MARK BROWNING, ESQ
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER NJ 07921
FAX:  83-221-3015
email: jg5786@att.com

AXELROD, FINGERHUT & DENNIS
ATTN KAMILLA ASLANOVA, ESQ.
260 MADISON AVE.
NEW YORK NY 10016

BALLARD SPAHR LLP
ATTN TOBEY M. DALUZ, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON DE 19801
FAX: 302-252-4466
email: daluzt@ballardspahr.com

BALLARD SPAHR LLP
ATTN JOSHUA ZUGERMAN, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON DE 19801
FAX: 302-252-4466

BENNETT JONES
ATTN MARTINE VIEIRA
ONE FIRST CANADIAN PL, STE 3400
PO BOX 130
TORONTO, ON M5X 1A4 CANADA
FAX: 416-863-1716
email: vieiram@bennettjones.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN  STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK NY 10154
FAX: 212-583-5707
email: zelin@blackstone.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK NY 10154
FAX: 646-253-7513
email: brownc@blackstone.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CRAIG ANDERSON
345 PARK AVE FL 30
NEW YORK NY 10154
FAX: 212-583-5705

BLAKE, CASSELS & GRAYDON LLP
ATTN FRANK GUARASCIO
199 BAY ST STE 2800
COMMERCE CT W
TORONTO, ON M5L 1A9 CANADA
FAX: 416-863-2653
email: frank.guarascio@blakes.com

BNY MELLON
ATTN RHONDA THARP, VICE PRESIDENT
600 E LAS COLINAS BLVD
STE 1300
IRVING TX 75039
FAX: 972-401-8556
email: asicompliance@bnymellon.com

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY NJ 08096
FAX: 856-853-9933
email: dludman@brownconnery.com

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FL
SAN FRANCISCO CA 94105-3493
FAX: 415-227-0770
email: schristianson@buchalter.com

CANADA REVENUE AGENCY
TAX CENTRE
4695 12TH AVE
SHAWINIGAN-SUD, QC G9N 7S6 CANADA
FAX: 819-536-7078

CANADA REVENUE AGENCY
REGINA TAX SERVICES OFFICE
PO BOX 557
REGINA, SK S4P 3A3 CANADA
FAX: 306-757-1412

CARTER LEDYARD & MILBURN LLP
ATTN FRANKLIN CIACCIO
2 WALL STREET
NEW YORK NY 10005
FAX: 212-732-3232

CASSELS BROCK & BLACKWELL LLP
ATTN DAVID S. WARD
2100 SCOTIA PLAZA
40 KING STREET WEST, SUITE 2100
TORONTO, ONTARIO M5H 3C2
FAX: 416-640-3154
email: dward@casselsbrock.com

CHAPMAN AND CUTLER LLP
ATTN JAMES E. SPIOTTO, ESQ.
111 WEST MONROE ST.
CHICAGO IL 60603

CHAPMAN AND CUTLER LLP
ATTN ANN E. ACKER, ESQ.
111 WEST MONROE ST.
CHICAGO IL 60603

CHAPMAN AND CUTLER LLP
ATTN LAURA APPLEBY, ESQ.
330 MADISON AVE., 34TH FL.
1270 AVENUE OF THE AMERICAS FL30
NEW YORK NY 10020-1708

CHAPMAN AND CUTLER LLP
ATTN FRANKLIN H. TOP, III, ESQ.
111 WEST MONROE ST.
CHICAGO IL 60603

CHAPMAN AND CUTLER LLP
ATTN CRAIG PRICE, ESQ.
1270 AVENUE OF THE AMERICAS FL 30
NEW YORK NY 10020-1708

CIBC WORLD MARKETS INC.
ATTN MICHAEL STEWART, MANAGING DIRECTOR
161 BAY ST FL 7
TORONTO, ON M5J 2T3 CANADA
FAX: 416-956-6885
email: michael.stewart@cibc.ca

CITY DEPT OF FINANCE
VILLAGE OF LINCOLNSHIRE
1 OLDE HALF DAY RD
LINCOLNSHIRE IL 60069
FAX: 847-883-8608

CITY DEPT OF FINANCE
LOUIS L REDDING CITY/COUNTY BLDG
800 N FRENCH ST
WILMINGTON DE 19801-3537
FAX: 302-571-4029
email: citytaxquestions@wilmingtonde.gov

CITY OF RICHARDSON
TAX DEPARTMENT
PO BOX 831907
RICHARDSON TX 75083-1907
FAX: 972-744-5803

CRTC
LES TERRASSES DE LA CHAUDIÈRE
CENTRAL BLDG
1 PROMENADE DU PORTAGE
GATINEAU, QC J8X 4B1 CANADA
FAX: 819-994-0218
email: peter.mccallum@crtc.gc.ca

DALLAS COUNTY DEPT OF TAXATION & FINANCE
500 ELM ST
DALLAS TX 75202
FAX: 214-653-7887

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
FAX: 302-577-6630
email: attorney.general@state.de.us

DE STATE UNEMPLOYMENT INSURANCE FUND
4425 N MARKET ST
WILMINGTON DE 19802
FAX: 302-761-6636
email: dlabor@state.de.us

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATION
401 FEDERAL STREET
DOVER DE 19901
FAX: 302-739-3812
email: dosdoc_web@state.de.us

DELOITTE & TOUCHE
ATTN PAUL CASEY
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
FAX: 416-601-6690
email: paucasey@deloitte.ca

DELOITTE & TOUCHE
ATTN NEIL JONES
181 BAY ST
BROOKFIELD PL STE 1400
TORONTO, ON M5J 2V1 CANADA
FAX: 416-601-6690
email: neiljones@deloitte.ca

DELOITTE TAX LLP
ATTN GREGORY ANDERSON
1750 TYSONS BLVD, STE 800
MCLEAN VA 22102
FAX: 703-251-3400
email: granderson@deloitte.com

DEPARTMENT OF JUSTICE - CANADA
284 WELLINGTON ST
OTTAWA, ON K1A 0H8 CANADA
FAX: 613-954-0811
email: webadmin@justice.gc.ca

DEPARTMENT OF TAX ADMINISTRATION (DTA)
FAIRFAX COUNTY GOVERNMENT CENTER STE 223
12000 GOVERNMENT CENTER PKWY
FAIRFAX VA 22035
FAX: 703-324-3500
email: taxbusquestions@tax.virginia.gov

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220
FAX: 202-622-1974

DEPT OF TAXATION & FINANCE
COLLIN COUNTY ADMINISTRATION BLDG
PO BOX 8006
MCKINNEY TX 75070
FAX: 972-547-5040
email: budget@collincountytx.gov

DEUTSCHE BANK NATIONAL TRUST COMPANY
TRUST & SECURITIES SERVICES
ATTN KATHY COKIC
222 S RIVERSIDE PLAZA
CHICAGO IL 60606-5808
FAX: 312-537-1009

DUFF & PHELPS LLC
ATTN MICHAEL H. DOLAN
55 EAST 52ND STREET
FLOOR 31
NEW YORK NY 10055
FAX: 917-267-7013
email: michael.dolan@duffandphelps.com

ECHOSTAR CORPORATION
ATTN  ROBERT REHG
100 INVERNESS TER E
ENGLEWOOD CO 80112
FAX: 303-723-1699
email: robert.rehg@echostar.com

EMMET, MARVIN & MARTIN, LLP
ATTN ELIZABETH M. CLARK
120 BROADWAY
32ND FL
NEW YORK NY 10271
FAX: 212-238-3100
email: eclark@emmetmarvin.com

ENVIRONMENT CANADA
77 WESTMORLAND STREET
SUITE 260
FREDERICTON, NB E3B 6Z3 CANADA
FAX: 819-994-1412
email: enviroinfo@ec.gc.ca

ENVIRONMENTAL PROTECTION AGENCY
ATTN  SCOTT FULTON
ARIEL RIOS BILDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE NW
WASHINGTON DC 20460
FAX: 202-501-1438

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH ST (3PM52)
PHILADELPHIA PA 19103-2029
email: r3public@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
12100 PARK THIRTY FIVE CIR
AUSTIN TX 78753
FAX: 512-239-4430

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF LEGAL SERVICES
PO BOX 13087
AUSTIN TX 78711-3087
FAX: 512-239-4430

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 5
77 WEST JACKSON BLVD
CHICAGO IL 60604-3507
FAX: 312-353-4135
email: cohen.eric@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK NY 10007-1866
email: fischer.douglas@epa.gov

ERNST & YOUNG LLP
ATTN GREGORY KUYKENDALL
8484 WESTPARK DRIVE
MCLEAN VA 22102
FAX: 866-708-9786
email: greg.kuykendall@ey.com

FEDERAL COMMUNICATION COMMISSION
OFFICE OF THE SECRETARY
445 12TH ST SW
RM TW - A325
WASHINGTON DC 20554
FAX: 202-418-0232
email: fccinfo@fcc.gov

FEDERAL COMMUNICATION COMMISSION
ATTN AUSTIN SCHLICK, GENERAL COUNSEL
445 12TH ST SW
WASHINGTON DC 20554
FAX: 202-418-2819
email: austin.schlick@fcc.gov

FOLEY & LARDNER LLP
ATTN MARK F. HEBBELN, ESQ.
321 N CLARK ST, STE 2800
CHICAGO IL 60654-5313
FAX: 312-832-4700
email: MHEBBELN@FOLEY.COM

FOLEY & LARDNER LLP
ATTN MARK F. HEBBELN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654-5313
FAX: 312-832-4700
email: mhebbeln@foley.com

FOLEY & LARDNER LLP
ATTN HAROLD L. KAPLAN, ESQ.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654-5313
FAX: 312-832-4700
email: hkaplan@foley.com

FRASER MILNER CASGRAIN LLP
ATTN JARVIS HETU
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
FAX: 416-863-4592

FRASER MILNER CASGRAIN LLP
ATTN  MICHAEL WUNDER
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
FAX: 416-863-4592
email: michael.wunder@fmc-law.com

FRASER MILNER CASGRAIN LLP
ATTN  RYAN JACOBS
77 KING ST W STE 400
TORONTO-DOMINION CENTRE
TORONTO, ON M5K 0A1 CANADA
FAX: 416-863-4592
email: ryan.jacobs@fmc-law.com

FTI CONSULTING, INC.
ATTN ANDREW SCRUTON
3 TIMES SQUARE FL 10
NEW YORK NY 10036
FAX: 212-841-9350
email: andrew.scruton@fticonsulting.com

FTI CONSULTING, INC.
ATTN MATTHEW DIAZ
3 TIMES SQUARE FL 10
NEW YORK NY 10036
FAX: 212-841-9350
email: matt.diaz@fticonsulting.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN DAVID A. ROSENZWEIG, ESQ.
666 FIFTH AVENUE
NEW YORK NY 10103
FAX: 212-318-3400
email: drosenzweig@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN MARK C. HAUT, ESQ.
666 FIFTH AVENUE
NEW YORK NY 10103
FAX: 212-318-3400
email: mhaut@fulbright.com

GRANT THORNTON LLP
ATTN ARTHUR E. FLACH
2010 CORPORATE RIDGE, STE 400
MCLEAN VA 22102-7838
FAX: 703-848-9580

HAHN LOESER & PARKS LLP
ATTN DANIEL A. DEMARCO, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND OH 44114-2316
FAX: 216-241-2824
email: dademarco@hahnlaw.com

HAHN LOESER & PARKS LLP
ATTN CHRISTOPHER B. WICK, ESQ.
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND OH 44114-2316
FAX: 216-241-2824
email: cbwick@hahnlaw.com

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND, LP
ATTN ANDREW ROSSLEE
450 PARK AVE FL 30
NEW YORK NY 10022
FAX: 212-937-3702

HARBINGER CAPITAL PARTNERS
MASTER FUND I LTD
ATTN  FAENA YOUNGQUIST
450 PARK AVE FL 30
NEW YORK NY 10022
FAX: 212-937-3702

HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP
ATTN  FAENA YOUNGQUIST
450 PARK AVE FL 30
NEW YORK NY 10022
FAX: 212-937-3702

HARBINGER CAPTIAL PARTNERS
MASTER FUND I, LTD.
ATTN ANDREW ROSSLEE
450 PARK AVE FL 30
NEW YORK NY 10022
FAX: 212-937-3702

HERRICK, FEINSTEIN LLP
ATTN STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK NY 10016
FAX: 212-592-1500
email: sselbst@herrick.com

HERRICK, FEINSTEIN LLP
ATTN JUSTIN B. SINGER, ESQ.
TWO PARK AVENUE
NEW YORK NY 10016
FAX: 212-592-1500
email: jsinger@herrick.com

HOULIHAN LOKEY
ATTN ERIC WINTHROP
10250 CONSTELLATION BLVD FL 5
LOS ANGELES CA 90067-6205
FAX: 310-553-2173
email: ewinthrop@hl.com

HUMAN RESOURCES & SKILLS DEVELPMT CANADA
OUT OF CANADA EMPLOYMNT INSURANCE CLAIMS
KINGSTON SERVICE CANADA CENTRE
299 CONCESSION STREET
KINGSTON, ON K7K 2B9 CANADA
FAX: 613-545-8934

IDES ADMINISTRATION OFFICES
33 S STATE ST
CHICAGO IL 60603
FAX: 312-793-6296
email: gregory.ramel@illinois.gov

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 BASS ROAD
MACON GA 31208-3708
FAX: 678-868-2437
email: tommy.farmer@ikonfin.com

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
P.O. BOX 13708
MACON GA 31208-3708

IL STATE ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 W RANDOLPH ST
CHICAGO IL 60601
FAX: 312-814-3806

IL STATE DEPT OF TAXATION AND FINANCE
JAMES R THOMPSON CENTER - CONCOURSE
100 W RANDOLPH ST
CHICAGO IL 60601-3274
FAX: 312-814-3779
email: kevin.richards@illinois.gov

ILLINOIS SECRETARY OF STATE
213 STATE CAPITOL
SPRINGFIELD IL 62756

INDUSTRY CANADA
OFFICE OF THE SUPERINTENDENT OF
BANKRUPTCY CANADA / ATTN CCAA TEAM
25 ST CLAIR AVE E STE 600
TORONTO, ONTARIO M4T1M2 CANADA
FAX: 877-827-7139

INDUSTRY CANADA
SPECTRUM MANAGEMENT OPERATIONS BRANCH
ATTN CHANTAL BEAUMIER
300 SLATER ST
OTTAWA, ON  K1A 0C8 CANADA
FAX: 613-952-9871

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346
FAX: 267-941-1015

INTERNAL REVENUE SERVICE
500 N CAPITOL ST NW
WASHINGTON DC 20221
FAX: 410-962-9955

INTERNAL REVENUE SERVICE
1320 CENTRAL PARK BLVD
FREDERICKSBURG VA 22401
FAX: 804-254-6113

INTERNAL REVENUE SERVICE
STOP 5014
230 S DEARBORN ST, STE 2600
CHICAGO IL 60604
FAX: 312-566-3803

INTERNAL REVENUE SERVICE
ATTN INSOLVENCY UNIT
844 KING ST
WILMINGTON DE 19801
FAX: 302-577-8203

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK NY 10007
FAX: 212-436-1900

INTERNAL REVENUE SERVICE
ATTN INSOLVENCY UNIT
SAN FRANCISCO REGIONAL OFFICE
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

ITU GENEVA
PLACE DES NATIONS
GENEVA 29, 2111, SWITZERLAND
FAX: 011-412-2730
email: brmail@itu.int, itumail@itu.int

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202
FAX: 704-353-3153
email: John.Culver@klgates.com

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202
FAX: 704-353-3165

KELLEY DRYE & WARREN LLP
ATTN JAMES CARR
101 PARK AVE
NEW YORK NY 10178
FAX: 212-808-7897
email: jcarr@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-808-7897
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-808-7897
email: KDWBankruptcyDepartment@kelleydrye.com

KLESTADT & WINTERS, LLP
ATTN IAN R. WINTERS, ESQ.
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK NY 10018

LABOR AND WORKFORCE DEVELOPMENT AGENCY
SECRETARY
800 CAPITOL MALL # 5000
SACRAMENTO CA 95814-4807

LEONARD O'BRIEN SPENCER GALE & SAYRE,LTD
ATTN BRIAN F. LEONARD, ESQ.
100 SOUTH FIFTH STREET, SUITE 2500
MINNEAPOLIS MN 55402-1234
FAX: 612-332-2740
email: bleonard@losgs.com

LORAL SPACE & COMMUNICATIONS, INC.
ATTN AVI KATZ, ESQ.
SR. V.P., GENERAL COUNSEL & SECRETARY
888 7TH AVE STE 4081
NEW YORK NY 10106-4400
FAX: 212-338-5320
email: avi.katz@hq.loral.com

LORAL SPACE & COMMUNICATIONS, INC.
ATTN JACKIE MAHON
888 7TH AVE, 40TH FLOOR
NEW YORK NY 10106

NEW YORK SECRETARY OF STATE
123 WILLIAM ST
NEW YORK NY 10038-3804
FAX: 212-417-2383

NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY NY 12224-0341
FAX: 212-416-8942

NYS DEPT OF LABOR, UNEMPLOYMENT INS.
CENTRAL ASSIGNMENT & COLLECTION SECTION
W A HARRIMAN CAMPUS
BLDG 12 RM 256
ALBANY NY 12240-0001
FAX: 518-485-6171

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY NY 12205-0300
FAX: 518-457-0617
email: maura_archambeault@tax.state.ny.us

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY NY 12201
FAX: 518-457-8215
email: nysdol@labor.ny.gov

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN SUSAN GOLDEN
201 VARICK STREET, ROOM 1006
NEW YORK NY 10014
FAX: 212-668-2255

OFFICE OF THE UNITED STATES TRUSTEE
REGION 2
ATTN RICHARD C. MORRISSEY
201 VARICK STREET, ROOM 1006
NEW YORK NY 10014
FAX: 212-668-2255

OFFICE OF THE US ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ATTN TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK NY 10007
FAX: 212-637-2685
email: askdoj@usdoj.gov

OFFICE OF THE US ATTORNEY
1007 N ORANGE ST STE 700
PO BOX 2046
WILMINGTON DE 19801-2046
FAX: 302-573-6220

OFFICE OF THE US ATTORNEY
219 S DEARBORN ST STE 500
CHICAGO IL 60604
FAX: 312-353-2067

OFFICE OF THE US ATTORNEY
2100 JAMIESON AVE
ALEXANDRIA VA 22314
FAX: 703-299-2584
email: usavae.usattys@usdoj.gov

OFFICE OF THE US ATTORNEY
1100 COMMERCE ST THIRD FL
DALLAS TX 75242-1699

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN SCOTT HAZAN
230 PARK AVE
NEW YORK NY 10169-0075
FAX: 212-682-6104
email: shazan@oshr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN SCOTT L. HAZAN, ESQ.
230 PARK AVENUE
NEW YORK NY 10169
FAX: 212-682-6104
email: shazan@oshr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN DAVID M. POSNER, ESQ.
230 PARK AVENUE
NEW YORK NY 10169
FAX: 212-682-6104
email: dposner@oshr.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN DANIEL A. LOWENTHAL, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710
FAX: 212-336-2222
email: dalowenthal@pbwt.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN BRIAN P. GUINEY, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710
FAX: 212-336-2222
email: bguiney@pbwt.com

QUALCOMM INCORPORATED
335 CAMBRIDGE SCIENCE PK
GROUND FLINT FLOOR, MILTON RD
CAMBRIDGE, CB4 0WN  ENGLAND
FAX: 858-845-1254

QUALCOMM INCORPORATED
C/O DAVID WOOD
5775 MOREHOUSE DR
SAN DIEGO CA 92121-1714

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: susheelkirpalani@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN JAMES C. TECCE
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: jamestecce@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVE 22ND FL
NEW YORK NY 10010
FAX: 212-849-7100
email: susheelkirpalani@quinnemanuel.com

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: danielholzman@quinnemanuel.com

REED SMITH LLP
ATTN KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801
FAX: 302-778-7575
email: kgwynne@reedsmith.com

REED SMITH LLP
ATTN TIMOTHY P. REILEY, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801
FAX: 302-778-7575

REED SMITH LLP
ATTN D. TURETSKY & NICOLE O'SULLIVAN
599 LEXINGTON AVENUE
NEW YORK NY 10022
FAX: 212-521-5450

REVENU QUÉBEC
SERVICE DE TRAITEMENT DES REQUÊTES
C P 3000 SUCCURSALE PLACE-DESJARDINS
MONTREAL, QC H5B 1A4 CANADA
FAX: 514-287-6262

SASKATCHEWAN DEPARTMENT OF FINANCE
2350 ALBERT ST
REGINA, SK S4P 4A6 CANADA
FAX: 306-787-0241
email: mjohannsson@finance.gov.sk.ca

SASKATCHEWAN FINANCIAL SERVS. COMMISSION
SECURITIES DIVISION
1919 SASKATCHEWAN DR
6TH FL
REGINA, SK S4P 3V7 CANADA
FAX: 306-787-5899
email: imcintosh@sfsc.gov.sk.ca

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BLDG
233 BROADWAY
NEW YORK NY 10279

SECURITIES EXCHANGE COMMISSION
ATTN  GENERAL COUNSEL SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON DC 20549
FAX: 202-772-9371
email: chairmanoffice@sec.gov

SECURITIES EXCHANGE COMMISSION
C/O CARLA MONZON
THE MELLON INDEPENDENCE CENTER
701 MARKET ST, STE 2000
PHILADELPHIA PA 10281-1022
FAX: 215-861-9640
email: philadelphia@sec.gov

SECURITIES EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLZ STE 1900
801 CHERRY ST UNIT 18
FORT WORTH TX 76102
FAX: 817-978-2700

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO IL 60604
FAX: 312-353-7398
email: chicago@sec.gov

SECURITIES EXCHANGE COMMISSION
ATTN: GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK NY 10281-1022
FAX: 212-336-1320
email: NYROBankruptcy@sec.gov

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN BRIAN WEIMER
30 ROCKEFELLER PLAZA, SUITE 2400
NEW YORK NY 10112
FAX: 202-312-9446
email: bweimer@sheppardmullin.com

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO CA 94303
FAX: 650-852-7912
email: rakowj@ssd.loral.com

STATE OF CALIFORNIA FRANCHISE TAX BOARD
FRANCHISE TAX BOARD
PO BOX 1673
SACRAMENTO CA 95812-1673
FAX: 916-845-9799

STATE OF CALIFORNIA FRANCHISE TAX BOARD
CHIEF COUNSEL: FRANCHISE TAX BOARD
C/O GENERAL COUNSEL SECTION
PO BOX 1720 MS: A-260
RANCHO CORDOVA CA 95741-1720
FAX: 916-845-9799

STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BLDG
820 NORTH FRENCH ST
8TH FL
WILMINGTON DE 19801
FAX: 302-661-7268
email: colleen.yegla@state.de.us

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PRICE DANIEL SR BLDG 300 W 15TH ST
AUSTIN TX 78711-2548
FAX: 512-475-2994
email: greg.abbott@texasattorneygeneral.gov

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
ATTN GREG ABBOTT
PO BOX 12548
AUSTIN TX 78711
FAX: 512-475-2994
email: greg.abbott@texasattorneygeneral.gov

STIKEMAN ELLIOTT
ATTN CLAIRE ZIKOVSKY
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-3416
email: czikovsky@stikeman.com

STIKEMAN ELLIOTT
ATTN MAXIME CHARBONNEAU
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-3416
email: MCharbonneau@stikeman.com

STIKEMAN ELLIOTT
ATTN HADRIEN MONTAGNE
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-5444
email: HMontagne@stikeman.com

STIKEMAN ELLIOTT
ATTN SIDNEY HORN
1155 RENÉ-LÉVESQUE BLVD W
40TH FL
MONTREAL, QC H3B 3V2 CANADA
FAX: 514-397-3416
email: smhorn@stikeman.com

SULLIVAN & CROMWELL LLP
ATTN SCOTT MILLER
1870 EMBARCADERO RD
PALO ALTO CA 94303
FAX: 650-461-5700
email: millersc@sullcrom.com

SULLIVAN & CROMWELL LLP
ATTN SCOTT MILLER
1888 CENTURY PARK EAST
LOS ANGELES CA 90067-1725
FAX: 650-461-5700
email: millersc@sullcrom.com

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON MA 02109
FAX: 617-338-2880
email: pholleman@sandw.com

SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104
FAX: 212-660-3001
email: mstudent@sandw.com

TERRESTAR NETWORKS INC.
ATTN DOUG BRANDON
344 MAPLE AVE W
VIENNA VA 17188-5617
FAX: 703-476-7143
email: doug.brandon@terrestar.com

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN  SUSAN COMBS
111 E 17TH ST
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528
FAX: 512-475-0352
email: comptroller.help@cpa.state.tx.us

TEXAS WORKFORCE COMMISSION
ATTN RICK DIAZ
REG INTEGRITY DIVISION
101 E 15TH ST RM 556
AUSTIN TX 78778-0001
FAX: 512-936-6338
email: richard.diaz@twc.state.tx.us, rid.taxbankruptcy@twc.state.tx.us

THE GARDEN CITY GROUP, INC.
ATTN EAMON MASON
1531 UTAH AVENUE SOUTH
SEATTLE WA 98134
email: eamon.mason@gcginc.com

THE GARDEN CITY GROUP, INC.
ATTN  ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
FAX: 631-940-6554
email: isabel.baumgarten@gardencitygroup.com

THE GARDEN CITY GROUP, INC.
ATTN  ADAM GLANZMAN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
FAX: 631-940-6554
email: tsnteam@gardencitygroup.com

THE VIRGINIA EMPLOYMENT COMMISSION
PO BOX 1358
RICHMOND VA 23218-1358
FAX: 276-935-7712

US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN CINDY WOODWARD
60 LIVINGSTON AVE
ST. PAUL MN 55107
FAX: 651-495-8100
email: cindy.woodward@usbank.com

US BANK NATIONAL ASSOCIATION
ATTN DAVID JOHNSON
EP-MN-WS3T
60 LIVINGSTON AVE
SAINT PAUL MN 55107-1419
FAX: 651-495-8097
email: david.johnson9@usbank.com

US DEPARTMENT OF JUSTICE
ATTN  TONY WEST, ASST ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001
FAX: 202-307-6777
email: askdoj@usdoj.gov

VA STATE ATTORNEY GENERAL
900 E MAIN ST
RICHMOND VA 23219
FAX: 804-786-1991
email: cfleming@oag.state.va.us

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND VA 23218-1115
FAX: 804-254-6113
email: mark@taxva.com

VIRGINIA STATE CORPORATION COMMISSION
TYLER BLDG
1300 E MAIN ST
RICHMOND VA 23219
FAX: 804-371-9376
email: sccinfo@scc.virginia.gov

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-310-8007
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVE
NEW YORK NY 10153
FAX: 212-310-8007
email: ronit.berkovich@weil.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE MD 21202
FAX: 410-752-7092
email: bstrickland@wtplaw.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE MD 21202
FAX: 410-752-7092
email: dshaffer@wtplaw.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
FAX: 212-728-8111
email: rstrickland@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
FAX: 212-728-8111
email: mfeldman@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND
787 SEVENTH AVE
NEW YORK NY 10019-6099
FAX: 212-728-9544
email: rstrickland@willkie.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
250 GREENWICH ST FL 42
NEW YORK NY 10007-2166
FAX: 212-230-8888
email: philip.anker@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
250 GREENWICH ST FL 42
NEW YORK NY 10007-2166
FAX: 212-230-8888
email: george.shuster@wilmerhale.com