UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 11 |
| | } | |
| TERRESTAR NETWORKS INC., *et al.* | } | CASE NO. 10-15446 (SHL) |
| | } | |
| | } | JOINTLY ADMINISTERED |
| Reorganized Debtors. | } | |

## LIQUIDATING TRUST'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD APRIL 1, 2014 TO JUNE 30, 2014

This Quarterly Operating Report has been prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee. This report contains financial information for the TerreStar Networks Inc. Liquidating Trust and the Reorganized Debtors. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP"). The Liquidating Trustee has not independently verified the information that has been provided by the Reorganized Debtors for inclusion in this report.

Signed: /s/ Matthew Diaz    Date: 7/21/14

Matthew Diaz
Print Name

Senior Managing Director
Title

FTI Consulting, Inc. as Liquidating Trustee of the
TerreStar Networks Inc. Liquidating Trust

Liquidating Trustee's Address
and Phone Number:
3 Times Square
10th Floor
New York, NY 10036
Tel.: 212-499-3611

Liquidating Trustee's Attorneys'
Address and Phone Number
David M. Posner, Esq.
Kevin Zuzolo, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Tel: 212-905-3663

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Are the Debtors/Liquidating Trust current on all post-confirmation plan payments? | X | |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Miscellaneous Professional Liability Insurance Policy for the Liquidating Trustee and the Liquidating Trust Board - Indian Harbor Insurance Company | 3/29/2012 - 7/24/2015 | $110,000 (one time premium) | |
| Directors & Officers Liability Run-Off Policy for the Reorganized Debtors - XL Specialty Insurance Company | 3/29/2012 - 3/29/2018 | $100,000 (one time premium) | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| For a description of recent events during the reporting period, please see the Liquidating Trustee's Tenth Post-Confirmation Status Report [Docket No. 1178] |

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS
# FOR THE LIQUIDATING TRUST [1][2]

| | |
|---|---|
| Case Name: | TerreStar Networks Inc., *et al.* |
| Case Number: | 10-15446 (SHL) |
| Reporting Period: | April 1, 2014 - June 30, 2014 |

| | Quarterly | Cumulative Total |
|---|---:|---:|
| **CASH [3] (Beginning of Period)** | $ 5,300,934.06 | $ 0.00 |
| | | |
| **INCOME or RECEIPTS during the Period** | $ 132.04 | $ 31,483,467.60 |
| | | |
| **DISBURSEMENTS** | | |
| | | |
| TerreStar Networks Inc. Liquidating Trust- Case No. 10-15446 | $ 195,323.03 | $ 18,624,524.53 |
| TerreStar License Inc. - Case No. 10-15463 | 0.00 | 7,675,200.00 |
| TerreStar Networks (Canada) Inc. - Case No. 10-15449 | 0.00 | 78,000.00 |
| | | |
| **Total Disbursements (Operating & Plan)** | $ 195,323.03 | $ 26,377,724.53 |
| | | |
| **CASH [3] (End of Period)** | $ 5,105,743.07 | $ 5,105,743.07 |

Footnotes:
[1]: The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.
[2]: The cash of the Liquidating Trust is held in a trust account maintained by U.S. Bank (these amounts are in addition to the cash held by the Reorganized Debtors, shown later in this report).
[3]: Includes cash and cash equivalents. The majority of Trust assets are held in mutual funds that hold approximately 100% US Treasury bills and US Treasury coupons.

In re TerreStar Networks Inc. *et al.*
Case No. 10-15446 (SHL)
Reporting Period: April 1, 2014 - June 30, 2014

Schedule of Receipts for the Liquidating Trust

| **Receipts** | | **Amount** |
|---|---|---|
| Interest Income | | 132.04 |
| | **TOTAL** | **$ 132.04** |

In re TerreStar Networks Inc. *et al.*
Case No. 10-15446 (SHL)
Reporting Period:  April 1, 2014 - June 30, 2014

Schedule of Disbursements for the Liquidating Trust

| Disbursements | | Amount |
|---|---|---:|
| Payments to FTI Consulting, Inc. [1] | | 40,427.50 |
| Payments to Otterbourg P.C. [2] | | 58,248.65 |
| Payments to Patterson Belknap Webb & Tyler LLP [3] | | 67,977.49 |
| Payments to Cassels Brock & Blackwell LLP [4] | | 969.50 |
| Payments to Garden City Group [5] | | 25,424.89 |
| Payments to US Trustee [6] | | 2,275.00 |
| | TOTAL | $ 195,323.03 |

Footnotes:
[1]: Liquidating Trustee (payment on account of services rendered from November '13 – January '14)
[2]: Counsel to the Liquidating Trustee (payment on account of services rendered from December '13 – April '14)
[3]: Counsel to the Liquidating Trust Board (payment on account of services rendered from November '13 – January '14)
[4]: Canadian Counsel to the Liquidating Trustee (payment on account of services rendered from April '13 - May '13)
[5]: Claims Agent / Trust Administrator (payment on account of services rendered from August '13 – January '14)
[6]: Q1 2014 US Trustee fees

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE REORGANIZED DEBTORS [1][2]

| | |
|---|---|
| **Case Name:** | TerreStar Networks Inc., *et al.* |
| **Case Number:** | 10-15446 (SHL) |
| **Reporting Period:** | April 1, 2014 - June 30, 2014 |

| | **Quarterly** | **Cumulative Total** [3] |
|---|---:|---:|
| **CASH (Beginning of Period)** [4] | $ 1,194,533.22 | $ 35,967,489.21 |
| | | |
| **INCOME or RECEIPTS during the Period** | $ 88.75 | $ 964,363.47 |
| | | |
| **DISBURSEMENTS (by debtor entity)** | | |
| TerreStar Networks Inc. - Case No. 10-15446 | $ 29,965.62 | $ 3,959,900.04 |
| TerreStar License Inc. - Case No. 10-15463 | - | - |
| TerreStar National Services Inc. - Case No.10-15464 | - | - |
| 0887729 B.C. Ltd. - Case No. 10-15450 | - | - |
| TerreStar Networks (Canada) Inc. - Case No. 10-15449 | - | 438,327.34 |
| TerreStar Networks Holdings (Canada) Inc. - Case No. 10-15447 | - | - |
| | | |
| **Total Disbursements (Operating & Plan)** | $ 29,965.62 | $ 4,398,227.38 |
| **Transfers to Liquidating Trust** | $ - | $ 31,361,391.65 |
| Foreign Exchange Conversion [5] | - | (7,577.31) |
| **CASH (End of Period)** [6] | $ 1,164,656.35 | $ 1,164,656.35 |

Footnotes:

[1]: The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.

[2]: The cash of the Reorganized Debtors is primarily held in an escrow account maintained by U.S. Bank for the benefit of the Reorganized Debtors and the Liquidating Trust. TerreStar Networks Inc. also maintains an operating account at SunTrust Bank and all funds disbursed by TerreStar Networks Inc. are transferred from the escrow account to the operating account. As funds become available for the Liquidating Trust, the Reorganized Debtors have and will continue to transfer funds from the escrow account to the Liquidating Trust. In addition, TerreStar Networks (Canada) Inc. maintained two bank accounts (both liquidated and closed in February 2014) at Royal Bank of Canada. The TerreStar Networks (Canada) Inc. "exchange account" at Royal Bank of Canada was established to receive funds for operational expenses from TerreStar Networks Inc. in U.S. dollars. The funds from the "exchange account" were exchanged into Canadian dollars and transferred to the TerreStar Networks (Canada) Inc. operating account, which was also maintained by Royal Bank of Canada. The disbursements included herein include funds disbursed from the TerreStar Networks Inc. and TerreStar Networks (Canada) Inc. operating accounts.

[3]: The Cumulative Beginning Cash Balance represents the amount of Cash held by the Reorganized Debtors as of July 1, 2012 for the beginning of the reporting period in which the Liquidating Trust was initially funded.

[4]: Includes combined cash balance of (a) escrow account in the amount of $1,188,781.97 and (b) TerreStar Networks Inc. operating account in the amount of $5,751.25. Note that the (c) TerreStar Networks (Canada) Inc. exchange account and (d) TerreStar Networks (Canada) Inc. operating account were closed in February 2014 in conjunction with the dissolution of the TerreStar Networks (Canada) Inc. entity. All remaining funds in these two accounts were transferred to the Liquidating Trust on February 26, 2014.

[5]: Adjustment for exchange rate difference between reporting periods

[6]: Includes combined cash balance of (a) escrow account in the amount of $1,163,545.54 and (b) TerreStar Networks Inc. operating account in the amount of $1,110.81. Note that the (c) TerreStar Networks (Canada) Inc. exchange account and (d) TerreStar Networks (Canada) Inc. operating account were closed in February 2014 in conjunction with the dissolution of the TerreStar Networks (Canada) Inc. entity. All remaining funds in these two accounts were transferred to the Liquidating Trust on February 26, 2014.

`

In re TerreStar Networks Inc. *et al.*
Case No. 10-15446 (SHL)
Reporting Period:  April 1, 2014 - June 30, 2014

Schedule of Receipts for the Reorganized Debtors

| Receipts | Amount | |
|---|---|---|
| Interest Income (escrow account) | $ | 88.75 |
| **TOTAL** | **$** | **88.75** |

In re TerreStar Networks Inc. *et al.*
Case No. 10-15446 (SHL)
Reporting Period: April 1, 2014 - June 30, 2014

Schedule of Disbursements for the Reorganized Debtors

| Disbursements | | Amount |
|---|---|---|
| Payments to TerreStar Employees [1] | | $ 2,400.00 |
| Payment to Deloitte Tax [2] | | 25,325.18 |
| Payments to Akin Gump Strauss Hauer & Feld [3] | | 687.42 |
| Other Miscellaneous Disbursements | | 1,553.02 |
| | TOTAL | $ **29,965.62** |

Footnotes:
[1]: Payments on behalf of consulting services
[2]: Reorganized Debtors' tax advisor
[3]: Reorganized Debtors' Counsel